# EXHIBIT C

2029 CENTURY PARK EAST, SUITE 1450 LOS ANGELES, CA 90067-2901

**JENNER&BLOCK** LLP

November 4, 2024

David Singer
Tel +1 213 239 2206
DSinger@jenner.com

David Holz
Chief Executive Officer
Midjourney, Inc.
611 Gateway Blvd. Ste 120
South San Francisco, CA, 94080-7066

*VIA OVERNIGHT DELIVERY*

Re: Copyright Infringement

Dear Mr. Holz:

    Our firm represents The Walt Disney Company, the parent company of a range subsidiaries and affiliates that own or control numerous copyrighted works (collectively, "Disney"). As you undoubtedly know, Disney is the world's premier entertainment company. Disney has a vast array of intellectual property, which includes motion pictures, television programming, characters, artwork, scripts, musical compositions, sound recordings, books, and more.

    Like many other intellectual property owners, Disney has become increasingly concerned about reports of mass unauthorized copying of copyrighted works to train and develop generative artificial intelligence ("AI") models and services, as well as the use of AI models and services to commercially exploit and distribute copies of protected works to consumers in violation of copyright holders' rights.

    We have independently verified that Midjourney's AI service consistently generates infringing copies of Disney's copyrighted works. Third party studies and reports corroborate our investigation. *See, e.g.*, Stuart A. Thompson, *We Asked A.I. to Create the Joker. It Generated a Copyrighted Image*, The New York Times (Jan. 25, 2024); Gary Marcus & Reid Southen, *Generative AI Has a Visual Plagiarism Problem*, IEEE Spectrum (Jan. 26, 2024) ("IEEE"); Winston Cho, *Studios' Now-or-Never Choice: Sue AI Companies or Score a Major IP Deal*, The Hollywood Reporter (Jan. 11, 2024).

November 4, 2024
Page 2

      Below is just one of many examples of Midjourney outputs that we have collected which evidences blatant and extensive copying of Disney's intellectual property from *The Simpsons* television series:



Additionally, Midjourney generated outputs featuring pristine renderings of Disney-owned Marvel characters:



November 4, 2024
Page 3





November 4, 2024
Page 4

Midjourney also generated the following images of Disney-owned characters from the *Star Wars* franchise:





November 4, 2024
Page 5

Midjourney also generated images featuring copyrighted characters from classic Disney and Pixar films, including the following image of Buzz Lightyear:



It is obvious from these outputs that Midjourney was developed and "trained" using Disney's copyrighted works.  In the IEEE report, Messrs. Marcus and Southen aptly described these as "plagiaristic outputs," and concluded that "In light of these results, it seems all but certain that Midjourney V6 has been trained on copyrighted material."

The instances of infringement described above are obviously features of Midjourney.  Midjourney operates as a virtual vending machine, capable of reproducing, rendering, and distributing copies of Disney's valuable library of copyrighted characters and other works on a mass scale.  Further, Midjourney profits from this blatant copyright infringement by offering paid plans that cost between $10 and $120 per month.

Disney did not permit, authorize, or license Midjourney to copy or use any of Disney's copyrighted works in connection with any Midjourney version or to otherwise exploit Disney's works at any time.  You acknowledged as much in a September 16, 2022 *Forbes* interview in which you confirmed that Midjourney never sought any copyright holders' consent to use or exploit their works:

November 4, 2024
Page 6

> ***Did you seek consent from living artists or [sic] work still under copyright?***
>
> ***No***. There isn't really a way to get a hundred million images and know where they're coming from. It would be cool if images had metadata embedded in them about the copyright owner or something. But that's not a thing; there's not a registry. There's no way to find a picture on the Internet, and then automatically trace it to an owner and then have any way of doing anything to authenticate it.

*See* Rob Salkowitz, *Midjourney Founder David Holz On The Impact Of AI On Art, Imagination And The Creative Economy*, Forbes (Sept. 16, 2022) (emphasis added). Despite this, Midjourney continues to reproduce and distribute Disney's copyrighted works.

As AI continues to develop and grow, companies commercializing these services must respect the intellectual property rights of creators like Disney that cherish and invest heavily in human creativity. That means not reproducing, displaying, distributing, or otherwise making available Disney's copyrighted works without an express license. Midjourney—through its training and outputs—has been violating each of these rights. There is also no indication that Midjourney has implemented any technological protections or guardrails to mitigate or prevent copyright infringement. Midjourney continues to exploit Disney's copyrights for commercial gain at the expense of the creative community and is clearly expanding its exploitation as Midjourney has announced the imminent release of AI video and 3D generation services. *See* Ryan Morrison, *Midjourney Is Building The Holodeck — New AI Model Lets You 'Enter' 3D Images*, Tom's Guide (Sept. 13, 2024). Disney will not tolerate Midjourney's flouting of copyright law, especially with the imminent release of Midjourney's video AI service.

To address Disney's immediate concerns, these are our requests:

(1) Identify which of Disney's copyrighted works Midjourney has copied to train its various AI models. If you are unable to identify each and every Disney work Midjourney has copied, then please disclose all sources of content used to train your AI models so that we may determine which of our works have been copied.

(2) Immediately cease making copies of any Disney works for any commercial purpose (include training AI models and the generation of infringing outputs) unless and until Midjourney is granted an express license to do so.

(3) Identify the specific steps Midjourney has taken (if any) to (a) prevent the unauthorized copying and distribution of Disney's copyrighted works, and (b) mitigate the threat of further harm caused by the unauthorized exploitation of Disney works, such as technological measures, filters, and other guardrails that can be implemented by AI services to prevent unauthorized copying and distribution of our works.

November 4, 2024
Page 7

      We strongly urge Midjourney to fully and immediately comply with these demands and await your prompt response.

      All rights and remedies reserved.

Sincerely,

*[signature]*

David Singer