# EXHIBIT D

2029 CENTURY PARK EAST, SUITE 1450 LOS ANGELES, CA 90067-2901

JENNER&BLOCK LLP

May 30, 2025

David Singer
Tel +1 213 239 2206
DSinger@jenner.com

David Holz
Chief Executive Officer
Midjourney, Inc.
611 Gateway Blvd. Ste 120
South San Francisco, CA, 94080-7066
david@midjourney.com

Re:   Copyright Infringement

Dear Mr. Holz:

    Our firm represents NBCUniversal Media, LLC, the parent company of a range subsidiaries and affiliates that include Universal Pictures, the oldest continuously operating movie studio in the United States, as well as Universal City Studios Productions LLLP, DreamWorks, LLC, and DreamWorks Animation L.L.C. (collectively, "Universal") which own the copyrights to some of the most commercially successful and critically acclaimed animated motion pictures ever made. Universal's animated movies and film franchises include *Shrek*, *How to Train Your Dragon*, *Kung Fu Panda*, *The Boss Baby*, and *Despicable Me*. Only Universal and its authorized licensees are allowed to commercially reproduce, publicly display, publicly perform, distribute, or create derivatives of its copyrighted works and characters.

    Like many other intellectual property owners, Universal has become increasingly concerned about reports of mass unauthorized copying of copyrighted works to train and develop generative artificial intelligence ("AI") models and services, as well as the use of AI models and services to commercially exploit and distribute copies of protected works to consumers in violation of copyright holders' rights.

    We have independently verified that Midjourney's AI service (the "Image Service"), including the latest publicly available version of Midjourney (Version 7), consistently generates infringing copies of Universal's copyrighted works. Third party studies and reports describing the outputs from an earlier version of Midjourney, Version 6, further corroborate Midjourney's infringement. *See, e.g.*, Gary Marcus & Reid Southen, *Generative AI Has a Visual Plagiarism Problem*, IEEE Spectrum (Jan. 26, 2024) ("IEEE"); Winston Cho, *Studios' Now-or-Never Choice: Sue AI Companies or Score a Major IP Deal*, The Hollywood Reporter (Jan. 11, 2024).

    Below is just one of many examples of Midjourney's Image Service outputs that we have collected which evidences blatant and extensive copying of Universal's intellectual property from

Page 2

*Despicable Me* and *Minions* movies by displaying (and making available for download) reproductions of the Minions characters:





Additionally, Midjourney's Image Service generated outputs featuring pristine renderings of the characters Hiccup and Toothless from Universal's *How to Train Your Dragon* movies:

Page 3





Midjourney's Image Service also generated the following infringing images of the Universal-owned character Shrek from the *Shrek* films:

Page 4





Midjourney's Image Service also generated the following infringing image of the Boss Baby character from *The Boss Baby* movies:

Page 5



Additionally, Midjourney's Image Service generated infringing images of the character Po from the *Kung Fu Panda* movies:



It is apparent from these outputs that Midjourney's Image Service was developed and trained using Universal's copyrighted works. In the IEEE report, Messrs. Marcus and Southen aptly described

Page 6

these as "plagiaristic outputs," and concluded that "In light of these results, it seems all but certain that Midjourney V6 has been trained on copyrighted material."

The instances of infringement described above are obviously features of Midjourney's Image Service. Midjourney operates as a virtual vending machine, capable of reproducing, rendering, and distributing copies of Universal's valuable library of copyrighted characters and other works on a mass scale. Further, Midjourney profits from this blatant copyright infringement by offering paid plans that cost between $10 and $120 per month.

Universal did not permit, authorize, or license Midjourney to copy or use any of Universal's copyrighted works in connection with any version of its Image Service or to otherwise exploit Universal's works at any time. You acknowledged as much in a September 16, 2022 *Forbes* interview in which you confirmed that Midjourney never sought any copyright holders' consent to use or exploit their works:

> ***Did you seek consent from living artists or work still under copyright?***
>
> *No*. There isn't really a way to get a hundred million images and know where they're coming from. It would be cool if images had metadata embedded in them about the copyright owner or something. But that's not a thing; there's not a registry. There's no way to find a picture on the Internet, and then automatically trace it to an owner and then have any way of doing anything to authenticate it.

*See* Rob Salkowitz, *Midjourney Founder David Holz On The Impact Of AI On Art, Imagination And The Creative Economy*, Forbes (Sept. 16, 2022) (emphasis added). Despite this, Midjourney continues to reproduce and distribute Universal's copyrighted works.

Companies that commercialize and profit from AI services must respect the intellectual property rights of creators like Universal that cherish and invest heavily in human creativity. That means not reproducing, distributing, or otherwise making available Universal's copyrighted works without an express license. Midjourney's Image Service—through its training and outputs—has been violating each of these rights. There is also no indication that Midjourney has implemented any technological protections or copyright protection measures to mitigate or prevent copyright infringement. Midjourney continues to use Universal's copyrights for commercial gain, and in doing so exploits the contributions of NBCU's numerous creative partners without consent. Moreover, Midjourney is clearly expanding its exploitation of NBCU's copyrights through the imminent release of AI video and 3D generation services. Universal will not tolerate Midjourney's flouting of copyright law, especially with the imminent release of Midjourney's video AI service.

To address Universal's immediate concerns, these are our requests:

(1)     Immediately cease publicly displaying, distributing, and/or making copies of any Universal works for any commercial purpose (including training AI models and the generation of infringing outputs) unless and until Midjourney is granted an express license to do so.

(2)     Identify the specific steps Midjourney has taken (if any) to (a) prevent the unauthorized copying and distribution of Universal's copyrighted works, and (b) mitigate the threat of further harm caused by the unauthorized exploitation of Universal's works, such as technological measures, filters, and other copyright protection measures that can be implemented by AI services to prevent unauthorized copying and distribution of our works.

(3)     Identify which of Universal's copyrighted works Midjourney has copied to train its Image Service.  If you are unable to identify each and every Universal work Midjourney has copied, then please disclose all sources of content used to train your AI models so that we may determine which of our works have been copied.

We strongly urge Midjourney to fully and immediately comply with these demands and await your prompt response.

All rights and remedies reserved.

Sincerely,

David Singer