1 **JENNER & BLOCK LLP**
2 David R. Singer (SBN 204699)
  dsinger@jenner.com
3 Julie A. Shepard (SBN 175538)
  jshepard@jenner.com
4 Lauren M. Greene (SBN 271397)
5 lgreene@jenner.com
6 515 South Flower Street, Suite 3300
  Los Angeles, CA  90071-2246
7 Telephone: (213) 239-5100
8 Facsimile:  (213) 239-5199

9 *Attorneys for Plaintiffs*

10

11 <center>UNITED STATES DISTRICT COURT</center>

12 <center>CENTRAL DISTRICT OF CALIFORNIA</center>

13

| | |
|---|---|
| DISNEY ENTERPRISES, INC., a Delaware corporation; MARVEL CHARACTERS, INC., a Delaware corporation; MVL FILM FINANCE LLC, a Delaware limited liability company; LUCASFILM LTD. LLC, a California limited liability company; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; and DREAMWORKS ANIMATION L.L.C., a Delaware limited liability company,<br><br>               Plaintiffs,<br><br>    v.<br><br>MIDJOURNEY, INC., a Delaware corporation,<br><br>               Defendant. | Case No. 25-5275<br><br>**EXHIBIT B TO REPORT ON THE FILING OF AN ACTION** |

**EXHIBIT B**

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| Ba-Ba Town - (The Boss Baby: Back in the Crib) | PA0002413540 | Boss Baby / Ted | DreamWorks Animation L.L.C. | 4/21/2023 |
| Scooter Buskie - (Boss Baby: Back In Business) | PA0002117869 | Boss Baby / Ted | DreamWorks Animation L.L.C. | 4/18/2018 |
| The Business Boss - Back in Baby - (The Boss Baby: Back in the Crib) | PA0002360457 | Boss Baby / Ted | DreamWorks Animation L.L.C. | 6/2/2022 |
| Theo 100 - (The Boss Baby: Back in Business) | PA0002272703 | Boss Baby / Ted | DreamWorks Animation L.L.C. | 11/19/2020 |
| Boss Baby, The (2017) | PA0002026635 | Boss Baby / Ted | DreamWorks Animation L.L.C. | 3/23/2017 |
| Boss Baby, The : Family Business (2021) | PA0002301005 | Boss Baby / Ted | DreamWorks Animation L.L.C. | 7/1/2021 |
| Dragons: Race to the Edge/Episode #101 - Eye of the Beholder, Pt. 1 | PA0001960281 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 7/1/2015 |
| DREAMWORKS DRAGONS: DEFENDERS OF BERK/ EPISODE #2001 -Live and Let Fly a/k/a Flight Club | PA0001935285 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 11/25/2014 |

1

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| DREAMWORKS DRAGONS: DEFENDERS OF BERK/EPISODE #2020 - Cast Out Part II | PA0001935311 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 11/25/2014 |
| DREAMWORKS DRAGONS: RIDERS OF BERK/EPISODE #1020 - We are Family Part II | PA0001934752 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 11/25/2014 |
| DREAMWORKS DRAGONS: RIDERS OF BERK/EPISODE #101 - How to Start a Dragon Academy | PA0001934280 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 11/24/2014 |
| How to Train Your Dragon (2010) | PA0001754422 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 3/26/2010 |
| How to Train Your Dragon 2 (2014) | PA0001900229 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 6/13/2014 |
| How to Train Your Dragon: Homecoming (2019) | PA0002214992 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 11/21/2019 |
| How to Train Your Dragon: The Hidden World (2019) | PA0002170813 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 1/7/2019 |
| A Cause for Paws - (Kung Fu Panda: The Dragon Knight) | PA0002367608 | Po | DreamWorks Animation L.L.C. | 7/28/2022 |

2

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| Enter the Dragon Master - (Kung Fu Panda: The Paws of Destiny) | PA0002163434 | Po | DreamWorks Animation L.L.C. | 12/6/2019 |
| Kung Fu Panda (2008) | PA0001598023 | Po | DreamWorks Animation L.L.C. | 6/6/2008 |
| Kung Fu Panda 2 (2011) | PA0001741616 | Po | DreamWorks Animation L.L.C. | 5/26/2011 |
| Kung Fu Panda 3 (2016) | PA0001991125 | Po | DreamWorks Animation L.L.C. | 1/29/2016 |
| Kung Fu Panda 3 Mandarin Version (2016) | PA0001991126 | Po | DreamWorks Animation L.L.C. | 2/11/2016 |
| Kung Fu Panda 4 (2024) | PA0002463446 | Po | DreamWorks Animation L.L.C. | 3/8/2024 |
| Kung Fu Panda: Dueling Dumplings (2024 Short Film) | PA0002482715 | Po | DreamWorks Animation L.L.C. | 6/29/2024 |
| The Invincible Armour - (Kung Fu Panda: The Paws of Destiny) | PA0002207037 | Po | DreamWorks Animation L.L.C. | 7/18/2019 |
| Despicable Me (2010 DVD Release) | PA0001804358 | Minions, Gru | Universal City Studios Productions LLLP | 11/10/2011 |
| Despicable Me (2010) | PA0001685728 | Minions, Gru | Universal City Studios Productions LLLP | 7/9/2010 |
| Despicable Me 2 (2013) | PA0001859348 | Minions, Gru | Universal City Studios Productions LLLP | 6/28/2013 |

3

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| Despicable Me 3 (2017) | PA0002043544 | Minions, Gru | Universal City Studios Productions LLLP | 6/27/2017 |
| Despicable Me 4 (2024) | PA0002478457 | Minions, Gru | Universal City Studios Productions LLLP | 6/21/2024 |
| Minions (2015) | PA0001952355 | Minions | Universal City Studios Productions LLLP | 6/30/2014 |
| Minions: The Rise of Gru (2022) | PA0002369070 | Minions, Gru | Universal City Studios Productions LLLP | 6/27/2022 |
| Shrek (2001) | PA0001036170 | Shrek | DreamWorks Animation L.L.C.* | 6/14/2001 |
| Shrek 2 (2004) | PA0000226503 | Shrek | DreamWorks Animation L.L.C.* | 5/20/2004 |
| Shrek 4 D (2003) | PA0001151947 | Shrek | DreamWorks Animation L.L.C.* | 5/15/2003 |
| Shrek Forever After (2010) | PA0001685728 | Shrek | DreamWorks Animation L.L.C. | 6/29/2010 |
| Shrek the Halls (2008) | PA0001601954 | Shrek | DreamWorks Animation L.L.C. | 7/11/2008 |
| Shrek the Third (2007) | PA0001375529 | Shrek | DreamWorks Animation L.L.C. | 5/23/2007 |

\* Assignment to DreamWorks Animation L.L.C. recorded November 10, 2004.

4