1  **JENNER & BLOCK LLP**
   David R. Singer (SBN 204699)
2  dsinger@jenner.com
3  Julie A. Shepard (SBN 175538)
   jshepard@jenner.com
4  Lauren M. Greene (SBN 271397)
5  lgreene@jenner.com
   515 South Flower Street, Suite 3300
6  Los Angeles, CA  90071-2246
7  Telephone: (213) 239-5100
   Facsimile:  (213) 239-5199
8
9  *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., a Delaware corporation; MARVEL CHARACTERS, INC., a Delaware corporation; MVL FILM FINANCE LLC, a Delaware limited liability company; LUCASFILM LTD. LLC, a California limited liability company; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; and DREAMWORKS ANIMATION L.L.C., a Delaware limited liability company,<br><br>            Plaintiffs,<br><br>      v.<br><br>MIDJOURNEY, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 25-5275<br><br>**PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

The undersigned counsel of record for Plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, Twentieth Century Fox Film Corporation (collectively, "Disney"), and Universal City Studios Productions LLLP and DreamWorks Animation L.L.C. ("collectively "Universal") hereby submit the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

Disney Enterprises, Inc. is a wholly owned subsidiary of The Walt Disney Company, a publicly traded company. To the best of Disney's knowledge, no publicly traded company owns more than 10% of The Walt Disney Company's stock.

Marvel Characters, Inc. is a wholly owned, indirect subsidiary of The Walt Disney Company.

MVL Film Finance LLC is a wholly owned, indirect subsidiary of The Walt Disney Company.

Lucasfilm Ltd. LLC is a wholly owned, indirect subsidiary of The Walt Disney Company.

Twentieth Century Fox Film Corporation is a wholly owned, indirect subsidiary of The Walt Disney Company.

To the best of Disney's knowledge, no other individual or entity directly or indirectly possesses more than a 10% ownership interest in any of the Disney entities.

Universal City Studios Productions LLLP is a wholly owned, indirect subsidiary of Comcast Corporation, a publicly traded company. To the best of Universal's knowledge, no publicly traded company owns more than 10% of Comcast Corporation.

DreamWorks Animation L.L.C. is a wholly owned, indirect subsidiary of Comcast Corporation, a publicly traded company.

To the best of Universal's knowledge, no other individual or entity directly or indirectly possesses more than a 10% ownership interest in any of the Universal entities.

///

///

Further, pursuant to Local Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned counsel of record for Disney and Universal certify that the following listed parties may have a pecuniary interest in the outcome of this case:

1. Disney Enterprises, Inc. (Plaintiff)
2. Marvel Characters Inc. (Plaintiff)
3. MVL Film Finance LLC (Plaintiff)
4. Lucasfilm Ltd. LLC (Plaintiff)
5. Twentieth Century Fox Film Company (Plaintiff)
6. The Walt Disney Company (Disney's parent company)
7. Universal City Studios Productions LLLP (Plaintiff)
8. DreamWorks Animation L.L.C. (Plaintiff)
9. Comcast Corporation (Universal's parent company)
10. Midjourney, Inc. (Defendant)

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: June 11, 2025                    JENNER & BLOCK LLP

                                        By:  /s/ David R. Singer
                                             David R. Singer
                                             Julie A. Shepard
                                             Lauren M. Greene

                                        *Attorneys for Plaintiffs*