| Attorney or Party without Attorney:<br>David R. Singer (SBN 204699)<br>JENNER & BLOCK LLP<br>515 S Flower St Suite 3300<br>Los Angeles, CA 90071<br>*Telephone No:* 213-239-5100<br><br>*Attorney For:* Plaintiff | | **For Court Use Only** |
|---|---|---|
| | *Ref. No. or File No.:*<br>70035.10008 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* DISNEY ENTERPRISES INC., et al<br>*Defendant:* MIDJOURNEY INC. | | |
| **PROOF OF SERVICE** | Hearing Date: / Time: / Dept/Div: | Case Number:<br>2:25-cv-05275-JAK-AJR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report On The Filing Or Determination Of An Action Or Appeal Regarding A Copyright; Exhibit B To Report On The Filing Of An Action; Exhibit A To Report On The Filing Of An Action; Plaintiffs' Federal Rule Of Civil Procedure 7.1 Disclosure Statement And Local Rule 7.1-1 Certification And Notice Of Interested Parties; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice of Assignment to United States Judges

3. a. Party served: MIDJOURNEY INC. a Delaware Corporation
   b. Person served: Ben Rodrigues, Authorized employee , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 7801 Folsom Boulevard Suite 202, Sacramento, CA 95826

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Jun 13 2025 (2) at: 03:15 PM

6. **Person Who Served Papers:**
   a. Nancy Graddy (04-010, Placer County)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

06/16/2025
(Date)

*N. graddy*
(Signature)



PROOF OF SERVICE

13522477
(17303720)