| | |
|---|---|
| 1 | JENNER & BLOCK LLP |
| 2 | David R. Singer (SBN 204699) |
| | dsinger@jenner.com |
| 3 | Julie A. Shepard (SBN 175538) |
| 4 | jshepard@jenner.com |
| | Lauren M. Greene (SBN 271397) |
| 5 | lgreene@jenner.com |
| 6 | 515 South Flower Street, Suite 3300 |
| | Los Angeles, CA 90071-2246 |
| 7 | Telephone: (213) 239-5100 |
| 8 | Facsimile: (213) 239-5199 |
| 9 | *Attorneys for Plaintiffs* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., a Delaware corporation; MARVEL CHARACTERS, INC., a Delaware corporation; MVL FILM FINANCE LLC, a Delaware limited liability company; LUCASFILM LTD. LLC, a California limited liability company; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; and DREAMWORKS ANIMATION L.L.C., a Delaware limited liability company, | Case No. 2:25-cv-05275-JAK-AJR |
| | Hon. Judge John A. Kronstadt |
| | **PROOF OF SERVICE** |
| Plaintiffs, | |
| v. | |
| MIDJOURNEY INC., a Delaware corporation, | |
| Defendant. | |

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On **June 24, 2025**, I served the following documents in the manner described below:

**STANDING ORDERS FOR CIVIL CASES ASSIGNED TO JUDGE JOHN A. KRONSTADT**

☑ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Jenner & Block LLP for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Los Angeles, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Jenner & Block LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

On the following part(ies) in this action:

| | |
|---|---|
| Midjourney Inc. | Midjourney Inc. |
| c/o Incorporating Services, Ltd. | 611 Gateway Blvd. Ste 120 |
| 7801 Folsom Blvd #202 | South San Francisco, CA, 94080-7066 |
| Sacramento, CA 95826 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 24, 2025, at 2029 Century Park East, Suite 1450, Los Angeles, CA 90067-2901:

/s/ Dolores Valencia
Dolores Valencia