COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
ELLIE DUPLER (337607)
(edupler@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone:   (212) 479-6000
Facsimile:   (212) 479-6275

JUDD D. LAUTER (290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Counsel for Defendant Midjourney, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al., | Case No. 2:25-cv-05275-JAK-AJR |
| Plaintiffs, | **DEFENDANT MIDJOURNEY, INC.'S ANSWER TO COMPLAINT** |
| v. | |
| MIDJOURNEY, INC., | **REQUEST FOR A JURY TRIAL** |
| Defendant. | Date Action Filed:  June 11, 2025 |

Defendant Midjourney, Inc. ("Midjourney"), by and through counsel, hereby responds to the Complaint ("Complaint") filed by Plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm LTD. LLC, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, and Dreamworks Animation L.L.C. (together, "Plaintiffs"). Unless specifically admitted, Midjourney denies each of the allegations in the Complaint.[1]

## **PRELIMINARY STATEMENT**

Founded in 2022, Midjourney is an artificial intelligence ("AI") research lab dedicated to creating tools that augment and expand the human imagination. Its namesake generative AI platform does just that, empowering tens of millions of users—*including Plaintiffs*—to express themselves in ways that otherwise would not have been possible. For many, Midjourney has become an essential tool for bringing their ideas to life, with users' images having won awards, adorned magazine covers, appeared in national ads, and served as the bases for set designs in an Oscar winning film.

The AI technology that powers Midjourney is a type of neural network designed to produce original images in response to user instructions ("prompts"). To develop this capability, Midjourney's AI models had to be trained on billions of publicly available images, which are paired with text descriptions, in order to learn visual concepts and how they correspond to language. During training, complex statistical relationships between visual features and words in the text-image pairs are encoded within the model, enabling it to understand and accurately respond to user prompts.

This process is akin to how humans learn to draw or paint—not by memorizing individual artworks, but by internalizing patterns and techniques through repeated exposure and practice. Similarly, Midjourney's models form a generalized understanding of visual styles, objects, and compositions based on statistical regularities in training data. When a user enters a prompt, the model doesn't retrieve

---

[1] Midjourney has not reproduced the headings incorporated into the Complaint. Midjourney denies any allegations contained in the headings in the Complaint.

an image from storage; rather, a new image is synthesized from scratch, guided by user instruction and the statistical patterns encoded within its artificial neurons.

Plaintiffs, collectively representing two of the largest traditional media companies in the world, have benefitted from and continue to benefit from Midjourney and other, similar generative AI tools.  Indeed, many dozens of Midjourney subscribers are associated with Plaintiffs' corporate email addresses, and Midjourney is also a popular tool among the visual effects companies and other vendors employed by Plaintiffs.  As Bob Iger, Disney's CEO, recently exclaimed during a discussion about his company's utilization of AI, "technology is an invaluable tool for artists," and generative AI is no different.

Years after its launch, Plaintiffs now take aim at Midjourney in two ways. First, they allege that the process of training an AI model on billions of images violates their rights, even though only a small fraction of those images may contain individual frames from Plaintiffs' films and shows.  As a matter of equity, Plaintiffs cannot have it both ways, seeking to profit—through their use of Midjourney and other generative AI tools—from industry-standard AI training practices on the one hand, while on the other hand accusing Midjourney of wrongdoing for the same.  But Plaintiffs are also wrong on the merits.  Copyright law does not confer absolute control over the use of copyrighted works.  The limited monopoly granted by copyright must give way to fair use, which safeguards countervailing public interests in the free flow of ideas and information.  Training a generative AI model to understand concepts by extracting statistical information embedded in copyrighted works is a quintessentially transformative fair use – a determination resoundingly supported by courts that have considered the issue.  *See Kadrey v. Meta Platforms, Inc.*, 2025 WL 1752484, at *12 (N.D. Cal. June 25, 2025) (describing training as "highly transformative"); *Bartz v. Anthropic PBC*, 2025 WL 1741691, at *7 (N.D. Cal. June 23, 2025) (calling training "spectacularly" transformative).

Second, Plaintiffs complain that *Midjourney* has created and displayed images

that incorporate characters from popular film and television series, that these images are *per se* infringing, and that Midjourney is liable for their creation. But Plaintiffs' framing is premised on mischaracterizations of how Midjourney works and its role in the creative process. The Midjourney platform is an instrument for *user* expression. It assists with the creation of images only at the direction of its users, guided by their instructions, in what is often an elaborate and time-consuming process of experimentation, iteration, and discovery.

And while Midjourney users are required by Midjourney's Terms of Service to refrain from infringing the intellectual property rights of others, including Plaintiffs' rights, Midjourney does not presuppose and cannot know whether any particular image is infringing absent notice from a copyright owner and information regarding how the image is used. Indeed, there are any number of legitimate, non-infringing grounds to create images incorporating characters from popular culture like those claimed by Plaintiffs, including non-commercial fan art, experimentation and ideation, and social commentary and criticism. Plaintiffs seek to stifle them all.

Plaintiffs could have—and should have—followed Midjourney's Digital Millennium Copyright Act notice and takedown procedure, codified in its Terms of Service, by identifying the specific images they believe are infringing and providing the URLs where they are displayed. Doing so would have afforded any accused Midjourney users the opportunity to respond. Instead, Plaintiffs made sweeping allegations about Midjourney writ large, commenced this litigation, and are pursuing a path that chills lawful expression.

In the end, this case is not about Midjourney profiteering off of what Plaintiffs call "infringement." Midjourney isn't. Nor is it about any purported "harm" to Plaintiffs; they have identified none. Rather, this case is about whether Plaintiffs' alleged copyrights entitle them to prohibit the use of their works to train generative AI models, and to prevent the incorporation of elements of those works within the creations of generative AI users, regardless of the contents of those creations and the

ultimate ends to which users put them. Plaintiffs are not so entitled. Copyright has "always been closely connected with freedom of expression, on the one hand, and [] technological improvements in means of dissemination, on the other," with the law recognizing that limited use of copyrighted material to create new technologies and mediums advances copyright's ultimate objective: the stimulation of creative expression for public benefit. *Sony Corp. of Am. v. Universal City Studios, Inc.*, 464 U.S. 417, 431 fn. 12 (1984) (quotation omitted). As Midjourney will establish, Plaintiffs' overreach rests on fundamental misunderstandings of generative AI, its role in user creation, and the principles underpinning copyright law.

As set forth below, Midjourney responds to the Complaint's specific allegations.

## **INTRODUCTION**

1.    Disney and Universal are two industry behemoths who compete with one another in the motion picture industry. To be sure, they have released a number of popular motion pictures featuring various fictional characters. Midjourney denies that it seeks to reap the rewards of Plaintiffs' creative investment. Midjourney also denies Plaintiffs' characterization of Midjourney as a virtual vending machine for unauthorized copies of Plaintiffs' works. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 1, and on that basis denies the same.

2.    Midjourney denies the allegations and characterizations in paragraph 2.

3.    Midjourney admits that Plaintiffs sent letters to Midjourney in which they made certain demands of Midjourney. Midjourney further admits that it has millions of subscribers. Midjourney denies the remaining allegations in paragraph 3.

4.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of whether and which Plaintiff allegedly owns copyrights in the asserted works, as well as the extent to which videos created by Midjourney users will incorporate elements of those works. Midjourney denies the remaining

allegations and characterizations in paragraph 4.

5.     Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5, and on that basis denies the same.

6.     Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 6, and on that basis denies the same.

7.     Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 7, and on that basis denies the same.

8.     Midjourney denies Plaintiffs' characterization of U.S. copyright law. Midjourney also denies that its business "was developed using" Plaintiffs' works or otherwise concerns Plaintiffs' works. Midjourney further denies Plaintiffs' characterization of how images are generated by users of Midjourney.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 8, and on that basis denies the same.

9.     Midjourney denies the allegations in paragraph 9. Midjourney also observes that the Complaint does not provide any examples of the alleged marketing or promotion or the alleged false implications.

10.     Midjourney admits that it has implemented content moderation policies that limit users' ability to generate images that incorporate violence and/or nudity. Midjourney has also adopted Terms of Service that govern how users may utilize the Midjourney platform. Midjourney lacks knowledge and information sufficient to form a belief regarding the content moderation policies of "other" generative AI services alleged in this paragraph, and on that basis denies the same. Except as expressly admitted, Midjourney denies the allegations set forth in paragraph 10.

11.     Midjourney admits that, prior to filing this lawsuit, Plaintiffs sent demand letters to Midjourney, which are attached to the Complaint as Exhibits C and

D and speak for themselves. To the extent the allegations set forth in this paragraph purport to summarize or characterize the contents of the article located at https://generativeai.pub/midjourney-finally-releases-v7-image-model-e07455e60f57, the article speaks for itself. Except as expressly admitted, Midjourney denies the allegations set forth in paragraph 11.

12.    Midjourney denies the characterizations in this paragraph. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations that the American motion picture industry has created millions of jobs and contributed more than $260 billion to the U.S. economy. Midjourney denies the remaining allegations and characterizations in paragraph 12.

13.    The extent to which this case presents a "close call" under established precedent is a legal conclusion to which no response is required. Midjourney otherwise denies the remaining allegations and characterizations in paragraph 13.

14.    Midjourney denies the allegations and characterizations in paragraph 14.

## **THE PARTIES**

15.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 15, and on that basis denies the same.

16.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 16, and on that basis denies the same.

17.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 17, and on that basis denies the same.

18.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 18, and on that basis denies the same.

19.     Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 19, and on that basis denies the same.

20.     Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 20, and on that basis denies the same.

21.     Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 21, and on that basis denies the same.

22.     Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 22, and on that basis denies the same.

23.     Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 23, and on that basis denies the same.

24.     Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 24, and on that basis denies the same.

25.     Midjourney admits that, by the phrasing of the Complaint, the phrases "Copyrighted Works" and "Plaintiffs' Copyrighted Works," refer, collectively, to the alleged works asserted by the Plaintiffs and listed in Exhibits A and B to the Complaint.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 25, and on that basis denies the same.

26.     Midjourney admits the allegations in paragraph 26.

## JURISDICTION AND VENUE

27.     The allegations in this paragraph state a legal conclusion to which no response is required.  To the extent a response is deemed required, Midjourney admits

that this action purports to arise under the copyright laws of the United States, 17 U.S.C. § 101 *et seq.*, and that the Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a), provided that standing and other requirements are met. Except as expressly admitted, Midjourney denies the allegations set forth in paragraph 27.

28. The allegations in this paragraph state a legal conclusion to which no response is required. To the extent a response is deemed to be required, Midjourney admits that this Court has personal jurisdiction over it with respect to the instant action. Except as expressly admitted, Midjourney denies the allegations in paragraph 28.

29. Midjourney denies the allegations and characterizations in paragraph 29.

30. The allegations in this paragraph state a legal conclusion to which no response is required. To the extent a response is deemed to be required, Midjourney admits that venue is proper in this Court with respect to the instant action. Except as expressly admitted, Midjourney denies the allegations in paragraph 30.

31. The allegations in this paragraph state a legal conclusion to which no response is required. To the extent a response is deemed to be required, Midjourney admits that venue is proper in this Court with respect to the instant action. However, Midjourney denies that it purposefully directed its activities toward this District or that venue is proper under 28 U.S.C. § 1400(a).

a. Midjourney denies the allegations in paragraph 31(a).

b. Midjourney denies the allegations in paragraph 31(b).

c. Midjourney denies the allegations in paragraph 31(c).

d. Midjourney admits that some Midjourney subscribers are located in this District, that those users must engage with the same sign-up flow as every other user, and that Midjourney has accepted payment for subscriptions from users located in this District. Midjourney denies the remaining allegations in paragraph

1   31(d).

2               e.      Midjourney admits that it has at least one employee who resides

3   in Los Angeles, California, which is in this District.  Midjourney denies the remaining

4   allegations in paragraph 31(e).

5               f.      Midjourney admits that Midjourney CEO, David Holz, is quoted

6   in a Forbes interview making the statements excerpted in paragraph 31.  Midjourney

7   further admits that it promotes its services to professionals in the creative industries,

8   and that many creatives working for and on behalf of Plaintiffs are or have been

9   Midjourney subscribers.  To the extent the allegations set forth in this paragraph

10  purport to summarize or characterize the contents of the article located at

11  https://www.forbes.com/sites/robsalkowitz/2022/09/16/midjourney-founder-david-

12  holz-on-the-impact-of-ai-on-art-imagination-and-the-creative-economy/,         such

13  article speaks for itself.  Midjourney lacks knowledge and information sufficient to

14  form a belief as to the truth of the remaining allegations in paragraph 31(f), and on

15  that basis denies the same.

16          32.     Midjourney denies the allegations in paragraph 32.

17                          **FACTUAL ALLEGATIONS**

18          33.     Midjourney lacks knowledge and information sufficient to form a belief

19  as to the truth of the allegations in paragraph 33, and on that basis denies the same.

20          34.     Midjourney lacks knowledge and information sufficient to form a belief

21  as to the truth of the allegations in paragraph 34, and on that basis denies the same.

22          35.     Midjourney lacks knowledge and information sufficient to form a belief

23  as to the truth of the allegations in paragraph 35, and on that basis denies the same.

24          36.     Midjourney admits that the original Star Wars film, Episode IV: A New

25  Hope, was released in 1977, and that Star Wars has been the subject of various

26  audiovisual series, theme park attractions, and merchandise.   Midjourney lacks

27  knowledge and information sufficient to form a belief as to the truth of the allegations

28  in paragraph 36, and on that basis denies the same.

37.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 37, and on that basis denies the same.

38.    Midjourney admits that Darth Vader, Yoda, Storm Troopers, and Clone Troopers are characters or character-types in Star Wars and that they possess at least some of the visual and narrative characteristics attributed to them in paragraph 38. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 38, and on that basis denies the same.

39.    Midjourney admits that R2-D2, C-3PO, and Chewbacca are characters in Star Wars.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 39, and on that basis denies the same.

40.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 40, and on that basis denies the same.

41.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 41, and on that basis denies the same.

42.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 42, and on that basis denies the same.

43.    Midjourney admits that there are numerous superheroes and other characters in Marvel brand comics and derivations thereof.  Midjourney further admits that Iron Man is a superhero character depicted in certain Marvel brand comics and films and derivations thereof, and that the character possesses at least some of the visual and narrative characteristics attributed to him in paragraph 43. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 43, and on that basis denies the same.

44.    Midjourney further admits that the Hulk is a superhero character depicted in certain Marvel brand comics and films and derivations thereof, and that the character possesses at least some of the visual and narrative characteristics attributed to him in paragraph 44. Midjourney lacks knowledge and information

sufficient to form a belief as to the truth of the remaining allegations in paragraph 44, and on that basis denies the same.

45.    Midjourney further admits that Spider-Man is a superhero character depicted in certain Marvel brand comics and films and derivations thereof, and that the character possesses at least some of the visual and narrative characteristics attributed to him in paragraph 45. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 45, and on that basis denies the same

46.    Midjourney admits that Marvel brand comics and films, and derivations thereof, have featured the characters Deadpool, Groot, Wolverine, and Captain America.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 46, and on that basis denies the same

47.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 47, and on that basis denies the same.

48.    Midjourney admits that Homer, Marge, Bart, Lisa, and Maggie are characters in the Simpsons series, and that these characters possess at least some of the visual and narrative characteristics attributed to them in paragraph 48. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 48, and on that basis denies the same.

49.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 49, and on that basis denies the same.

50.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 50, and on that basis denies the same.

51.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 51, and on that basis denies the same.

52.    Midjourney admits that Buzz Lightyear and Lightning McQueen are characters in, respectively, Toy Story and Cars, and that these characters possess at

least some of the visual and narrative characteristics attributed to them in paragraph 52. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 52, and on that basis denies the same.

53.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 53, and on that basis denies the same.

54.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 54, and on that basis denies the same.

55.    Midjourney admits that, since the release of *Snow White*, animated films titled *Peter Pan*, *The Little Mermaid*, *The Lion King*, *Frozen*, and *Mulan* have been released under the Disney brand. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 55, and on that basis denies the same.

56.    Midjourney admits that the film *Frozen* features the characters Elsa and Olaf, *The Little Mermaid* features the character Arial, the film *Aladdin* features the characters Jasmine and Aladdin, the film *Mulan* features the character Mulan, the film *Lilo and Stich* features the characters Lilo and Stitch, and the film *Snow White* features the character Snow White. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 56, and on that basis denies the same.

57.    Midjourney admits that Elsa and Stitch are characters in, respectively, Frozen and *Lilo and Stich*, and that these characters possess at least some of the visual and narrative characteristics attributed to them in paragraph 57. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 57, and on that basis denies the same.

58.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 58, and on that basis denies the same.

59.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 59, and on that basis denies the same.

60.     Midjourney admits that Minions are creatures featured in the Despicable Me film series and spin-offs of the same, and that they possess at least some of the narrative characteristics attributed to them in paragraph 60.   Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 60, and on that basis denies the same.

61.     Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 61, and on that basis denies the same.

62.     Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 62, and on that basis denies the same.

63.     Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 63, and on that basis denies the same.

64.     Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 64, and on that basis denies the same.

65.     Midjourney admits that the Shrek is a character in *Shrek*, and that he possesses at least some of the visual and narrative characteristics attributed to him in paragraph 65.   Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 65, and on that basis denies the same.

66.     Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 66, and on that basis denies the same.

67.     Midjourney admits that the film *How to Train Your Dragon* was released in 2010.  Midjourney further admits that Hiccup and Toothless are characters in *How to Train Your Dragon*, and that they characters possess at least some of the visual and narrative characteristics attributed to them in paragraph 67.   Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 67, and on that basis denies the same.

68.     Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 68, and on that basis denies the same.

69.    Midjourney admits the allegations in paragraph 69.

70.    Midjourney admits that the Po character possesses at least some of the visual and narrative characteristics attributed to him in paragraph 70. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 70, and on that basis denies the same.

71.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 71, and on that basis denies the same

72.    Midjourney admits that Ted Templeton Jr. / Ted is a character in Boss Baby, and that he possesses at least some of the visual and narrative characteristics attributed to him in paragraph 72. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in paragraph 72, and on that basis denies the same.

73.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 73, and on that basis denies the same.

74.    To the extent the allegations set forth in this paragraph purport to summarize or characterize the contents of the articles located at https://techcrunch.com/2024/08/28/midjourney-says-its-getting-into-hardware/ and https://www.demandsage.com/midjourney-statistics/, such articles speak for themselves. Midjourney denies that it earned $300 million in 2024. Midjourney admits the remaining allegations in paragraph 74.

75.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegation that each and every Plaintiff was unaware of Midjourney at the time of its launch, and on that basis denies the same. Midjourney admits the remaining allegations in paragraph 75 relating to its releases and subscription plans and the referenced website speaks for itself.

76.    Midjourney denies that it has made any representations regarding Plaintiffs' works and Plaintiffs' characterization of the Midjourney service. Midjourney admits the remaining allegations in paragraph 76 regarding its

subscription plans and the GPU power required for Midjourney's platform.

77. Midjourney denies Plaintiffs' characterization of Midjourney's role in users' generation of images with the Midjourney Service. Midjourney admits the remaining allegations in paragraph 77.

78. Midjourney admits the allegations in paragraph 78.

79. Midjourney admits that many images generated by Midjourney users are displayed in the Explore feature on the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 79.

80. Midjourney denies the allegation in paragraph 80.

81. Midjourney denies the allegations in paragraph 81.

82. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 82.

83. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 83.

84. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 84.

85.     Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same.  Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same.  Midjourney denies the remaining allegations and characterizations in paragraph 85.

86.     Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same.  Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same.  Midjourney denies the remaining allegations and characterizations in paragraph 86.

87.     Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same.  Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same.  Midjourney denies the remaining allegations and characterizations in paragraph 87.

88.     Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same.  Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same.  Midjourney denies the remaining allegations and characterizations in paragraph 88.

89.     Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same.  Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff

owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 89.

90.    Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 90.

91.    Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 91.

92.    Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 92.

93.    Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 93.

94.    Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or

1  used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

2  knowledge and information sufficient to form a belief as to whether any Plaintiff

3  owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

4  denies the remaining allegations and characterizations in paragraph 94.

5      95.    Midjourney lacks knowledge and information sufficient to form a belief

6  as to whether a Midjourney user created the image attributed to Midjourney and/or

7  used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

8  knowledge and information sufficient to form a belief as to whether any Plaintiff

9  owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

10 denies the remaining allegations and characterizations in paragraph 95.

11     96.    Midjourney lacks knowledge and information sufficient to form a belief

12 as to whether a Midjourney user created the image attributed to Midjourney and/or

13 used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

14 knowledge and information sufficient to form a belief as to whether any Plaintiff

15 owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

16 denies the remaining allegations and characterizations in paragraph 96.

17     97.    Midjourney lacks knowledge and information sufficient to form a belief

18 as to whether a Midjourney user created the image attributed to Midjourney and/or

19 used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

20 knowledge and information sufficient to form a belief as to whether any Plaintiff

21 owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

22 denies the remaining allegations and characterizations in paragraph 97.

23     98.    Midjourney lacks knowledge and information sufficient to form a belief

24 as to whether a Midjourney user created the image attributed to Midjourney and/or

25 used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

26 knowledge and information sufficient to form a belief as to whether any Plaintiff

27 owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

28 denies the remaining allegations and characterizations in paragraph 98.

99. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 99.

100. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 100.

101. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 101.

102. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 102.

103. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff

1    owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

2    denies the remaining allegations and characterizations in paragraph 103.

3        104.   Midjourney lacks knowledge and information sufficient to form a belief

4    as to whether a Midjourney user created the image attributed to Midjourney and/or

5    used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

6    knowledge and information sufficient to form a belief as to whether any Plaintiff

7    owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

8    denies the remaining allegations and characterizations in paragraph 104.

9        105.   Midjourney lacks knowledge and information sufficient to form a belief

10    as to whether a Midjourney user created the image attributed to Midjourney and/or

11    used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

12    knowledge and information sufficient to form a belief as to whether any Plaintiff

13    owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

14    denies the remaining allegations and characterizations in paragraph 105.

15        106.   Midjourney lacks knowledge and information sufficient to form a belief

16    as to whether a Midjourney user created the image attributed to Midjourney and/or

17    used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

18    knowledge and information sufficient to form a belief as to whether any Plaintiff

19    owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

20    denies the remaining allegations and characterizations in paragraph 106.

21        107.   Midjourney lacks knowledge and information sufficient to form a belief

22    as to whether a Midjourney user created the image attributed to Midjourney and/or

23    used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

24    knowledge and information sufficient to form a belief as to whether any Plaintiff

25    owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

26    denies the remaining allegations and characterizations in paragraph 107.

27        108.   Midjourney lacks knowledge and information sufficient to form a belief

28    as to whether a Midjourney user created the image attributed to Midjourney and/or

1  used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

2  knowledge and information sufficient to form a belief as to whether any Plaintiff

3  owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

4  denies the remaining allegations and characterizations in paragraph 108.

5      109.  Midjourney lacks knowledge and information sufficient to form a belief

6  as to whether a Midjourney user created the image attributed to Midjourney and/or

7  used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

8  knowledge and information sufficient to form a belief as to whether any Plaintiff

9  owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

10  denies the remaining allegations and characterizations in paragraph 109.

11      110.  Midjourney lacks knowledge and information sufficient to form a belief

12  as to whether a Midjourney user created the image attributed to Midjourney and/or

13  used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

14  knowledge and information sufficient to form a belief as to whether any Plaintiff

15  owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

16  denies the remaining allegations and characterizations in paragraph 110.

17      111.  Midjourney lacks knowledge and information sufficient to form a belief

18  as to whether a Midjourney user created the image attributed to Midjourney and/or

19  used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

20  knowledge and information sufficient to form a belief as to whether any Plaintiff

21  owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

22  denies the remaining allegations and characterizations in paragraph 111.

23      112.  Midjourney lacks knowledge and information sufficient to form a belief

24  as to whether a Midjourney user created the image attributed to Midjourney and/or

25  used the prompt alleged, and on that basis denies the same.  Midjourney also lacks

26  knowledge and information sufficient to form a belief as to whether any Plaintiff

27  owns copyrights in the asserted works, and on that basis denies the same.  Midjourney

28  denies the remaining allegations and characterizations in paragraph 112.

113.  Midjourney denies the allegations in paragraph 113.

114.  Midjourney lacks knowledge and information sufficient to form a belief as to Plaintiffs' purported ownership of copyright in any particular work, and on that basis denies the same.  Midjourney denies the remaining allegations in paragraph 114.

115.  Midjourney lacks knowledge and information sufficient to form a belief as to Plaintiffs' beliefs about Midjourney's conduct, and on that basis denies the same.

a.  Midjourney lacks knowledge and information sufficient to form a belief as to whether data collected to train Midjourney's models includes Plaintiffs' alleged works, and on that basis denies the same.  Midjourney further denies Plaintiffs' characterizations of Mr. Holz's alleged statements as admissions.  To the extent the allegations set forth in this paragraph purport to summarize or characterize the contents of the articles located at https://www.theverge.com/2022/8/2/23287173/ai-image-generation-art-midjourney-multiverse-interview-david-holz and https://www.forbes.com/sites/robsalkowitz/2022/09/16/midjourney-founder-david-holz-on-the-impact-of-ai-on-art-imagination-and-the-creative-economy/, such articles speak for themselves.  Midjourney admits the remaining allegations in paragraph 115(a).

b.  Midjourney lacks knowledge and information sufficient to form a belief as to whether data collected to train Midjourney's models includes Plaintiffs' alleged works, and on that basis denies the same.  Midjourney admits the remaining allegations in paragraph 115(b).

c.  Midjourney admits that it uses publicly available images to train its generative AI models, and that the specifics of this process have not been publicly disclosed.  Midjourney denies the remaining allegations in paragraph 115(c).

116.  Midjourney denies the allegations in paragraph 116.

117.    Midjourney admits that it has trained several generative AI models and that training involves the use of publicly available images.  Midjourney further admits that its CEO has stated that version 6 was Midjourney's third model trained from scratch.  Midjourney lacks knowledge and information sufficient to form a belief as to the remaining allegations in paragraph 117, and on that basis denies the same.

118.    Midjourney denies that it has infringed Plaintiffs' copyrights. Midjourney lacks knowledge and information sufficient to form a belief as to the remaining allegations in paragraph 118, and on that basis denies the same.

119.    Midjourney denies the allegations in paragraph 119.

120.    Midjourney lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same.  Midjourney denies the remaining allegations and characterizations in paragraph 120.

121.    Midjourney lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same.  Midjourney denies the remaining allegations and characterizations in paragraph 121.

122.    Midjourney lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same.  Midjourney denies the remaining allegations and characterizations in paragraph 122.

123.    Midjourney admits that some individuals have been critical of Midjourney, just as some individuals have been critical of each of the Plaintiffs.  To the extent the allegations set forth in this paragraph purport to summarize or characterize the contents of the article located at https://spectrum.ieee.org/midjourney-copyright, such article speaks for itself. Midjourney lacks knowledge and information sufficient to form a belief as to whether

a Midjourney user created the images attributed to Midjourney or the prompts allegedly used, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 123.

124.   To the extent the allegations set forth in this paragraph purport to summarize or characterize the contents of the article located at https://spectrum.ieee.org/midjourney-copyright, such article speaks for itself. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the images attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 124.

125.   To the extent the allegations set forth in this paragraph purport to summarize or characterize the contents of the article located at https://spectrum.ieee.org/midjourney-copyright, such article speaks for itself. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image identified in paragraph 125 and/or used the prompts alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same.

126.   To the extent the allegations set forth in this paragraph purport to summarize or characterize the contents of the article located at https://spectrum.ieee.org/midjourney-copyright, such article speaks for itself. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the images attributed to Midjourney and/or used the prompts alleged, and on that basis denies the same. Midjourney also lacks knowledge

and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 126.

127. To the extent the allegations set forth in this paragraph purport to summarize or characterize the contents of the article located at https://spectrum.ieee.org/midjourney-copyright, such article speaks for itself. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the images attributed to Midjourney and/or used the prompts alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 127.

128. To the extent the allegations set forth in this paragraph purport to summarize or characterize the contents of the article located at https://spectrum.ieee.org/midjourney-copyright, such article speaks for itself. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 128.

129. To the extent the allegations set forth in this paragraph purport to summarize or characterize the contents of the article located at https://spectrum.ieee.org/midjourney-copyright, such article speaks for itself. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the images attributed to Midjourney and/or used the prompts alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns

copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 129.

130. To the extent the allegations set forth in this paragraph purport to summarize or characterize the contents of the article located at https://spectrum.ieee.org/midjourney-copyright, such article speaks for itself. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the images attributed to Midjourney and/or used the prompts alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 130.

131. To the extent the allegations set forth in this paragraph purport to summarize or characterize the contents of the article located at https://spectrum.ieee.org/midjourney-copyright, such article speaks for itself. Midjourney lacks knowledge and information sufficient to form a belief as to whether a Midjourney user created the image attributed to Midjourney and/or used the prompt alleged, and on that basis denies the same. Midjourney also lacks knowledge and information sufficient to form a belief as to whether any Plaintiff owns copyrights in the asserted works, and on that basis denies the same. Midjourney denies the remaining allegations and characterizations in paragraph 131.

132. The allegation does not specify any "publications." Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 132, and on that basis denies the same.

133. Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable. Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 133 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 133.

134.   Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable.  Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 134 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 134.

135.   Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable.  Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 135 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 135.

136.   Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable.  Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 136 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 136.

137.   Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable.  Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 137 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 137.

138.   Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable.  Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 138 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 138.

139.   Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable.  Midjourney lacks knowledge and information sufficient to form a belief as to whether the image

1    depicted in paragraph 139 is a true and correct screenshot of the Midjourney website.

2    Midjourney denies the remaining allegations and characterizations in paragraph 139.

3    140.    Midjourney admits that images created by Midjourney users may be

4    displayed within Midjourney's Explore feature, which is searchable.    Midjourney

5    lacks knowledge and information sufficient to form a belief as to whether the image

6    depicted in paragraph 140 is a true and correct screenshot of the Midjourney website.

7    Midjourney denies the remaining allegations and characterizations in paragraph 140.

8    141.    Midjourney admits that images created by Midjourney users may be

9    displayed within Midjourney's Explore feature, which is searchable.    Midjourney

10    lacks knowledge and information sufficient to form a belief as to whether the image

11    depicted in paragraph 141 is a true and correct screenshot of the Midjourney website.

12    Midjourney denies the remaining allegations and characterizations in paragraph 141.

13    142.    Midjourney admits that images created by Midjourney users may be

14    displayed within Midjourney's Explore feature, which is searchable.    Midjourney

15    lacks knowledge and information sufficient to form a belief as to whether the image

16    depicted in paragraph 142 is a true and correct screenshot of the Midjourney website.

17    Midjourney denies the remaining allegations and characterizations in paragraph 142.

18    143.    Midjourney admits that images created by Midjourney users may be

19    displayed within Midjourney's Explore feature, which is searchable.    Midjourney

20    lacks knowledge and information sufficient to form a belief as to whether the image

21    depicted in paragraph 143 is a true and correct screenshot of the Midjourney website.

22    Midjourney denies the remaining allegations and characterizations in paragraph 143.

23    144.    Midjourney admits that images created by Midjourney users may be

24    displayed within Midjourney's Explore feature, which is searchable.    Midjourney

25    lacks knowledge and information sufficient to form a belief as to whether the image

26    depicted in paragraph 144 is a true and correct screenshot of the Midjourney website.

27    Midjourney denies the remaining allegations and characterizations in paragraph 144.

28    145.    Midjourney admits that images created by Midjourney users may be

COOLEY LLP
ATTORNEYS AT LAW

DEFENDANT'S ANSWER TO COMPLAINT
CASE NO.: 2:25-CV-05275-JAK-AJR

displayed within Midjourney's Explore feature, which is searchable. Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 145 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 145.

146. Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable. Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 146 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 146.

147. Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable. Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 147 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 147.

148. Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable. Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 148 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 148.

149. Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable. Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 149 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 149.

150. Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable. Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 150 is a true and correct screenshot of the Midjourney website.

Midjourney denies the remaining allegations and characterizations in paragraph 150.

151.   Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable.  Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 151 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 151.

152.   Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable.  Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 152 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 152.

153.   Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable.  Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 153 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 153.

154.   Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable.  Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 154 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 154.

155.   Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable.  Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 155 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 156.

156.   Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable.  Midjourney

1    lacks knowledge and information sufficient to form a belief as to whether the image

2    depicted in paragraph 156 is a true and correct screenshot of the Midjourney website.

3    Midjourney denies the remaining allegations and characterizations in paragraph 156.

4        157.   Midjourney admits that images created by Midjourney users may be

5    displayed within Midjourney's Explore feature, which is searchable.   Midjourney

6    lacks knowledge and information sufficient to form a belief as to whether the image

7    depicted in paragraph 157 is a true and correct screenshot of the Midjourney website.

8    Midjourney denies the remaining allegations and characterizations in paragraph 157.

9        158.   Midjourney admits that images created by Midjourney users may be

10   displayed within Midjourney's Explore feature, which is searchable.   Midjourney

11   lacks knowledge and information sufficient to form a belief as to whether the image

12   depicted in paragraph 158 is a true and correct screenshot of the Midjourney website.

13   Midjourney denies the remaining allegations and characterizations in paragraph 158.

14       159.   Midjourney admits that images created by Midjourney users may be

15   displayed within Midjourney's Explore feature, which is searchable.   Midjourney

16   lacks knowledge and information sufficient to form a belief as to whether the image

17   depicted in paragraph 159 is a true and correct screenshot of the Midjourney website.

18   Midjourney denies the remaining allegations and characterizations in paragraph 159.

19       160.   Midjourney admits that images created by Midjourney users may be

20   displayed within Midjourney's Explore feature, which is searchable.   Midjourney

21   lacks knowledge and information sufficient to form a belief as to whether the image

22   depicted in paragraph 160 is a true and correct screenshot of the Midjourney website.

23   Midjourney denies the remaining allegations and characterizations in paragraph 160.

24       161.   Midjourney admits that images created by Midjourney users may be

25   displayed within Midjourney's Explore feature, which is searchable.   Midjourney

26   lacks knowledge and information sufficient to form a belief as to whether the image

27   depicted in paragraph 161 is a true and correct screenshot of the Midjourney website.

28   Midjourney denies the remaining allegations and characterizations in paragraph 161.

162.   Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable.  Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 162 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 162.

163.   Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable.  Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 163 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 163.

164.   Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable.  Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 164 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 164.

165.   Midjourney admits that images created by Midjourney users may be displayed within Midjourney's Explore feature, which is searchable.  Midjourney lacks knowledge and information sufficient to form a belief as to whether the image depicted in paragraph 165 is a true and correct screenshot of the Midjourney website. Midjourney denies the remaining allegations and characterizations in paragraph 165.

166.   Midjourney denies the allegations and characterizations in paragraph 166.

167.   Midjourney denies the allegations and characterizations in paragraph 167.

168.   Midjourney denies the allegations and characterizations in paragraph 168.

169.   To the extent the allegations set forth in this paragraph purport to summarize   or   characterize   the   contents   of   the   article   located   at

https://instantaiprompts.medium.com/recreating-classic-disney-1930s-style-animation-with-midjourney-ai-3c4735dfb226, such article speaks for itself. Midjourney otherwise denies the allegations and characterizations in paragraph 169.

170.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 170, and on that basis denies the same.

171.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 171, and on that basis denies the same.

172.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 172, and on that basis denies the same.

173.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 173, and on that basis denies the same.

174.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 174, and on that basis denies the same.

175.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 175, and on that basis denies the same.

176.    Midjourney denies that users are drawn to Midjourney in order to engage in infringement.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 176, and on that basis denies the same.

177.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 177, and on that basis denies the same.

178.   Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 178, and on that basis denies the same.

179.   Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 179, and on that basis denies the same.

180.   To the extent the allegations set forth in this paragraph purport to summarize or characterize the contents of the article located at https://instantaiprompts.medium.com/recreating-classic-disney-1930s-style-animation-with-midjourney-ai-3c4735dfb226, such article speaks for itself. Midjourney denies Plaintiffs' description and characterization of the Midjourney service and associated technology.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 180, and on that basis denies the same.

181.   Midjourney denies that Midjourney users are drawn to Midjourney for the purpose of creating images of Plaintiffs' characters. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 181, and on that basis denies the same.

182.   Midjourney denies that it has infringed copyrighted works and, on that basis, denies the allegations and characterizations in paragraph 182.

183.   Midjourney admits that it uses technical measures to prevent the generation of certain content including nudity and certain violent content. Midjourney further admits that the image excerpted in paragraph 183 appears display an error message in response to a prompt submitted by a Midjourney user. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 183, and on that basis denies the same.

184.   Midjourney admits that certain error messages on the Midjourney

platform reflect Midjourney's Community Standards, which include prohibitions on the conduct quoted in paragraph 184. Midjourney denies the remaining allegations in paragraph 184.

185. Midjourney admits the allegations in paragraph 185.

186. Midjourney admits that it has not affirmatively implemented measures specific to Plaintiffs' allegedly copyrighted works, but denies that any such measures are required. Midjourney denies the remaining allegations in paragraph 186 regarding control or alleged infringement.

187. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 187, and on that basis denies the same.

188. Midjourney admits that its Terms of Service entitle Midjourney to terminate access to and use of the service to users who engage in repeated acts of copyright infringement. Midjourney denies the remaining allegations in paraph 188.

189. Midjourney denies Plaintiffs' allegations that it has infringed their copyrights or any notion that it engaged in "willful" infringement. Midjourney further denies Plaintiffs' characterization of how images are generated by users of Midjourney. Midjourney admits the remaining allegations in paragraph 189.

190. Midjourney admits that it received a letter from the Walt Disney Company on December 11, 2024 and a letter from NBCUniversal just prior to Plaintiffs' filing the Complaint. Midjourney further admits that it did not respond to those letters prior to the Complaint. Midjourney denies Plaintiffs' allegations that it has infringed their copyrights. Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 190, and on that basis denies the same.

191. Midjourney denies Plaintiffs' allegations that it has committed infringement and that anything related to Plaintiffs' works, let alone purported infringement, is a "central feature" of its services, and further disputes Plaintiffs'

characterization of it as unwilling to work with Plaintiffs to address their concerns. Midjourney admits the remaining allegations in paragraph 191.

192.    Midjourney admits that in the week prior to Plaintiffs' filing the Complaint, Midjourney's CEO announced plans to release new versions of its image creation tools and, before the end of the month, a video generation tool, which has since been released.  Midjourney denies the remaining allegations in paragraph 192.

193.    Midjourney denies the allegations and characterizations in paragraph 193.

194.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 194, and on that basis denies the same.

195.    Midjourney denies the allegations in paragraph 195.

196.    Midjourney denies the allegations in paragraph 196.

197.    Midjourney denies that its conduct usurps Plaintiffs' control over the exercise of their rights in copyright works and interferes with their exploitation and licensing strategies.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 197, and on that basis denies the same.

198.    Midjourney lacks knowledge and information sufficient to form a belief as to the truth of Plaintiffs' allegation that Midjourney competes with companies that have negotiated with Plaintiffs for licenses to their copyrighted content, and on that basis denies the same.  Midjourney denies the remaining allegations in paragraph 198.

199.    Midjourney denies the allegations in paragraph 199, including but not limited to the allegation that it is "contributing to consumer confusion regarding what is lawful."

200.    Midjourney denies the allegations in paragraph 200.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FIRST CLAIM FOR RELIEF**

**(Alleged Direct Copyright Infringement)**

201.   Midjourney incorporates by reference its responses to the preceding paragraphs above as though fully set forth herein.

202.   Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 202, and on that basis denies the same.

203.   Midjourney denies the allegations in paragraph 203.

204.   Midjourney denies the allegations in paragraph 204.

205.   Midjourney denies the allegations in paragraph 205.

206.   Midjourney denies the allegations in paragraph 206.

207.   Midjourney denies the allegations in paragraph 207.

208.   Midjourney denies the allegations in paragraph 208.

209.   Midjourney denies the allegations in paragraph 209.

210.   Midjourney denies the allegations in paragraph 210.

211.   Midjourney denies the allegations in paragraph 211.

**SECOND CLAIM FOR RELIEF**

**(Alleged Secondary Copyright Infringement)**

212.   Midjourney incorporates by reference its responses to the preceding paragraphs above as though fully set forth herein.

213.   Paragraph 213 contains characterizations of Plaintiffs' pleading strategy, to which no response is required.   Midjourney denies the remaining allegations in paragraph 213.

214.   Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 214 and referenced Exhibits A and B, and on that basis denies the same.

215.   Midjourney denies the allegations in paragraph 215.

216.   Midjourney lacks knowledge and information sufficient to form a belief

as to the truth of whether Plaintiffs have consented to any particular image created by a Midjourney user.  Midjourney denies the remaining allegations in paragraph 216.

217.   Midjourney denies the allegations and characterizations in paragraph 217.

218.   Midjourney denies the allegations and characterizations in paragraph 218.

219.   Midjourney denies the allegations and characterizations in paragraph 219.

220.   Midjourney admits that it has the right and ability to moderate user prompts.  Midjourney denies the remaining allegations in paragraph 220.

221.   Midjourney admits that it prevents users from creating certain images, including images reflecting hate speech and nudity, among others.  Midjourney denies that it is infringing Plaintiffs' copyrighted works.  Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 221, and on that basis denies the same.

222.   Midjourney denies the allegations in paragraph 222.

223.   Midjourney admits that it provides additional generations and features to subscribers to premium subscription plans.  Midjourney further admits that its revenues surpassed $200 million in 2023, and that, as of September 2024, Midjourney had nearly 21 million subscribers.  Midjourney denies the remaining allegations in paragraph 223.

224.   Midjourney denies the allegations in paragraph 224.

225.   Midjourney denies the allegations in paragraph 225.

226.   Midjourney denies the allegations in paragraph 226.

227.   Midjourney lacks knowledge and information sufficient to form a belief as to the truth of the allegation regarding measures taken by other generative AI services, and on that basis denies the same.  Midjourney denies that it has infringed

Plaintiffs' alleged copyrights, and on that basis denies the remaining allegations and characterizations in paragraph 227.

228. Midjourney denies the allegations in paragraph 228.

229. Midjourney denies the allegations in paragraph 229.

230. Midjourney denies the allegations in paragraph 230.

231. Midjourney denies the allegations in paragraph 231.

232. Midjourney denies the allegations in paragraph 232.

233. Midjourney denies the allegations in paragraph 233.

234. Midjourney denies the allegations in paragraph 234.

235. Midjourney denies the allegations in paragraph 235.

## PRAYER FOR RELIEF

Midjourney denies that Plaintiffs are entitled to any relief whatsoever, including but not limited to the relief sought in the section of the Complaint titled "Prayer for Relief." To the extent that the "Prayer for Relief" contains any allegations, Midjourney denies the same.

## AFFIRMATIVE DEFENSES

Midjourney asserts that Plaintiffs' claims are barred, in whole or in part, by the defenses set forth herein. The Preliminary Statement and responses above are incorporated in these defenses by reference as if fully set forth herein. By setting forth these defenses, Midjourney does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiffs. Midjourney reserves the right to plead any and all defenses that may be evident or revealed after investigation and discovery in this matter.

## FIRST AFFIRMATIVE DEFENSE

To the extent that Midjourney made any unauthorized copies of Plaintiffs' registered copyrighted works, or otherwise exercised any rights provided for under 17 U.S.C. § 106, such uses constitute fair use under 17 U.S.C. § 107.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that the Plaintiffs do not own the copyrights for the asserted works, and/or otherwise lack standing to assert the claims herein.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, on the ground that Plaintiffs (themselves or through their agents) have licensed (actual or implied) one or more of the asserted works to Midjourney.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of acquiescence, estoppel, and waiver.  Midjourney is informed and believes, and on that basis alleges, that one or more of the images that Plaintiffs allege infringe their copyrights were created by Plaintiffs or agents thereof.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of unclean hands.  Plaintiffs use and benefit from generative AI models, including Midjourney, and including in connection with some or all of the asserted works.  Moreover, on information and belief, Plaintiffs are, like Midjourney, directly or indirectly engaged in training generative AI models on publicly available works, some of which are protected by copyrights owned by third parties.  Accordingly, it would be inequitable to permit Plaintiffs to benefit from the development and use of generative AI tools, including Midjourney, on the one hand, and, on the other hand, prevent the development and use of Midjourney by others.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that any purported copying of Plaintiffs' protectable expression is *de minimis*.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, on the grounds that (i)

Plaintiffs have not provided Midjourney with adequate notice of specific instances of purported copyright infringement by Midjourney users; and (ii) Midjourney is entitled to avail itself to the infringement safe harbors codified in 17 U.S.C. § 512. As alleged above, Plaintiffs have not complied with the provisions of the DMCA.

## **PRAYER FOR RELIEF**

WHEREFORE, Midjourney asks this Court to enter judgment:

1.  Dismissing the Complaint with prejudice;

2.  Finding that Plaintiffs are not entitled to the relief requested in the Complaint, or to any relief whatsoever, including for direct, contributory, or vicarious copyright infringement;

3.  Finding that one or more of the copyrights asserted by Plaintiffs are unenforceable and/or that Plaintiffs' claims have been limited, barred, or discharged by reason of the affirmative and additional defense(s) set forth herein;

4.  Awarding reasonable attorneys' fees and all other recoverable expenses to Midjourney;

5.  Awarding Midjourney its costs; and,

6.  Granting such other and further relief as may be just and proper.

Dated:       August 6, 2025              COOLEY LLP

By: _____
     Bobby Ghajar
     John Paul Oleksiuk
     Judd Lauter
     Ellie Dupler

     *Counsel for Defendant Midjourney, Inc.*

1

## <u>DEMAND FOR TRIAL BY JURY</u>

2     Midjourney hereby demands a trial by jury on all claims, counterclaims,

3  defenses, and issues in this action so triable.

4

COOLEY LLP

5  Dated:          August 6, 2025

6

By: _____

7                 Bobby Ghajar
                John Paul Oleksiuk

8                 Judd Lauter
                Ellie Dupler

9

*Counsel for Defendant Midjourney,*

10  *Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28