|     |
| --- |
| 1   |
| 2   |
| 3   |
| 4   |
| 5   |
| 6   |
| 7   |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DISNEY ENTERPRISES INC, et al., | No. 2:25-cv-05275-JAK (AJRx) |
| --- | --- |
| Plaintiffs, | **ORDER RE JOINT STIPULATION FOR EXTENSION OF TIME TO FILE JOINT RULE 26(f) REPORT (DKT. 23)** |
| v. | |
| MIDJOURNEY INC., | |
| Defendants. | |

1

1  Based on a review of the Joint Stipulation for Extension of Time to File Joint Rule 26(f) Report (the "Joint Report" (Dkt. 23)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The deadline for submission of the Rule 26(f) Joint Report is continued from October 10, 2025 to October 17, 2025.

**IT IS SO ORDERED.**

Dated:  October 10, 2025            _____
                                    John A. Kronstadt
                                    United States District Judge