1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES INC, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MIDJOURNEY INC.,<br><br>　　　　Defendants. | No. 2:25-cv-05275-JAK (AJRx)<br><br>**ORDER RE JOINT STIPULATION FOR EXTENSION OF TIME TO FILE JOINT RULE 26(f) REPORT (DKT. 25)** |

1

1  Based on a review of the Joint Stipulation for Extension of Time to File Joint Rule
2  26(f) Report (the "Joint Stipulation" (Dkt. 25)), sufficient good cause has been shown for
3  the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:
4  The deadline for submission of the Rule 26(f) Joint Report is continued from
5  October 17, 2025 to October 22, 2025.

7  **IT IS SO ORDERED.**

9  Dated:  October 21, 2025                                    _____
10                                                              John A. Kronstadt
11                                                              United States District Judge