**JENNER & BLOCK LLP**
David R. Singer (SBN 204699)
dsinger@jenner.com
Julie A. Shepard (SBN 175538)
jshepard@jenner.com
Lauren M. Greene (SBN 271397)
lgreene@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.; WARNER BROS. ENTERTAINMENT INC., et al.,<br><br>Plaintiffs,<br>v.<br>MIDJOURNEY, INC.,<br>Defendant.<br><br>ALL CASES | Case No. 2:25-cv-05275-JAK-AJR<br><br>Consolidated for all purposes with Case No. 2:25-cv-08376-JAK-E<br><br>**WARNER BROS. DISCOVERY'S STATEMENT IN RESPONSE TO ORDER RE JOINT STIPULATION TO CONSOLIDATE CASES (ECF. NO. 29)** |

Plaintiffs Warner Entertainment Inc., DC Comics, Turner Entertainment Co., Hanna-Barbera Productions, Inc., and The Cartoon Network, Inc. (collectively, "Warner Bros. Discovery") hereby respond to the Court's November 5, 2025 Order Re Joint Stipulation To Consolidate Cases (ECF No. 29), as follows:

Warner Bros. Discovery states that it joins in the positions advanced by the Plaintiffs in the October 22, 2025 Joint Rule 26(f) Report filed in the Lead Action, *Disney Enterprises Inc. et al. v. Midjourney, Inc.*, Case No. 2:25-cv-05275-JAK-AJR. Lead Action, ECF No. 27.

Dated: November 10, 2025        JENNER & BLOCK LLP

By: */s/ David R. Singer*
David R. Singer
Julie A. Shepard
Lauren M. Greene

*Attorneys for Plaintiffs*