UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Lead Case No. | 2:25-cv-05275-JAK (AJRx) | Date | 11/14/2025 |
| Title | Disney Enterprises, Inc. et al. v. Midjourney, Inc.<br>ALL CASES | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| M. Lindaya | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING PRETRIAL DEADLINES (DKT. 27)**

Based on a review of the parties' October 22, 2025 Joint Report, the following deadlines are set:

| | |
|---|---|
| December 15, 2025 | Deadline to file joint report regarding agreed upon private neutral. If the parties are not able to agree, the joint report shall include eight nominees – four from all Plaintiffs collectively, and four from Defendant. A resume and hourly rate for each nominee shall be attached to the joint report. The Court will select a private neutral from the among the eight nominees. |
| January 26, 2026 | Deadline to add parties/amend pleadings |
| August 19, 2026 | Last day to conduct settlement conference or mediation |
| August 21, 2026 | Deadline to file notice of settlement/joint report re: settlement |
| August 31, 2026, at 1:30 p.m. | Post Mediation Status Conference |
| September 21, 2026 | Non-expert discovery cut-off |
| October 14, 2026 | Deadline for expert initial disclosure |
| October 26, 2026 | Deadline for rebuttal expert disclosure |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Lead Case No. | 2:25-cv-05275-JAK (AJRx) | Date | 11/14/2025 |
|---|---|---|---|
| Title | Disney Enterprises, Inc. et al. v. Midjourney, Inc. ALL CASES | | |

| | |
|---|---|
| November 9, 2026 | Expert discovery cut-off |
| November 23, 2026 | Last date to file all motions, including discovery motions |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on any motions pending as of November 23, 2026. The trial time estimate will be set at the final pretrial conference.

The Court grants the request to participate in a settlement conference with a private neutral. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on August 31, 2026, if such notice is filed on or before August 21, 2026. If a notice of settlement is not filed, counsel shall file a joint report by August 21, 2026, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

The deadline to amend pleadings or add parties may be extended through the filing of a motion or stipulation that is based upon a showing of good cause.

Several discovery disputes, and potential disputes, are identified in the Joint Report. The Joint Report also acknowledges that these matters are ones that may be referred to Magistrate Judge Richlin. Accordingly, that referral is made, and the parties are directed to contact Judge Richlin's Courtroom Deputy to schedule a date for a discovery conference with Judge Richlin. The parties shall comply with all orders issued by Judge Richlin with respect to addressing any and all disputes that arise with respect to discovery.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | LC3 |