**JENNER & BLOCK LLP**
David R. Singer (SBN 204699)
dsinger@jenner.com
Julie A. Shepard (SBN 175538)
jshepard@jenner.com
Lauren M. Greene (SBN 271397)
lgreene@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone: (213) 239-5100
Facsimile:  (213) 239-5199

*Attorneys for Plaintiffs*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.; WARNER BROS. ENTERTAINMENT, INC., et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>MIDJOURNEY, INC.,<br><br>            Defendant.<br><br>ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx)<br>Judge Honorable John A. Kronstadt<br><br>**JOINT REPORT RE SELECTION OF PRIVATE NEUTRAL**<br><br>Complaint filed:    June 11, 2025 |

1. Plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, DreamWorks Animation L.L.C., Warner Bros. Entertainment Inc., DC Comics; Turner Entertainment Co., Hanna-Barbera Productions, Inc., and The Cartoon Network, Inc. (collectively "Plaintiffs"), and defendant Midjourney, Inc. ("Midjourney" and with Plaintiffs, the "Parties") hereby submit this Joint Report regarding the selection of a private neutral required by this Court's Order Setting Pretrial Deadlines ("Order") (ECF No. 32).

Pursuant to the Court's Order, the Parties have conferred and have agreed to select Hon. Suzanne H. Segal (Ret.) as the mediator for this action.

Dated: December 15, 2025         JENNER & BLOCK LLP

By: _____/s/ David R. Singer_____
David R. Singer
Julie A. Shepard
Lauren M. Greene

*Attorneys for Plaintiffs*

Dated: December 15, 2025

By:   */s/ Bobby Ghajar*
COOLEY LLP

BOBBY GHAJAR (198719)
(bghajar@cooley.com)
ELLIE DUPLER (337607)
(edupler@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

JUDD D. LAUTER (290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Midjourney, Inc.*

*Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*