UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-05275-JAK-AJR | Date | December 29, 2025 |
|---|---|---|---|
| Title | Disney Enterprises Inc., et al. v. Midjourney Inc. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|
| Claudia Garcia-Marquez | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| N/A | N/A |

**Proceedings (In Chambers):** ORDER SCHEDULING INFORMAL DISCOVERY CONFERENCE

The Court schedules an informal discovery conference to be held by videoconference on **Monday, January 12, 2026, at 12:00 p.m.** The Court's Courtroom Deputy Clerk will email counsel the link to join the videoconference. No later than **January 8, 2026**, the parties shall file a joint status update focused on progress with discovery, agreements of the parties, and disputes or areas of potential future dispute. Specifically, the parties shall update the portions of the Joint Rule 26 Report that relate to discovery. (Dkt. 27.) The parties can add anything else related to discovery that they would like the Court to be aware of.

IT IS SO ORDERED.