**JENNER & BLOCK LLP**
David R. Singer (SBN 204699)
dsinger@jenner.com
Julie A. Shepard (SBN 175538)
jshepard@jenner.com
Lauren M. Greene (SBN 271397)
lgreene@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199

*Attorneys for Plaintiffs*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.; WARNER BROS. ENTERTAINMENT INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIDJOURNEY, INC., <br><br> Defendant. <br><br> ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx) <br> Judge Honorable John A. Kronstadt <br><br> **DISCOVERY MATTER** <br><br> **JOINT STATUS UPDATE RE INFORMAL DISCOVERY CONFERENCE** <br><br> Date:          January 12, 2026 <br> Time:         12:00 p.m. <br> Courtroom: videoconference <br><br> Complaint filed:    June 11, 2025 |

Plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, DreamWorks Animation L.L.C., Warner Bros. Entertainment Inc., DC Comics; Turner Entertainment Co., Hanna-Barbera Productions, Inc., and The Cartoon Network, Inc. (collectively "Plaintiffs"), and defendant Midjourney, Inc. ("Midjourney" and with Plaintiffs, the "Parties") hereby submit this Joint Status Update in response to the Court's Order Scheduling Informal Discovery Conference (ECF No. 40), as follows:

## I.  UPDATE RE DISCOVERY ISSUES IN JOINT RULE 26(f) REPORT

As set forth in the Section j.5. of the Parties' Joint Rule 26(f) Report, the Parties had a previous disagreement regarding whether and how to modify the Federal Rule of Civil Procedure 33(a)(1) limit on the number of interrogatories that each party would be entitled to propound in the action.  After further meeting and conferring on the issues, the Parties have agreed to adopt the modification to the interrogatory limits in Rule 33(a)(1) proposed by Midjourney in the Joint Rule 26(f) Report, as follows:

- Plaintiffs' side: limited to 25 common interrogatories total, and 5 additional interrogatories per each of the three Plaintiff groups (i.e., Disney, Universal, and Warner);
- Midjourney's side: limited to 25 common interrogatories total, and a total of 6 additional interrogatories which Midjourney may direct to any of the three Plaintiff groups.

The parties agreed on a clarification to this agreement that "a total of 6 additional interrogatories which Midjourney may direct to any of the three Plaintiff groups" does not mean 18 additional interrogatories. Midjourney's 6 additional interrogatories can be directed at one or more of the Plaintiff groups (i.e., the 6 additional interrogatories can be common interrogatories or separate interrogatories).[1]

---

[1] In order to provide additional color regarding the spirit and intent of the proposal regarding the interrogatory limits in Rule 33(a)(1), Midjourney notes that when it made

By agreeing to this modification, neither side is waiving the right to seek more interrogatories under Rule 33(a)(1) and Rule 26(b)(1) and (2) or the right to challenge whether a party has exceeded the modified limit set forth herein.

The Joint Rule 26(f) Report also indicated that the Parties are conferring on a Stipulated Protective Order and ESI Protocol. Those discussions have continued, and the Parties anticipate presenting the Stipulated Protective Order and the ESI Protocol to the Court for review and execution soon.

Given the Parties' agreement on the issues that were previously outstanding in the Joint Rule 26(f) Report, the Parties agree that the Informal Discovery Conference set for Monday, January 12, 2026 can be taken off calendar at the Court's discretion.

## II. PROGRESS OF DISCOVERY

The Parties have been engaged in discovery since their Rule 26(f) Conference of Counsel on October 1, 2025. Since that date, each of the Parties have propounded requests for production of documents, interrogatories, and requests for admission. On December 30 and December 31, 2025, the Parties conducted lengthy meet and confers that went through Plaintiffs and Midjourney's responses to each side's discovery requests. The Parties are considering the positions, proposals, and potential compromises raised during those meet and confers and plan to exchange further letters regarding the discovery request. During that process, the Parties will continue to work amicably to resolve any outstanding dispute. For any discovery disputes that require Court intervention, the Parties will reach out to the Court in the coming weeks to schedule an Informal Discovery Conference as set forth in this Court's procedures.

---

this proposal, it was based in its understanding that it had served 13 common interrogatories at the time. The parties have disputed how to count interrogatories served by both sides, and the parties will continue to meet and confer to resolve those issues as discussed in Part II, Progress of Discovery.

Dated: January 8, 2026  JENNER & BLOCK LLP

By:     */s/ David R. Singer*
David R. Singer
Julie A. Shepard
Lauren M. Greene

*Attorneys for Plaintiffs*

Dated: January 8, 2026

By: */s/ Judd D. Lauter*
COOLEY LLP

BOBBY GHAJAR (198719)
(bghajar@cooley.com)
ELLIE DUPLER (337607)
(edupler@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

JUDD D. LAUTER (290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Midjourney, Inc.*