# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES INC., et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>MIDJOURNEY INC.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25−cv−05275−JAK−AJR<br><br><br>**MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge A. Joel Richlin. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Video Conference

Magistratet Judge: A. Joel Richlin

Date/Time:   March 12, 2026 at  01:30 PM

Courtroom:

 March 6, 2026      By  /s/ *Ashley D Silva−Elder*
 Date                   Deputy Clerk