COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
ELLIE DUPLER (337607)
(edupler@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
STEPHANIE SCHUYLER (*Pro Hac Vice*)
(sschuyler@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone:   (212) 479-6000
Facsimile:   (212) 479-6275

JUDD D. LAUTER (290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Counsel for Defendant Midjourney, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al., <br><br>                 Plaintiffs, <br><br>     v. <br><br> MIDJOURNEY, INC., <br><br>                 Defendant. <br><br> ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx) <br><br> **DISCOVERY MATTER** <br><br> **NOTICE OF MOTION TO COMPEL** <br><br> Date:      April 27, 2026 <br> Time:      1:30 p.m. <br> Court:    Courtroom 780 <br> Judge:    Honorable A. Joel Richlin <br><br> Date Action Filed: June 11, 2025 |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Monday, April 27, 2026 at 1:30 p.m., in Courtroom 780 of the U.S. Courthouse located at 255 East Temple Street, Los Angeles, CA 90012-3332, Defendant Midjourney, Inc. ("Midjourney") will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 26(b)(1), to compel Plaintiffs to produce further documents in response to Midjourney's Requests for Production. For the reasons set forth in the accompanying Memorandum of Points and Authorities, the documents sought are relevant to the claims and defenses and proportional to the needs of the case, such that Plaintiffs must be ordered to produce the documents set forth in the accompanying Proposed Order.

This motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the pleadings and papers on file in this action, and any further evidence or argument of counsel that the Court may receive at or before the hearing.

Dated:        March 27, 2026            COOLEY LLP


By: */s/ Bobby Ghajar*
Bobby Ghajar
John Paul Oleksiuk
Stephanie Schuyler
Judd Lauter
Ellie Dupler

*Counsel for Defendant Midjourney, Inc.*

COOLEY LLP
ATTORNEYS AT LAW

NOTICE OF MOTION TO COMPEL
CASE NO.: 2:25-CV-05275-JAK-AJR