COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
ELLIE DUPLER (337607)
(edupler@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
STEPHANIE SCHUYLER (*Pro Hac Vice*)
(sschuyler@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone:   (212) 479-6000
Facsimile:   (212) 479-6275

JUDD D. LAUTER (290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Counsel for Defendant Midjourney, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIDJOURNEY, INC., <br><br> Defendant. <br><br> ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx) <br><br> **DISCOVERY MATTER** <br><br> **DECLARATION OF STEPHANIE SCHUYLER IN SUPPORT OF DEFENDANT MIDJOURNEY INC.'S MOTION TO COMPEL** <br><br> Date:   April 27, 2026 <br> Time:   1:30 p.m. <br> Court:   Courtroom 780 <br> Judge:   Hon. A. Joel Richlin <br><br> Date Action Filed:  June 11, 2025 |

COOLEY LLP
ATTORNEYS AT LAW

I, Stephanie Schuyler, declare as follows:

1.    Attached hereto as Exhibit 1 is a true and correct excerpt of Plaintiff Disney Enterprises, Inc. ("Disney") and its affiliates' discovery requests and responses that are the subject of Midjourney's motion to compel (the "Motion").

2.    Attached hereto as Exhibit 2 is a true and correct excerpt of Plaintiff Universal City Studios Productions LLLP ("Universal") and its affiliates' discovery requests and responses that are the subject of the motion.

3.    Attached hereto as Exhibit 3 is a true and correct excerpt of Plaintiff Warner Brothers Entertainment Inc. ("Warner") and its affiliates' discovery requests and responses that are the subject of the motion.

4.    Attached hereto as Exhibit 4 is a true and correct copy of a November 1, 2024 announcement of Disney's creation of an "Office of Technology Enablement" to "establish Disney as a progressive, innovative, and responsible leader in important and fast-moving areas of technology such as Artificial Intelligence (AI) and Mixed Reality (XR)," available at: https://deadline.com/2024/11/disney-ai-department-1236164900/.

5.    Attached hereto as Exhibit 5 is a true and correct copy of a February 5, 2025 announcement of Warner's creation of the role of "Vice President of AI and Automation," available at https://www.cdomagazine.tech/leadership-moves/warner-bros-discovery-appoints-anish-agarwal-as-vp-of-ai-and-automation.

6.    Attached hereto as Exhibit 6 is a true and correct copy of Disney's December 11, 2025 press release announcing its deal with OpenAI, available at: https://www.waltdisneycompany.com/news/disney-openai-sora-agreement/.

7.    Attached hereto as Exhibit 7 is a true and correct copy of the current Midjourney Terms of Service, available at https://docs.midjourney.com/hc/en-us/articles/32083055291277-Terms-of-Service.

8.    Attached hereto as Exhibit 8 is a true and correct copy of the parties' February 27, 2026 joint letter to the Court requesting an informal discovery

conference and setting forth, among other things, the meet-and-confer record as to the relevant requests and responses.  Exhibit 8 outlines the current scope of the parties' disputes regarding the requests that are the subject of the Motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of March in New York, N.Y.

Dated:          March 27, 2026          COOLEY LLP

By: _____
Stephanie Schuyler

*Counsel for Defendant Midjourney, Inc.*

2