# Exhibit 4

Exhibit 4
Page 48

# DEADLINE

TIP US


chime® | NEW ACCOUNT SIGN-UP BONUS

Open an account in minutes and fly your way up to $350*

LIMITED Time Offer

Open now

with qualifying activities in your first 30 days

*Limited time only. Terms apply. Click to learn more. Banking services provided by The Bancorp Bank, N.A. or Stride Bank, N.A., Members FDIC.

HOME / BUSINESS / EXECUTIVES

# Disney Unveils New Business Unit To Explore Opportunities And Risks For AI And Other Emerging Tech

By Patrick Hipes, Dade Hayes
November 1, 2024 2:33pm

1
COMMENTS

   



Exhibit 4
Page 49

**Walt Disney Studios in Burbank**
Dania Maxwell / Los Angeles Times via Getty Images



Listen to this article now   6 min listen                                    Powered by Trinity Audio

00:00                                                                                              06:10

Disney on Friday revealed that it has created a business group that will be tasked with exploring the opportunities and risks behind using AI and other emerging tech across the entertainment conglomerate's movie, TV and theme park operations.

The company's current film studio CTO Jamie Voris has been tapped to lead the new Office of Technology Enablement, per a memo to staff circulated today by Disney Entertainment co-chairman Alan Bergman. Voris will report directly to Bergman. It is expected to eventually grow to about 100 employees, Deadline hears.

Bergman wrote that OTE is "an organization designed to establish Disney as a progressive, innovative, and responsible leader in important and fast-moving areas of technology such as Artificial Intelligence (AI) and Mixed Reality (XR)."

ADVERTISEMENT

## Related Stories



Disney's D23 Fan Event: 2026 Programming, New Ticketing Tiers & On Sale Dates



Bob Iger, Dwayne Johnson, Anne Hathaway & Jerry Bruckheimer Among Newly Named Disney Legends

Exhibit 4
Page 50

"The pace and scope of advances in AI and XR are profound and will continue to impact consumer experiences, creative endeavors, and our business for years to come – making it critical that Disney explore the exciting opportunities and navigate the potential risks," he continued. "The creation of this new group underscores our dedication to doing that and to being a positive force in shaping responsible use and best practices."

**Watch on Deadline**



Read the full memo below.

ADVERTISEMENT



With Voris taking on the new role, Bergman said Marvel Studios technology head Eddie Drake will take over as Walt Disney Studios CTO effective immediately.

Just after the Writers Guild of America went on strike in May 2023 with AI as one of its major issues in a new contract with Hollywood's studios, Disney's Bob Iger noted the challenges the company faced with the disruptor tech, hinting Disney was already looking for ways to manage any implementation.

Exhibit 4
Page 51

"It's pretty clear that AI represents some pretty interesting opportunities for us, and some substantial benefits," Iger told analysts during an earning call. "In fact, we are already starting to use AI to create some efficiencies and ultimately to better serve consumers. Getting close to the consumer is a real goal of ours. But it is also clear that AI is going to be highly disruptive and could be difficult to manage, particularly from an IP management perspective.

ADVERTISEMENT

ADVERTISEMENT

AdChoices ▷



EMORY                    EMORY.EDU

SCROLL TO CONTINUE READING

He added: "I can tell you that our legal team is working overtime already to try to come to grips with what could be some of the challenges here. So I would have to say I am bullish overall about the prospects for efficiencies and better service to customers. On the other hand, I think there is a lot we are going to have to contend with that will be quiet disruptive and quite challenging."

Reuters first reported today on Disney's new office.

Companies large and small across the entire economy have been investing in AI. For the entertainment business, it has presented some thorny complications, especially among a creative community wracked by deep uncertainty following Covid and years of steady downsizing at many traditional companies.

ADVERTISEMENT



**Tech that rises to the top.**

Experience the power of AI to grow your business with great prices on our top tech.

**Learn More**

By **Dell**

Last year, the WGA and SAG-AFTRA made AI a central component in their respective negotiations with the AMPTP, winning some concessions. But studios have continued to explore the possibilities, with Lionsgate recently establishing an agreement with AI firm Runway.

Here's Bergman's full memo today:

**From: Bergman, Alan**
**Subject: The Office of Technology Enablement**

Exhibit 4
Page 52

The Walt Disney Company has always been a pioneer in blending imagination and innovation.

Our ability to remain at the forefront of technological advances will only be more critical as we move forward – making it all the more important to understand and embrace new technological shifts in ways that enable our people, creativity, and business.

With that in mind, Disney is forming a new Office of Technology Enablement (OTE), an organization designed to establish Disney as a progressive, innovative, and responsible leader in important and fast-moving areas of technology such as Artificial Intelligence (AI) and Mixed Reality (XR).

The pace and scope of advances in AI and XR are profound and will continue to impact consumer experiences, creative endeavors, and our business for years to come – making it critical that Disney explore the exciting opportunities and navigate the potential risks. The creation of this new group underscores our dedication to doing that and to being a positive force in shaping responsible use and best practices.

The Office of Technology Enablement will be led by Jamie Voris and will coordinate efforts across the company. Jamie brings a wealth of experience and a deep commitment to ensuring creativity and technology enrich and enable each other.

Jamie will report to me, and the Office of Technology Enablement team will have accountability to all our business segments and partner closely with leaders across the company.

Importantly, the new group is not intended to take over or centralize the array of work that will be done in these areas. Its purpose is to galvanize – ensuring that our exploration, adoption, and use of these technologies is aligned, strategic, and responsible.

Jamie and the OTE will partner with leaders and teams around Disney to promote exploration and adoption of these technologies that aligns to our goals and values. They will also work to clarify and simplify processes – enabling teams enterprise-wide to work in these spaces and drive outcomes with greater agility, velocity, and consistency.

As Jamie takes on this new role, we're excited to share that Eddie Drake will step into the role of Chief Technology Officer leading the Studio Technology team, effective today.

The Office of Technology Enablement will commence its work immediately, engaging with you and other leaders and teams across the Company over the weeks ahead. We are excited about the opportunities these efforts will unlock for Disney as we advance further in these complex and exciting areas, while staying true to our core values and creative legacy.

Alan

**READ MORE ABOUT:**  DISNEY  /  JAMIE VORIS  /  TECHNOLOGY

💬 **1 Comments**

## Subscribe to Deadline

Get our Breaking News Alerts and Keep your inbox happy.

**You May Like**



Exhibit 4
Page 53



**Sciatica Is Not from a Slipped Disc. Meet the Real Enemy of Sciatica (Stop Doing This)**

SmoothSpine | Sponsored



**Now Legal In Virginia. No Smoke, No Lighters, No Smell. 3x The Strength**

Cruise Chews | Sponsored



**Black Mold Spots On Bathroom Caulk? Try This $25 Fix Before Scrubbing!**

Consumer World | Sponsored

ADVERTISEMENT



## 💬 1 Comment

**Anonymous** *on November 1, 2024 2:53 pm*

"AI is going to be highly disruptive and could be difficult to manage, particularly from an IP management perspective."

Well well well. Look at the Disney dinosaur, evolving.

They've already figured out that AI will give the great unwashed the ability to make their own unwoke Disney if they think Disney is being too woke. And that's just the start of the fun & games.

The way to get ahead of the coming catastrophe/money train is to start working on the user upload section of Disney+ now and divert all those energies into a place where Disney can monetize it. With heavy moderation. No whining about your free speech rights.

And of course there will be the ahem off-brand efforts, which must be hunted down and killed with fire. The lawyers will still have plenty to keep them busy.

Fun times ahead. Buckle up.

Exhibit 4
Page 54



ADVERTISEMENT



ADVERTISEMENT



# Trending on Deadline

**1 /** J.K. Rowling Is "So Happy" With 'Harry Potter' Teaser As Fans Remain Divided



**2 /** Dash Crofts Dies: Seals & Crofts Singer-Songwriter Behind "Diamond Girl", "Summer Breeze" & More Was 85



Exhibit 4
Page 55

3 / 'Tracker' Ups Chris Lee To Series Regular For Season 3

4 / Hot Package: 3 Studios Battle For Tom Hanks & Marielle Heller Baseball Re-Team 'The Comebacker'

5 / Ryan Gosling To Star In Secret Daniels Pic Marking Directing Duo's First Feature Film Since 'Everything Everywhere All At Once'

6 / 'The End Of Oak Street' Teaser: Warner Bros. Offers First Look At David Robert Mitchell's Sci-Fi Movie Starring Anne Hathaway & Ewan McGregor

7 / Himesh Patel To Star Opposite Danielle Deadwyler In 'X-Files' Reboot From Hulu And Ryan Coogler

8 / iHeartRadio Music Awards 2026 Winners — Full List

9 / Miley Cyrus Set For "Giving Us Lifetime Achievement Award" At 'RuPaul's Drag Race' Season 18 Finale

10 / Andy Cohen Responds To Sarah Michelle Gellar's 'RHOBH' Criticism: "She Wrong"

ADVERTISEMENT





**Signup for Breaking News Alerts & Newsletters**

Your Email    email@example.com

Exhibit 4
Page 56

SIGN UP

By providing your information, you agree to our **Terms of Use** and our **Privacy Policy**. We use vendors that may also process your information to help provide our services. This site is protected by reCAPTCHA Enterprise and the Google **Privacy Policy** and **Terms of Service** apply.

## Latest Business News

 **SAG-AFTRA Endorses Trump Admin's AI Policy Framework: "Individuals Need Control"**

 **Donald Trump's Signature To Appear On U.S. Paper Currency, A First For A Sitting President**

 **FCC Chairman Brendan Carr And Gavin Newsom Clash Over Nexstar-Tegna Merger, Censorship And Jimmy Kimmel**

 **WGA West Staff Union Delivers "Strike-Ending" Updated Contract Proposal To Management: "Enter A Fair Deal...And Reunite"**

## Marketplace



2026 PREMIERE DATES
FOR NEW & RETURNING SERIES

DEADLINE
RECEIVE BREAKING MOBILE ALERTS
ADD NOW

DOC TALK   DEADLINE x
LISTEN NOW

## Newswire



**Gold Derby**

'Love Story' Season 1 finale explained — and why the



**Rolling Stone**

Miley Cyrus Honors Hannah Montana in iHeartRadio



**Robb Report**

Netjets Just Added the World's Fastest Business

Exhibit 4
Page 56

blockbuster series 'hit the zeitgeist'

Music Awards Speech: 'This Really Is the Life'

Jet to Its Fleet

## Deadline

About Us

Advertise

## Legal

Terms of Use

Privacy Policy

Accessibility

AdChoices

Your Privacy Choices

## Sitemap

TV

Film

Awards

Box Office

Business

International

## Connect with Us

*Get our latest storiesin the feed of your favorite networks*

   

## Have a Tip?

*We want to hear from you! Send us a tip using our annonymous form.*

SEND US A TIP  >

## Stay in the Know

*Sign up for our breaking news alerts*

Your Email    email@example.com    >

By providing your information, you agree to our **Terms of Use** and our **Privacy Policy**. We use vendors that may also process your information to help provide our services. This site is protected by reCAPTCHA Enterprise and the Google **Privacy Policy** and **Terms of Service** apply.

Exhibit 4
Page 57