# Exhibit 5

Exhibit 5
Page 58

https://www.cdomagazine.tech/leadership-moves/warner-bros-discovery-appoints-anish-agarwal-as-vp-of-ai-and-automation

March 27, 2026



CDO Magazine Unveils the 40 Most Influential Data Leaders in Finance — North America 2026 Few industrie...

🏆 SEE FULL LIST!

Leadership Moves

# Warner Bros. Discovery Appoints Anish Agarwal as VP of AI and Automation

 Written by: **CDO Magazine**
Updated 1:59 PM EST, February 5, 2025

Anish Agarwal, Warner Bros. Discovery VP of AI and Automation

     

Exhibit 5
Page 59

(APAC) Leading global media and entertainment company Warner Bros. Discovery has appointed Anish Agarwal as Vice President of AI and Automation. In this role, he will lead the development and implementation of AI and automation strategies to support the company's innovation efforts in the media and entertainment industry.

Before joining Warner Bros. Discovery, Agarwal served as Senior Vice President and Global Head of Data and Analytics at Dr. Reddy's Laboratories. With over 23 years in the data science and AI space, his expertise includes building complex data pipelines, analyzing large datasets, and creating AI-powered solutions to address industry challenges.

Agarwal has received global recognition for his contributions to the field, including being named among the "Global Top 100 Innovators in Data and Analytics" and the "100 Most Influential AI & Analytics Leaders in India." He is also actively involved in mentorship and thought leadership, supporting startups and emerging data professionals through programs like the NASSCOM DeepTech Club and T-Hub.



In addition, Agarwal serves as an advisor to academic institutions and has authored over 25 research papers on AI and data analytics. He holds a position on the CDO Magazine Global Editorial Board, showcasing his contributions to the field of data.

## Related Stories



**Leadership Moves**

LinkedIn Appoints Deepak Agarwal as Chief AI Officer

**CDO Magazine**



**Leadership Moves**

The RealReal Appoints Anish Gandhi as Sr Director of Analytics

**CDO Magazine**



**Leadership Moves**

Anish Agarwal, Dr. Reddy's Laboratories SVP and Global Head of Data & Analytics, Joins...

**CDO Magazine**



**Leadership Moves**

Komprise Automates Unstructured Data Discovery with Smart Data Workflows

**CDO Magazine**



Governance

Take our 5 minute survey to help us gather insights on AI & Data Governance

Exhibit 5
Page 60





**March 25, 2026 | In Person**

## New York CDO Financial Forum

New York Marriott Downtown

REGISTER NOW

## Similar Topics

AI News Bureau    Data Management    Diversity    Testimonials

# You May Also Like



Leadership Moves

**Warner Music Strikes Deal With Suno to Shape the Future of AI-Generated Music**

 CDO Magazine



Leadership Moves

**Ashwini Ghogare, MilliporeSigma Head of AI and Automation in Drug Discovery, Joins CDO Magazine Global Editorial Board**

 CDO Magazine

Exhibit 5
Page 61



**Leadership Moves**

**Manish Agarwal, Skechers VP of Data and Analytics, Joins CDO Magazine Global Editorial Board**

 CDO Magazine



**Leadership Moves**

**Ralliant Appoints Jason Beyer as VP of Data and AI**

 CDO Magazine

# Join Our Community

✧ Elevate Your Personal Brand

✧ Shape the Data Leadership Agenda

✧ Build a Lasting Network

✧ Exchange Knowledge & Experience

✧ Stay Updated & Future-Ready

**JOIN OUR COMMUNITY**

Exhibit 5
Page 62





Exhibit 5
Page 63