**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DISNEY ENTERPRISES INC., et al. | CASE NUMBER |
| PLAINTIFF(S) | |
| | 2:25−cv−05275−JAK−AJR |
| v. | |
| MIDJOURNEY INC. | |
| DEFENDANT(S). | **MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge A. Joel Richlin. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Video Conference

Magistratet Judge: A. Joel Richlin

Date/Time:        May 22, 2026 at  09:00 AM

Courtroom:

 May 11, 2026                                 By  /s/ *Ashley D Silva−Elder*
      Date                                          Deputy Clerk

CV−19 (11/21)          MOTION RE: INFORMAL DISCOVERY DISPUTE