# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.; WARNER BROS. ENTERTAINMENT INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIDJOURNEY, INC., <br><br> Defendant. <br><br> ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx) <br><br> **ORDER PERMITTING PARTIES TO ACCESS MAY 22, 2026, SEALED INFORMAL DISCOVERY CONFERENCE TRANSCRIPT** |

[PROPOSED] ORDER PERMITTING PARTIES TO ACCESS MAY 22, 2026 SEALED INFORMAL DISCOVERY CONFERENCE TRANSCRIPT

The Court hereby ORDERS that counsel for plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, and Twentieth Century Fox Film Corporation, and Universal City Studios Productions LLLP, DreamWorks Animation L.L.C., Warner Entertainment Inc., DC Comics, Turner Entertainment Co., Hanna-Barbera Productions, Inc., and The Cartoon Network, Inc. and counsel for defendant Midjourney, Inc. (collectively, the "Parties") are permitted to access the sealed transcript from the May 22, 2026 Informal Discovery Conference. The Parties' counsel may also provide access to the transcript in accordance with their Stipulated Protective Order, Dkt. No. 46. The transcript shall otherwise remain sealed.

Dated:  June 4, 2026

_____
The Honorable A. Joel Richlin
United States Magistrate Judge

[PROPOSED] ORDER PERMITTING PARTIES TO ACCESS MAY 22, 2026 SEALED INFORMAL DISCOVERY CONFERENCE TRANSCRIPT