**JENNER & BLOCK LLP**
David R. Singer (SBN 204699)
dsinger@jenner.com
Julie A. Shepard (SBN 175538)
jshepard@jenner.com
Lauren M. Greene (SBN 271397)
lgreene@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

*Attorneys for Plaintiffs*

Kara V. Brandeisky
(*admitted pro hac vice*)
kbrandeisky@jenner.com
1099 New York Avenue N.W. #900
Washington, D.C. 20001
Telephone: (202) 639-6000

Zachary A. Marino
(*admitted pro hac vice*)
zmarino@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DISNEY ENTERPRISES, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.; WARNER BROS. ENTERTAINMENT INC., et al.,

Plaintiffs,

v.

MIDJOURNEY, INC.,

Defendant.

ALL CASES

Lead Case No. 2:25-cv-05275-JAK (AJRx)

**DISCOVERY MATTER**

**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF v8 TRAINING SOURCE CODE AND THE "torch-aesthetic-redux" REPOSITORY**

Hearing: None (Submitted on the Papers)
Per: Dkt. 76; Fed. R. Civ. P. 78(b); L.R. 7-15
Court: Courtroom 780
Judge: Hon. A. Joel Richlin

Date Action Filed: June 11, 2025

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the Court's May 27, 2026 Order authorizing this Motion (Dkt. 76), Plaintiffs hereby move the Court, before the Honorable A. Joel Richlin, United States Magistrate Judge, for an order compelling Defendant Midjourney, Inc. to produce, for inspection under the Stipulated Protective Order (Dkt. 46) and an enhanced inspection protocol: (1) a complete copy of the Source Code developed to implement the Training of Midjourney's v8 image model, as sought by Request for Production No. 11; and (2) the "torch-aesthetic-redux" repository, as sought by Request for Production No. 10.

Consistent with the Court's May 27, 2026 Order, Defendant's opposition is due no earlier than June 19, 2026, and Plaintiffs' reply is due four days thereafter. The Court will take the Motion under submission without oral argument. *See* Dkt. 76; Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15. Accordingly, no hearing date or time has been set.

This Motion is made following the conference of counsel required by Local Rule 7-3 and the informal discovery conferences held before Magistrate Judge Richlin, including the conference held on May 22, 2026, at which the Court directed the parties to continue to meet and confer and authorized Plaintiffs to file this Motion. *See* Dkt. 76. In accordance with the Court's procedures, the joint-stipulation requirement of Local Rule 37-2 is dispensed with following the pre-motion conference.

This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Declaration of Dr. Jonathan Krein and the exhibits thereto; the Declaration of Kara V. Brandeisky and the exhibits thereto; the Stipulated Protective Order (Dkt. 46); the Proposed Order lodged herewith; the pleadings, records, and files in these consolidated actions; and such further argument and evidence as the Court may consider.

For the reasons set forth in the accompanying Memorandum of Points and Authorities, Plaintiffs respectfully request that the Court grant the Motion and order

Midjourney to produce the foregoing materials for inspection under the Protective Order, on a schedule to be set by the Court.

Dated: June 12, 2026

JENNER & BLOCK LLP

By: /s/ *David R. Singer*

David R. Singer
Julie A. Shepard
Lauren M. Greene
Kara V. Brandeisky
Zachary A. Marino

*Attorneys for Plaintiffs*