COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
ELLIE DUPLER (337607)
(edupler@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:  (310) 883-6400
Facsimile:   (310) 883-6500

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
STEPHANIE SCHUYLER (*Pro Hac Vice*)
(sschuyler@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone:  (212) 479-6000
Facsimile:   (212) 479-6275

JUDD D. LAUTER (290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

*Counsel for Defendant Midjourney, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MIDJOURNEY, INC.,<br><br>Defendant.<br><br>ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO SEAL PORTIONS OF MOTION TO COMPEL PRODUCTION OF v8 TRAINING SOURCE CODE AND THE "torch-aesthetic-redux" REPOSITORY AND SUPPORTING DOCUMENTS (DKT. 85) |

HAVING CONSIDERED Plaintiffs' Application to File Portions of Motion to Compel Production of v8 Training Source Code and the "torch-aesthetic-redux" Repository (the "Motion," ECF No. 87) and Supporting Documents Under Seal (the "Application"), and the Declaration of Stephanie Schuyler in support thereof, the Court finds that good cause exists for allowing certain confidential information to be maintained under seal.

Accordingly, it is hereby **ORDERED** that the Application is **GRANTED** in its entirety.  The following portions of the Motion and Supporting Documents are **FURTHER ORDERED** to be redacted from the public record in accordance with the Motion and the highlighting reflected in the exhibits to the Declaration of Stephanie Schuyler in support of the Application:

| Document | Page | Line Numbers with Segments to Seal |
|---|---|---|
| Memorandum of Points and Authorities (ECF No. 87-1) | 9 | 26-28 |
| | 9 | 3-4 |
| Exhibit C (ECF No. 87-6) | 2 | N/A |
| | 4 | N/A |
| Exhibit D (ECF No. 87-7) | 55 | 3-8, 16-18 |
| | 80 | 14-18 |
| Declaration of Jonathan Krein (ECF No. 87-2) | 10 | 8-12 |
| | 11 | 17-25, 27-28 |
| | 12 | 1-23, 26, 27, 28 |
| | 13 | 1-25, 27, 28 |
| | 14 | 1-4, 10-11, 12-17, 24, 26-27 |
| | 15 | 1-2, 18-22 |

**IT IS SO ORDERED.**

Date: June 22, 2026

Hon. A. Joel Richlin
United States Magistrate Judge