**JENNER & BLOCK LLP**
David R. Singer (SBN 204699)
dsinger@jenner.com
Julie A. Shepard (SBN 175538)
jshepard@jenner.com
Lauren M. Greene (SBN 271397)
lgreene@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199

*Attorneys for Plaintiffs*

Kara V. Brandeisky
(*admitted pro hac vice*)
kbrandeisky@jenner.com
1099 New York Avenue N.W. #900
Washington, D.C. 20001
Telephone: (202) 639-6000

Zachary A. Marino
(*admitted pro hac vice*)
zmarino@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.; WARNER BROS. ENTERTAINMENT INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIDJOURNEY, INC., <br><br> Defendant. <br><br> ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx) <br><br> **DISCOVERY MATTER** <br><br> ~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFFS' APPLICATION TO SEAL** <br><br> Date Action Filed: June 11, 2025 |

Plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, and Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, DreamWorks Animation L.L.C., Warner Bros. Entertainment Inc., DC Comics, Turner Entertainment Co., Hanna-Barbera Productions, Inc., and The Cartoon Network, Inc. ("Plaintiffs"), ask the Court for leave to file the following documents under seal:

1.    Portions of Plaintiffs' Reply in Support of Plaintiffs' Motion to Compel Production of v8 Training Source Code and the "torch-aesthetic-redux" Repository as designated by Midjourney, Inc. ("Midjourney"); and

2.    Portions of the Supplemental Declaration of Jonathan Krein in Support of Plaintiffs' Motion to Compel Production of v8 Training Source Code and the "torch-aesthetic-redux" Repository as designated by Midjourney.

Having considered Plaintiffs' Application to File Portions of Reply in Support of Motion to Compel Production of v8 Training Source Code and the "torch-aesthetic-redux" Repository and Supporting Documents Under Seal ("Application"), and finding good cause therefor, the Court hereby GRANTS Plaintiffs' Application. The foregoing documents shall be sealed.

IT IS SO ORDERED.

Dated:  June 29, 2026

_____

Hon. A. Joel Richlin

United States Magistrate Judge

1

[PROPOSED] ORDER GRANTING APPLICATION TO SEAL