COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
STEPHANIE SCHUYLER (*Pro Hac Vice*)
(sschuyler@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone:   (212) 479-6000
Facsimile:   (212) 479-6275

JUDD D. LAUTER (290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Counsel for Defendant Midjourney, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MIDJOURNEY, INC.,<br><br>                    Defendant.<br><br>ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx)<br><br>**DECLARATION OF STEPHANIE SCHUYLER IN SUPPORT OF DEFENDANT MIDJOURNEY INC.'S MOTION FOR REVIEW**<br><br>Date:     August 17, 2026<br>Time:     8:30 a.m.<br>Court:    Courtroom 10C<br>Judge:    Hon. John A. Kronstadt<br><br>Date Action Filed:  June 11, 2025 |

COOLEY LLP
ATTORNEYS AT LAW

I, Stephanie Schuyler, declare as follows:

1. I am an attorney licensed to practice in New York and admitted *pro hac vice* in the above-captioned action. I am an associate with Cooley LLP and counsel for Midjourney, Inc. ("Midjourney") in the above-captioned matter.

2. I submit this declaration in support of Midjourney's Motion for Review (the "Motion").

3. Pursuant to Local Rule 7-3, on Monday, June 22, 2026, I met with Julie Shepard, Lauren Greene, Kara Brandeisky, and Zachary Marino, counsel of record for Plaintiffs, to discuss the Motion. I advised them that Midjourney would be seeking review of both rulings contained in the Magistrate Judge's Memorandum Decision and Order Granting in Part and Denying in Part Defendant's Motion to Compel (the "Order," ECF No. 88). Plaintiffs' counsel confirmed that Plaintiffs would not agree to produce the discovery covered by the Order, as would be required to obviate the Motion, and the parties confirmed they were at an impasse.

4. During a May 22, 2026 informal discovery conference, Midjourney provided a tutorial to Magistrate Judge Richlin to demonstrate the functionality of the Midjourney service. A portion of that tutorial featured a video for new Midjourney users about the service, which is available at the following public URL: https://perma.cc/HP2T-BM64. The tutorial also included a demonstration of how to use Midjourney to animate short, 5-10-second video clips from an image the user uploads to Midjourney or creates using its image-generating service.

5. As set forth in the parties' joint status update to Judge Richlin in advance of the May 22, 2026 informal discovery conference, Plaintiffs have largely refused to run traditional searches for electronically stored information using search terms and custodians, instead relying on so-called "go-gets," i.e., targeted collections of documents, limited predominantly to publicly available documents related to copyright registrations, copies of the Asserted Works (i.e., movies featuring the characters) and a handful of internal documents.

COOLEY LLP
ATTORNEYS AT LAW

1

6.      Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of Plaintiffs' March 11, 2026 Amended Responses to Midjourney's First Set of Interrogatories, which contains Plaintiffs' amended response to Midjourney's Interrogatory No. 12.

7.      Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiffs' initial disclosures.

8.      Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt of Plaintiffs' June 23, 2026 Supplemental Amended Responses to Midjourney's First Set of Interrogatories, which contains Plaintiffs' amended response to Interrogatory No. 2.

9.      Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt of a portion of the transcript of the March 12, 2026 informal discovery conference before the Magistrate Judge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 29th day of June in New York, N.Y.

Dated:    June 29, 2026                    COOLEY LLP


By: */s/ Stephanie Schuyler*
Stephanie Schuyler

*Counsel for Defendant Midjourney, Inc.*

COOLEY LLP
ATTORNEYS AT LAW

2

DECLARATION
CASE NO.: 2:25-CV-05275-JAK-AJR