# EXHIBIT 3

# EXHIBIT A

**JENNER & BLOCK LLP**
David R. Singer (SBN 204699)
dsinger@jenner.com
Julie A. Shepard (SBN 175538)
jshepard@jenner.com
Lauren M. Greene (SBN 271397)
lgreene@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile:   (213) 239-5199

*Attorneys for Plaintiffs*

Kara V. Brandeisky
(*admitted pro hac vice*)
kbrandeisky@jenner.com
1099 New York Avenue N.W. #900
Washington, D.C. 20001
Telephone: (202) 639-6000

Zachary A. Marino
(*admitted pro hac vice*)
zmarino@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.; WARNER BROS. ENTERTAINMENT INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MIDJOURNEY, INC.,<br><br>Defendant.<br><br>ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx)<br><br>**PLAINTIFFS DISNEY ENTERPRISES, INC., MARVEL CHARACTERS, INC., MVL FILM FINANCE LLC, LUCASFILM LTD. LLC, AND TWENTIETH CENTURY FOX FILM CORPORATION'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES** |

PROPOUNDING PARTY:  Defendant Midjourney, Inc.

RESPONDING PARTY:    Plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, and Twentieth Century Fox Film Corporation

SET NUMBER:          One

Pursuant to Federal Rule of Civil Procedure 33, Plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, and Twentieth Century Fox Film Corporation (together "Disney") hereby provides this Second Supplemental and Amended Objections and Responses to Interrogatories No. 2 and 13 from Defendant Midjourney Inc.'s First Set of Interrogatories as follows:

**<u>PRELIMINARY STATEMENT</u>**

Disney's Second Supplemental and Amended Objections and Responses to Interrogatories No. 2 and 13 from Midjourney's First Set of Interrogatories are based on information reasonably available to Disney at this time. Accordingly, Disney reserves the right to modify or supplement its responses with any information that may be subsequently discovered while the case is pending.

Disney is supplementing and amending its responses to Midjourney's First Set of Interrogatories as Disney reasonably interprets and understands the language of those Interrogatories. If Midjourney subsequently asserts an interpretation of any individual Interrogatory that differs from Disney's reasonable understanding, Disney reserves its right to supplement the responses and/or objections herein.

Disney's Second Supplemental and Amended Objections and Responses to Interrogatories No. 2 and 13 from Midjourney's First Set of Interrogatories shall not be construed in any way as an admission that any definition provided by Midjourney or any assertion made is either factually correct or legally binding upon Disney, or a waiver of any of Disney's objections, including but not limited to objections regarding privilege, confidentiality, and discoverability.

1

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

6.      Disney objects that the definition of "GENERATIVE AI TOOL" is overbroad and not proportional to the needs of the litigation to the extent it is not limited to artificial intelligence systems that produce image and/or video outputs in response to text prompts, but instead includes either artificial intelligence systems capable of producing text but not images or video (such as large language model (LLM) technologies), or standard image and video editing tools, neither of which are at issue in this litigation. Disney will construe "GENERATIVE AI TOOL" to mean artificial intelligence systems capable of producing image and/or video outputs in response to text prompts, and this is the meaning of the term "generative AI" as used in these responses.

7.      Disney objects that the definition of "EMPLOYEE" is vague, ambiguous, overbroad, and imposes obligations greater than those imposed by state and federal law to the extent it includes "any natural PERSON [who] contribut[ed] to the creation of any ASSERTED WORK[] . . . as a 'work made for hire' under the Copyright Act." Disney will construe "EMPLOYEE" as it is defined by state and federal law.

8.      Disney objects that the definition of "CONTRACTOR" is vague, overbroad, not proportional to the needs of the litigation, and imposes obligations greater than those imposed by Federal Rules of Civil Procedure. Disney will construe "CONTRACTOR" to mean any person other than an employee whom Disney has retained to provide goods or services under terms defined by a contract between Disney and the contractor.

**SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 2:**

For each image created by a Midjourney user that YOU contend infringes any of YOUR ASSERTED WORKS (including but not limited to the examples described in the COMPLAINT), IDENTIFY all facts upon which YOU base that contention, including but not limited to, for each such ASSERTED WORK:

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

- The basis of YOUR contention that Midjourney or a user copied or created a derivative YOUR ASSERTED WORK;

- Each specific OUTPUT that YOU contend infringes that ASSERTED WORK;

- The dates each such allegedly infringing OUTPUT was created;

- The user who allegedly prompted each such allegedly infringing OUTPUT;

- The PROMPT used to generate each such allegedly infringing OUTPUT; and

- The purpose for which the image was created, including but not limited to whether such use was commercial or non-commercial.

**RESPONSE TO INTERROGATORY NO. 2:**

Disney objects that the interrogatories herein, including all discrete subparts, constitute approximately 40 separate interrogatories, and therefore exceed the maximum number of interrogatories permitted by Federal Rule of Civil Procedure 33(a)(1). Disney further objects that because there is not a finite number of "images created by a Midjourney user that [Disney] contend[s] infringes any of [its] ASSERTED WORKS," this interrogatory is unduly burdensome and not proportional to the needs of the litigation. Disney further objects to this interrogatory on the grounds that it seeks information that is not relevant to the claims or defenses in this case. Disney further objects that this interrogatory is compound. Disney further objects that this interrogatory calls for Disney to make a legal conclusion. Disney further objects to this interrogatory because it contains a flawed legal argument that Midjourney's users "create" the infringing outputs at issue in this case. Even though Disney has pled in the alternative that Midjourney is a secondary copyright infringer, it is Disney's position that, as a matter of law, Midjourney is the direct infringer here. Midjourney selects, aggregates, and copies Disney's copyrighted works, stores copies of those works and/or Disney's famous copyrighted characters in the Midjourney AI model, and then makes further reproductions of those works and characters, makes them available for download, and publicly displays and performs infringing outputs featuring Disney's copyrighted characters for Midjourney subscribers.

4

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

Subject to and without waiving its objections, Disney further responds as follows:

Midjourney, without Disney's knowledge or permission, aggregated and copied Disney's copyrighted works to train and develop its service, as evidenced by the fact that Midjourney has reproduced, publicly displayed and performed, and distributed infringing copies and unauthorized derivatives of Disney's characters, as shown in the Complaint. While the nature and extent of Midjourney's copying is subject to further discovery and expert testimony, Midjourney had to copy Disney's copyrighted works in order to be able to subsequently disseminate reproductions and derivatives of Disney's copyrighted works as outputs. Midjourney created (and continues to create) reproductions and derivatives of Disney's copyrighted works for a commercial purpose, which is to sell a commercial subscription service with subscription tiers ranging from $10 to $120 per month.

Below is a list of the outputs in the Complaint that Disney contends infringe its asserted works, including the basis of Disney's contention that each output infringes an asserted work; the dates each infringing output was created by Midjourney; who submitted a prompt to Midjourney, in response to which Midjourney created infringing outputs using unauthorized copies of Disney's copyrighted works and characters, which Midjourney had selected and stored in the Midjourney AI model; and the prompt submitted to Midjourney, in response to which Midjourney created infringing outputs using unauthorized copies of Disney's copyrighted works and characters, which Midjourney had selected and stored in the Midjourney AI model.

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 8 | | Darth Vader is the iconic villain from the original Star Wars trilogy, known for his black robes, dark powers, and signature black mask and helmet. On April 21, 2025, Bruce Ward submitted a prompt to Midjourney for "Darth Vader walking around the Death Star with a red lightsaber." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Darth Vader character. |
| ¶ 11 | | Wall-E is a box shaped rusted yellow robot and the title character of the film, *WALL-E*. On April 21, 2025, Bruce Ward submitted a prompt to Midjourney for "Wall-E with trash, animated." Midjourney generated, publicly displayed, |

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | and distributed a high quality, downloadable image featuring Disney's copyrighted Wall-E character. |
| ¶ 11 | | The Stormtroopers are the iconic military soldiers for the Galactic Empire, whose distinguishable uniform consists of white armor on top of a black underlayer and a striking white helmet. On April 21, 2025, Bruce Ward submitted a prompt to Midjourney for "Storm Trooper battle scene, movie still, screencap." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Stormtrooper characters. |

7

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 82 | | Yoda is the small, green, humanoid alien and Jedi Master in the *Star Wars* franchise. On December 20, 2024, Bruce Ward submitted a prompt to Midjourney for "Yoda with lightsaber, IMAX."  Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Yoda character. |
| ¶ 83 | | The Stormtroopers are the iconic military soldiers for the Galactic Empire, whose distinguishable uniform consists of white armor on top of a black underlayer and a striking white helmet. On December 20, 2024, Bruce Ward submitted a prompt to Midjourney for "Storm Trooper battle scene, movie |

8

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | still, screencap." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Stormtrooper characters. |
| ¶ 84 | | R2-D2 and C-3PO are the iconic droid characters from the *Star Wars* franchise. R2-D2 is a blue and white droid with a cylindrical body and dome shaped head, and C-3PO is a shiny metallic humanoid droid. On December 20, 2024, Bruce Ward submitted a prompt to Midjourney for "R2-D2 and C-3PO walking around a spaceship, screenshot from movie." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted R2-D2 and C-3PO characters. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 85 | | Darth Vader is the iconic villain from the original Star Wars trilogy, known for his black robes, dark powers, and signature black mask and helmet. On September 20, 2024, Bruce Ward submitted a prompt to Midjourney for "Darth Vader walking around the Death Star with a red lightsaber."  Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Darth Vader character. |
| ¶ 86 | | Chewbacca is the iconic Wookie character from the *Star Wars* franchise, known for his large anthropomorphic stature, brown fur and distinctive growl. On February 1, 2025, Bruce Ward submitted a prompt to Midjourney for |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | "Chewbacca walking in the desert." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Chewbacca character. |
| ¶ 87 | | The Mandalorian and Baby Yoda (Din Grogu) are characters from the *Star Wars* franchise. Grogu is a small green alien with batlike ears, and the Mandalorian is a character with a distinctive helmet and set of armor. On March 11, 2024, Bruce Ward submitted a prompt to Midjourney for "mandalorian carrying baby yoda, movie still, screencap." Midjourney generated, publicly displayed, and distributed high quality, downloadable images featuring Disney's copyrighted |

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | Mandalorian and Baby Yoda characters. |
| ¶ 87 | | The Mandalorian and Baby Yoda (Din Grogu) are characters from the *Star Wars* franchise. Grogu is a small green alien with batlike ears, and the Mandalorian is a character with a distinctive helmet and set of armor. On March 11, 2024, Bruce Ward submitted a prompt to Midjourney for "mandalorian carrying baby yoda, movie still, screencap." Midjourney generated, publicly displayed, and distributed high quality, downloadable images featuring Disney's copyrighted Mandalorian and Baby Yoda characters. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 87 | | The Mandalorian and Baby Yoda (Din Grogu) are characters from the *Star Wars* franchise. Grogu is a small green alien with batlike ears, and the Mandalorian is a character with a distinctive helmet and set of armor. On March 11, 2024, Bruce Ward submitted a prompt to Midjourney for "mandalorian carrying baby yoda, movie still, screencap." Midjourney generated, publicly displayed, and distributed high quality, downloadable images featuring Disney's copyrighted Mandalorian and Baby Yoda characters. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 87 | | The Mandalorian and Baby Yoda (Din Grogu) are characters from the *Star Wars* franchise. Grogu is a small green alien with batlike ears, and the Mandalorian is a character with a distinctive helmet and set of armor. On March 11, 2024, Bruce Ward submitted a prompt to Midjourney for "mandalorian carrying baby yoda, movie still, screencap."  Midjourney generated, publicly displayed, and distributed high quality, downloadable images featuring Disney's copyrighted Mandalorian and Baby Yoda characters. |

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 88 | | Bart Simpson is a mischievous troublemaker from The Simpsons who wears blue shorts and an orange-red shirt and has signature spiked hair. On December 20, 2024, Bruce Ward submitted a prompt to Midjourney for "Bart Simpson riding a skateboard." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Bart Simpson character. |
| ¶ 89 | | Homer Simpson is a loveable goof from The Simpsons who has a penchant for donuts, wears blue pants with a white top, and has two signature strands of hair. On May 10, 2024, Bruce Ward submitted a prompt to Midjourney for "homer simpson, animated." |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Homer Simpson character. |
| ¶ 90 | | The Simpsons are a family of five consisting of Homer and Marge and their three children, Bart, Lisa, and Maggie. On May 10, 2024, Bruce Ward submitted a prompt to Midjourney for "the simpsons comic book." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Simpsons characters. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 91 | | Iron Man is the alter ego of eccentric billionaire businessman and engineer Tony Stark, who dons his Iron Man suit made of distinguishable red and gold armor that glows white over his heart and includes a red and gold mask. On December 20, 2024, Bruce Ward submitted a prompt to Midjourney for "Iron Man flying, action photo." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Iron Man character. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 92 | | Deadpool is an iconic central character of the Marvel Universe who wears a distinctive red and black suit and mask, carries katanas on his back, and has a penchant for breaking the fourth wall. On December 20, 2024, Bruce Ward submitted a prompt to Midjourney for "Deadpool, 35mm, portrait."  Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Deadpool character |
| ¶ 93 | | Spider-Man is the Marvel Universe superhero who wears a distinctive red and blue suit with spider markings and spider-based eyes. On December 20, 2024, Bruce Ward submitted a prompt to Midjourney for "Spider Man |

18

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | action scene, screenshot from movie." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Spider Man character. |
| ¶ 94 | | The Hulk is a large, green, super muscular humanoid with extreme physical strength and anger from the Marvel Universe. On December 20, 2024, Bruce Ward submitted a prompt to Midjourney for "The Incredible Hulk flexing his muscles." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Incredible Hulk character. |

19

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 95 | | Groot is an iconic central character of the Marvel Universe and *Guardians of the Galaxy*, known for his tree-like skin and deep black eyes. On March 11, 2024, Bruce Ward submitted a prompt to Midjourney for "groot, movie trailer." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Groot character. |
| ¶ 95 | | Groot is an iconic central character of the Marvel Universe and *Guardians of the Galaxy*, known for his tree-like skin and deep black eyes. On March 11, 2024, Bruce Ward submitted a prompt to Midjourney for "groot, movie trailer." Midjourney generated, publicly displayed, |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | and distributed high quality, downloadable images featuring Disney's copyrighted Groot character. |
| ¶ 95 | | Groot is an iconic central character of the Marvel Universe and *Guardians of the Galaxy*, known for his tree-like skin and deep black eyes. On March 11, 2024, Bruce Ward submitted a prompt to Midjourney for "groot, movie trailer." Midjourney generated, publicly displayed, and distributed high quality, downloadable images featuring Disney's copyrighted Groot character. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 95 | | Groot is an iconic central character of the Marvel Universe and *Guardians of the Galaxy*, known for his tree-like skin and deep black eyes. On March 11, 2024, Bruce Ward submitted a prompt to Midjourney for "groot, movie trailer." Midjourney generated, publicly displayed, and distributed high quality, downloadable images featuring Disney's copyrighted Groot character. |
| ¶ 96 | | Groot, Drax the Destroyer, and Rocket are characters from *Guardians of the Galaxy*. On March 11, 2024, Bruce Ward submitted a prompt to Midjourney for "guardians of the galaxy, 2023, 4k." Midjourney generated, publicly displayed, and distributed a high quality, |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | downloadable image featuring Disney's copyrighted *Guardians of the Galaxy* characters. |
| ¶ 97 | | Buzz Lightyear is a superhero action figure that wears a green and white spacesuit with a clear dome-shaped helmet and expandable wings and is a central character in the Toy Story franchise, who wears a green and white spacesuit with a clear dome-shaped helmet and expandable wings. On December 20, 2024, Bruce Ward submitted a prompt to Midjourney for "Buzz Lightyear flying, animated." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Buzz Lightyear character. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 98 | | Lightning McQueen is a red anthropomorphic stock car with a yellow lightning bolt on his sides along with the number 95 and is the main character in the *Cars* franchise. On May 10, 2024, Bruce Ward submitted a prompt to Midjourney for "lightening mcqueen racing, cartoon." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Lightning McQueen character. |
| ¶ 99 | | Wall-E is a box shaped rusted yellow robot and the title character of the film, *WALL-E*. On December 20, 2024, Bruce Ward submitted a prompt to Midjourney for "Wall-E with trash, animated." Midjourney generated, publicly displayed, |

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | and distributed a high quality, downloadable image featuring Disney's copyrighted Wall-E character. |
| ¶ 100 | | Sully is the blue-haired monster from *Monsters Inc.* On May 10, 2024, Bruce Ward submitted a prompt to Midjourney for "pixar." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Sully character. |
| ¶ 101 | | Sully is the blue-haired monster from *Monsters Inc.* On May 10, 2024, Bruce Ward submitted a prompt to Midjourney for "Sulley, animated," Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring |

25

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | Disney's copyrighted Sully character. |
| ¶ 102 | | Princess Elsa is the beloved lead character of Frozen, a princess with the ability to control ice and snow, who wears a glittering blue dress and has flowing, light blond hair. On September 20, 2024, Bruce Ward submitted a prompt to Midjourney for "Princess Elsa singing in front of an ice castle, Frozen animated movie." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Elsa character. |

26

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 103 | | Olaf is the Snowman character from *Frozen*. On May 10, 2024, Bruce Ward submitted a prompt to Midjourney for "olaf frozen, cartoon." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Olaf character. |
| ¶ 104 | | Aladdin and Princess Jasmine are the lead characters of *Aladdin*. On April 21, 2025, Bruce Ward submitted a prompt to Midjourney for "Jasmine and Aladdin riding on a magic carpet, characters from the 1992 animated film Aladdin, screencap." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring |

27

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | Disney's copyrighted Aladdin and Jasmine characters. |
| ¶ 105 | | Simba and Nala are the main character lions from *The Lion King*. On February 4, 2025, Bruce Ward submitted a prompt to Midjourney for "Simba and Nala standing on Pride Rock, Lion King, screencap." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Simba and Nala characters. |
| ¶ 106 | | Ariel is the red-haired mermaid protagonist of *The Little Mermaid*. On May 10, 2024, Bruce Ward submitted a prompt to Midjourney for "Ariel and Flounder under water, movie still, screencap." Midjourney generated, publicly displayed, and |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | distributed a high quality, downloadable image featuring Disney's copyrighted Ariel and Flounder characters. |
| ¶ 107 | | Spider-Man is the Marvel Universe superhero who wears a distinctive red and blue suit with spider markings and spider-based eyes. On May 10, 2024, Bruce Ward submitted a prompt to Midjourney for "Superhero fight scene." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Disney's copyrighted Spider-Man character. |

29

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 123 | | *Avengers: Infinity War* is a superhero film based on the Marvel Comics superhero team the Avengers. On January 6, 2024, Gary Marcus and Reid Southen published a research article showing how Midjourney generated, publicly displayed, and distributed downloadable images that were copies of stills from Disney's movie *Avengers: Infinity War*. Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 123 | | *Avengers: Infinity War* is a superhero film based on the Marvel Comics superhero team the Avengers. On January 6, 2024, Gary Marcus and Reid Southen published a research article showing how Midjourney generated, publicly displayed, and distributed downloadable images that were copies of stills from Disney's movie *Avengers: Infinity War*. Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 125 | popular 90's animated cartoon with yellow skin --v 6.0 --ar 16:9 --style raw | The Simpsons are a family of five consisting of Homer and Marge and their three children, Bart, Lisa, and Maggie. On January 6, 2024, Gary Marcus and Reid Southen published a research article showing how Midjourney generated, publicly displayed, and distributed downloadable images featuring Disney's copyrighted Simpsons characters. Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly submitted the prompt for these infringing outputs, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing images. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 126 |  black armor with light sword, movie screencap --ar 16:9 --v 6.0 --style raw | Darth Vader and the Mandalorian are characters from the *Star Wars* franchise.. On January 6, 2024, Gary Marcus and Reid Southen published a research article showing how Midjourney generated, publicly displayed, and distributed downloadable images featuring Disney's copyrighted characters. Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly submitted the prompt for these infringing outputs, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing images. |

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 127 | | Spider-Man and Loki are characters from Disney's Marvel franchises. Princess Elsa is the beloved lead character of Frozen, a princess with the ability to control ice and snow, who wears a glittering blue dress and has flowing, light blond hair. On January 6, 2024, Gary Marcus and Reid Southen published a research article showing how Midjourney generated, publicly displayed, and distributed downloadable images featuring Disney's copyrighted characters. Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly submitted the prompts for these infringing outputs, the prompts purportedly submitted to Midjourney, if available, |

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | and when the user posted the infringing images. |
| ¶ 128 | | Iron Man is the alter ego of eccentric billionaire businessman and engineer Tony Stark, who dons his Iron Man suit made of distinguishable red and gold armor that glows white over his heart and includes a red and gold mask. On January 6, 2024, Gary Marcus and Reid Southen published a research article showing how Midjourney generated, publicly displayed, and distributed downloadable images featuring Disney's copyrighted Iron Man character. Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly submitted the |

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |
| ¶ 129 | | The *Toy Story* franchise features animated toys that come to life. On January 6, 2024, Gary Marcus and Reid Southen published a research article showing how Midjourney generated, publicly displayed, and distributed downloadable images featuring Disney's copyrighted *Toy Story* characters. Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly submitted the prompt for these infringing outputs, the prompt purportedly submitted to |

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | Midjourney, if available, and when the user posted the infringing images. |
| ¶ 130 | protocol droid from classic sci-fi movie --v 6.0 --ar 16:9 | R2-D2 and C-3PO are the iconic droid characters from the *Star Wars* franchise. R2-D2 is a blue and white droid with a cylindrical body and dome shaped head, and C-3PO is a gold humanoid droid. On January 6, 2024, Gary Marcus and Reid Southen published a research article showing how Midjourney generated, publicly displayed, and distributed downloadable images featuring Disney's copyrighted R2-D2 and C-3PO characters. Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly submitted the prompt for these infringing |

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | outputs, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing images. |
| ¶ 131 |  man in robes with light sword, movie screencap --ar 16:9 --v 6.0 --style raw | Luke Skywalker is a jedi knight wielding the power of the force, and is the protagonist from the original *Star Wars* trilogy. On January 6, 2024, Gary Marcus and Reid Southen published a research article showing how Midjourney generated, publicly displayed, and distributed a downloadable image featuring Disney's copyrighted Luke Skywalker character. Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly submitted the prompt for this infringing |

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |
| ¶ 134 | | Iron Man is the alter ego of eccentric billionaire businessman and engineer Tony Stark, who dons his Iron Man suit made of distinguishable red and gold armor that glows white over his heart and includes a red and gold mask. On or about December 20, 2024, Bruce Ward searched Midjourney's Explore page for "Iron Man," and Midjourney publicly displayed infringing images of Disney's Iron Man character that Midjourney had previously generated and distributed to its subscribers. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 135 | | Deadpool is an iconic central character of the Marvel Universe who wears a distinctive red and black suit and mask, carries katanas on his back, and has a penchant for breaking the fourth wall. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Deadpool," and Midjourney publicly displayed infringing images of Disney's Deadpool character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 136 | | Spider-Man is the Marvel Universe superhero who wears a distinctive red and blue suit with spider markings and spider-based eyes. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Spider |

40

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | Man," and Midjourney publicly displayed infringing images of Disney's Spider-man character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 137 | | The Hulk is a large, green, super muscular humanoid with extreme physical strength and anger from the Marvel Universe. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "The Incredible Hulk," and Midjourney publicly displayed infringing images of Disney's Hulk character that Midjourney had previously generated and distributed to its subscribers. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 138 | | Groot is an iconic central character of the Marvel Universe and *Guardians of the Galaxy*, known for his tree-like skin and deep black eyes. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Groot," and Midjourney publicly displayed infringing images of Disney's Groot character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 139 | | Thanos is a warlord character from the Marvel Universe, known for his purple skin and distinctive chin. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Thanos," and Midjourney publicly displayed infringing images of Disney's Thanos character that |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | Midjourney had previously generated and distributed to its subscribers. |
| ¶ 140 | | The Simpsons are a family of five consisting of Homer and Marge and their three children, Bart, Lisa, and Maggie. On or about December 20, 2024, Bruce Ward searched Midjourney's Explore page for "The Simpsons," and Midjourney publicly displayed infringing images of Disney's Simpsons characters that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 141 | | Bart Simpson is a mischievous troublemaker from The Simpsons who wears blue shorts and an orange-red shirt and has signature spiked hair. On or about February 3, 2025, Bruce Ward searched |

43

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | Midjourney's Explore page for "Bart Simpson," and Midjourney publicly displayed infringing images of Disney's Bart Simpson character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 142 | | Homer Simpson is a loveable goof from The Simpsons who has a penchant for donuts, wears blue pants with a white top, and has two signature strands of hair. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Homer Simpson," and Midjourney publicly displayed infringing images of Disney's Homer Simpson character that Midjourney had previously generated and distributed to its subscribers. |

44

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 143 | | Yoda is the small, green, humanoid alien and Jedi Master in the *Star Wars* franchise. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Yoda," and Midjourney publicly displayed infringing images of Disney's Yoda character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 144 | | The Stormtroopers are the iconic military soldiers for the Galactic Empire, whose distinguishable uniform consists of white armor on top of a black underlayer and a striking white helmet. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Storm Trooper," and Midjourney |

45

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | publicly displayed infringing images of Disney's Stormtrooper characters that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 145 | | R2-D2 is an iconic droid character from the *Star Wars* franchise with a blue and white cylindrical body and dome shaped head. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "R2-D2," and Midjourney publicly displayed infringing images of Disney's R2-D2 character that Midjourney had previously generated and distributed to its subscribers. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 146 | | C-3PO is an iconic shiny metallic humanoid droid character from the *Star Wars* franchise. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "C-3PO," and Midjourney publicly displayed infringing images of Disney's C-3PO character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 147 | | Darth Vader is the iconic villain from the original Star Wars trilogy, known for his black robes, dark powers, and signature black mask and helmet. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Darth Vader," and Midjourney publicly displayed infringing images of Disney's |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
|  |  | Darth Vader character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 148 | | Chewbacca is the iconic Wookie character from the *Star Wars* franchise, known for his large anthropomorphic stature, brown fur and distinctive growl. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Chewbacca," and Midjourney publicly displayed infringing images of Disney's Chewbacca character that Midjourney had previously generated and distributed to its subscribers. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 149 | | The Mandalorian is a character from the *Star Wars* franchise with a distinctive helmet and armor. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Mandalorian," and Midjourney publicly displayed infringing images of Disney's Mandalorian character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 150 | | Baby Yoda (Din Grogu) is a small green alien with batlike ears from the *Star Wars* franchise. On or about February 5, 2025, Bruce Ward searched Midjourney's Explore page for "Baby Yoda," and Midjourney publicly displayed infringing images of Disney's Din Grogu character that Midjourney had |

49

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | previously generated and distributed to its subscribers. |
| ¶ 151 | | Buzz Lightyear is a superhero action figure and a central character in the Toy Story franchise, who wears a green and white spacesuit with a clear dome-shaped helmet and expandable wings. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Buzz Lightyear," and Midjourney publicly displayed infringing images of Disney's Buzz Lightyear character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 152 | | Lightning McQueen is a red anthropomorphic stock car with a yellow lightning bolt on his sides along with the number 95 and is the main |

50

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | character in the *Cars* franchise. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Lightning McQueen," and Midjourney publicly displayed infringing images of Disney's Lightning McQueen character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 153 | | Wall-E is a box shaped rusted yellow robot and the title character of the film, *WALL-E*. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Wall-E," and Midjourney publicly displayed infringing images of Disney's Wall-E character that Midjourney had previously generated and distributed to its subscribers. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 154 | | Princess Elsa is the beloved lead character of Frozen, a princess with the ability to control ice and snow, who wears a glittering blue dress and has flowing, light blond hair. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Princess Elsa," and Midjourney publicly displayed infringing images of Disney's Princess Elsa character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 155 | | Olaf is the Snowman character from *Frozen*. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Olaf from Frozen," and Midjourney publicly displayed infringing images of Disney's Olaf |

52

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 156 | | Aladdin is the title character of *Aladdin*. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Aladdin," and Midjourney publicly displayed infringing images of Disney's Aladdin character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 157 | | Princess Jasmine is Aladdin's love interest in *Aladdin*. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Princess Jasmine," and Midjourney publicly displayed infringing images of Disney's Princess Jasmine character that Midjourney had previously |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | generated and distributed to its subscribers. |
| ¶ 158 | | Simba is the protagonist of the *Lion King*. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Simba," and Midjourney publicly displayed infringing images of Disney's Simba character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 159 | | Ariel is the red-haired mermaid protagonist of *The Little Mermaid*. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Ariel," and Midjourney publicly displayed infringing images of Disney's Ariel character that Midjourney had previously |

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | generated and distributed to its subscribers. |
| ¶ 160 | | Ariel is the red haired mermaid protagonist of *The Little Mermaid*. On or about February 3, 2025, Bruce Ward searched Midjourney's Explore page for "Little Mermaid," and Midjourney publicly displayed infringing images of Disney's Ariel character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 170 | | The Stormtroopers are the iconic military soldiers for the Galactic Empire, whose distinguishable uniform consists of white armor on top of a black underlayer and a striking white helmet. Midjourney generated, publicly displayed, and distributed a downloadable |

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | image featuring Disney's copyrighted Stormtrooper character.  Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |
| ¶ 172 | | Deadpool and Wolverine are iconic characters of the Marvel Universe. Midjourney generated, publicly displayed, and distributed a downloadable image featuring Disney's copyrighted Deadpool and Wolverine characters. Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |
| ¶ 174 | | Deadpool is an iconic central character of the Marvel Universe who wears a distinctive red and black suit and mask, carries katanas on his back, and has a penchant for breaking the fourth wall. Midjourney generated, publicly displayed, and distributed a downloadable image featuring Disney's copyrighted Deadpool character.  Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly submitted the prompt for this infringing |

57

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |
| ¶ 175 | | Princess Elsa is the beloved lead character of Frozen, a princess with the ability to control ice and snow, who wears a glittering blue dress and has flowing, light blond hair. Olaf is the Snowman character from *Frozen*. Midjourney generated, publicly displayed, and distributed a downloadable image featuring Disney's copyrighted *Frozen* characters. Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | Midjourney, if available, and when the user posted the infringing image. |
| ¶ 177 | | Darth Vader is the iconic villain from the original Star Wars trilogy, known for his black robes, dark powers, and signature black mask and helmet. Midjourney generated, publicly displayed, and distributed a downloadable image featuring Disney's copyrighted Darth Vader character.  Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 178 | | Yoda is the small, green, humanoid alien and Jedi Master in the *Star Wars* franchise. Midjourney generated, publicly displayed, and distributed a downloadable image featuring Disney's copyrighted Yoda character. Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 179 | | Groot is an iconic central character of the Marvel Universe and *Guardians of the Galaxy*, known for his treelike skin and deep black eyes. Midjourney generated, publicly displayed, and distributed downloadable images featuring Disney's copyrighted Marvel characters. Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly submitted the prompts for these infringing outputs, the prompts purportedly submitted to Midjourney, if available, and when the user posted the infringing images. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 180 | | Disney's Snow White is a Disney princess, recognizable by her black hair and red lips. Midjourney generated, publicly displayed, and distributed a downloadable image featuring Disney's copyrighted Snow White character.  Pursuant to Federal Rule of Civil Procedure 33(d), Disney will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |

**SECOND SUPPLEMENTAL AND AMENDED RESPONSE TO INTERROGATORY NO. 2:**

Subject to and without waiving its objections set forth in Disney's original amended response set forth above, Disney further responds as follows:

In addition to the outputs identified in Disney's original amended response to this Interrogatory, below is a supplemental list of Midjourney outputs that Disney contends

62

infringe its asserted works, including the basis of Disney's contention that each output infringes an asserted work; the dates each infringing output was created by Midjourney; who submitted a prompt to Midjourney, in response to which Midjourney created infringing outputs using unauthorized copies of Disney's copyrighted works and characters, which Midjourney had selected and stored in the Midjourney AI model; and the prompt submitted to Midjourney, in response to which Midjourney created infringing outputs using unauthorized copies of Disney's copyrighted works and characters, which Midjourney had selected and stored in the Midjourney AI model.

| Infringing Image | Response |
| --- | --- |
|  | Jabba the Hutt is the iconic slug-like alien from the *Star Wars* franchise, known for his round body, wrinkly green-brown skin, toothless mouth, and slimy appearance. On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Jabba the Hutt lounging in a dim Tatooine palace." Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Disney's copyrighted Jabba the Hutt character. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Infringing Image | Response |
|---|---|
|  | BB-8 is the droid character from the *Star Wars* franchise, known for his white spherical body with gray and orange circular markings, and semispherical head with cameras and antennas.  On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "BB-8 rolling across sandy dunes of Jakku." Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Disney's copyrighted BB-8 character. |
|  | Elastigirl, also known as Helen Parr, is a superhero from *The Incredibles* known for her body's superhuman elasticity, red hair styled in a bob, red and black suit with the signature Incredibles logo, and black eye mask. On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Elastigirl from The Incredibles stretching across a collapsing cityscape."  Midjourney generated, |

| Infringing Image | Response |
| --- | --- |
|  | publicly displayed, and distributed high quality, downloadable images and videos featuring Disney's copyrighted Elastigirl character. |
| | Dash, also known as Dashiell Parr, is a superhero from *The Incredibles* known for his superhuman speed, blonde slicked-back hair, red and black suit with the signature Incredibles logo, and black eye mask.  On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Dash from The Incredibles racing across a river." Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Disney's copyrighted Dash character. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Infringing Image | Response |
| --- | --- |
|  | Gaston is the antagonist of *Beauty and the Beast* and is known for his long black hair, pronounced jawline, muscular physique, and distinctive red shirt and brown boots.  On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Gaston strutting past townspeople through the village tavern."  Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Disney's copyrighted Gaston character. |
|  | Joy is a character from the *Inside Out* franchise, and is known for her blue pixie cut hair, light green sundress, large blue eyes, and lighthearted and optimistic outlook.  On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Joy from Inside Out guiding glowing memory orbs."  Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos |

66

| Infringing Image | Response |
|---|---|
|  | featuring Disney's copyrighted Joy character. |
| | Disgust is a character from the *Inside Out* franchise, and is known for her neat green hairstyle, shimmering deep green sundress, green eyes and eyelashes, and opinionated outlook. On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Disgust from Inside Out sitting at the control panel in Inside Out headquarters." Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Disney's copyrighted Disgust character. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Infringing Image | Response |
|---|---|
|  | Hades is the antagonist from Disney's *Hercules*, and is known for his blue flaming hair, dark robe, long facial features, and yellow eyes.  On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Hades scheming in the fiery underworld, animated character."  Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Disney's copyrighted Hades character. |
|  | Hercules is the titular character from Disney's *Hercules*, and is known for his handsome and muscular appearance, chiseled jaw, brown Roman armor, warrior-style sandals, and blue cape.  On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Hercules battling the Hydra in an arena, animated character."  Midjourney generated, publicly displayed, and distributed high quality, downloadable images and |

68

| Infringing Image | Response |
|---|---|
| | videos featuring Disney's copyrighted Hercules character. |
| | Lady and the Tramp are the titular characters from *Lady and the Tramp*. Lady is an animated cocker spaniel with a blue collar, and Tramp is a wiry-haired gray and white mutt with short floppy ears.  On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Lady and the Tramp sharing spaghetti in a romantic moonlit alley."  Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Disney's copyrighted Lady and Tramp characters. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Infringing Image | Response |
|---|---|
|  | Cruella de Vil is the villain from *101 Dalmatians*, and is known for her thin black dress, long red gloves, dramatic fur coat, black and white hair, and pronounced cheekbones.  On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Cruella de Vil speeds after dalmatians through London streets."  Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Disney's copyrighted Cruella de Vil character. |
|  | Ursula is the notorious sea witch from *The Little Mermaid*, and is known for her human upper body and tentacled lower body, spiky white hair, lavender skin, dramatic makeup, and seashell necklace.  On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Ursula casting a dark spell."  Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Infringing Image | Response |
|---|---|
| | featuring Disney's copyrighted Ursula character. |
|  | Mike Wazowski is the friendly monster from *Monsters Inc.*, and is known for his round green body with one large green eye, skinny limbs, two small horns, and spiky teeth.  On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Mike Wazowski running from monsters on the factory floor."  Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Disney's copyrighted Mike Wazowski character. |
| | Lilo Pelekai is one of the titular protagonists of the *Lilo & Stitch* franchise and is known as a young, animated Hawaiian girl who has long black hair and generally wears a red and white Hawaiian dress or a hula dancing outfit including a grass skirt and crown.  On June 11, 2026, Bruce Ward submitted a prompt to |

71

| Infringing Image | Response |
|---|---|
|  | Midjourney for "Lilo hula dancing on a Hawaiian beach."  Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Disney's copyrighted Lilo Pelekai character. |
| | Stitch is one of the titular protagonists of the *Lilo & Stitch* franchise and is known as a small, two-toned blue monster, who has a notch in his large ears, large black eyes, a round blue nose, and a large mouth with rounded but spiked teeth.  On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Stitch running around an island beach."  Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Disney's copyrighted Stitch character. |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Infringing Image | Response |
|---|---|
|  | Moana is the titular protagonist of the *Moana* franchise and portrayed as a Polynesian princess with a red patterned tube top, necklace with a blue pendant, woven white skirt, and long black hair.  On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Moana running along a shoreline at sunset."  Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Disney's copyrighted Moana character. |
|  | Black Panther is the titular protagonist of the *Black Panther* franchise and portrayed as a superhero with a black suit, metal claws on his hands, a black collar with metal spikes, and a mask reminiscent of a panther.  On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Black Panther leaping across the Wakanda skyline."  Midjourney generated, publicly displayed, and distributed high quality, |

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Infringing Image | Response |
|---|---|
|  | downloadable images and videos featuring Disney's copyrighted Black Panther character. |
| | Jake Sully is the protagonist of the *Avatar* franchise and portrayed as a tall Avatar with patterned blue skin, long braided black hair, a tall stature and muscular build, and wearing a loincloth.  On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Jake Sully from Avatar aiming his bow against a forest backdrop."  Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Disney's copyrighted Jake Sully character. |

**INTERROGATORY NO. 13:**

For each character that YOU allege that Midjourney infringed YOUR rights in, IDENTIFY the earliest created work in which such character was first fixed in a tangible medium of expression.

| Character | Title of Work | Registration Number | Registration Date |
|---|---|---|---|
| Ursula | RUFF URSULA 9-9-87 | VAu000123348 | 11/19/1987 |
| Lilo | LILO AND STITCH - REFERENCE PACK | VA0001079146 | 03/07/2001 |
| Stitch | LILO AND STITCH - REFERENCE PACK | VA0001079146 | 03/07/2001 |
| Moana | MOANA | PA0002012015 | 12/20/2016 |

Dated:  June 22, 2026                    JENNER & BLOCK LLP


By:  _____*/s/ David R. Singer*_____
                    David R. Singer
                    Julie A. Shepard
                    Lauren M. Greene
                    Kara V. Brandeisky
                    Zachary A. Marino

                    *Attorneys for Plaintiffs*

83

## **VERIFICATION**

I, Larissa Caschera, declare that:

I am the Paralegal Specialist, Copyright at The Walt Disney Company, and am authorized to make this verification for and on Plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, and Twentieth Century Fox Film Corporation's behalf. I have read Plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, and Twentieth Century Fox Film Corporation's Second Supplemental and Amended Objections and Responses to Interrogatories No. 2 and 13, and know its contents. I am informed and believe, and on that ground allege, that the matters stated in the foregoing document are true. I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

Executed on the _____ day of June, 2026. June 17, 2026

Signed by:
Larissa Caschera
AF58ABCF2A0A4DC...

Larissa Caschera

---

1

DISNEY'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

# EXHIBIT B

**JENNER & BLOCK LLP**
David R. Singer (SBN 204699)
dsinger@jenner.com
Julie A. Shepard (SBN 175538)
jshepard@jenner.com
Lauren M. Greene (SBN 271397)
lgreene@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile:   (213) 239-5199

*Attorneys for Plaintiffs*

Kara V. Brandeisky
(*admitted pro hac vice*)
kbrandeisky@jenner.com
1099 New York Avenue N.W. #900
Washington, D.C. 20001
Telephone: (202) 639-6000

Zachary A. Marino
(*admitted pro hac vice*)
zmarino@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DISNEY ENTERPRISES, INC.,
UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, et al.; WARNER
BROS. ENTERTAINMENT INC., et al.,

Plaintiffs,

v.

MIDJOURNEY, INC.,

Defendant.

ALL CASES

Lead Case No. 2:25-cv-05275-JAK
(AJRx)

**PLAINTIFFS UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP
AND DREAMWORKS ANIMATION
L.L.C.'S SECOND
SUPPLEMENTAL AND AMENDED
OBJECTIONS AND RESPONSES
TO INTERROGATORIES NO. 2
AND 13 FROM DEFENDANT
MIDJOURNEY, INC.'S FIRST SET
OF INTERROGATORIES**

PROPOUNDING PARTY:  Defendant Midjourney, Inc.

RESPONDING PARTY:    Plaintiffs Universal City Studios Productions LLLP, and DreamWorks Animation L.L.C.

SET NUMBER:    One

Pursuant to Federal Rule of Civil Procedure 33, Plaintiffs Universal City Studios Productions LLLP, and DreamWorks Animation L.L.C. (together "Universal") provides this Second Supplemental and Amended Objections and Responses to Interrogatories No. 2 and 13 from Defendant Midjourney Inc.'s First Set of Interrogatories as follows:

## **PRELIMINARY STATEMENT**

Universal's Second Supplemental and Amended Objections and Responses to Interrogatories No. 2 and 13 from Midjourney's First Set of Interrogatories are based on information reasonably available to Universal at this time. Accordingly, Universal reserves the right to modify or supplement its responses with any information that may be subsequently discovered while the case is pending.

Universal is supplementing and amending its responses to Midjourney's First Set of Interrogatories as Universal reasonably interprets and understands the language of those Interrogatories. If Midjourney subsequently asserts an interpretation of any individual Interrogatory that differs from Universal's reasonable understanding, Universal reserves its right to supplement the responses and/or objections herein.

Universal's Second Supplemental and Amended Objections and Responses to Interrogatories No. 2 and 13 from Midjourney's First Set of Interrogatories shall not be construed in any way as an admission that any definition provided by Midjourney or any assertion made is either factually correct or legally binding upon Universal, or a waiver of any of Universal's objections, including but not limited to objections regarding privilege, confidentiality, and discoverability.

1

UNIVERSAL'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

6. Universal objects that the definition of "GENERATIVE AI TOOL" is overbroad and not proportional to the needs of the litigation to the extent it is not limited to artificial intelligence systems that produce image and/or video outputs in response to text prompts, but instead includes either artificial intelligence systems capable of producing text but not images or video (such as large language model (LLM) technologies), or standard image and video editing tools, neither of which are at issue in this litigation. Universal will construe "GENERATIVE AI TOOL" to mean artificial intelligence systems capable of producing image and/or video outputs in response to text prompts, and this is the meaning of the term "generative AI" as used in these responses.

7. Universal objects that the definition of "EMPLOYEE" is vague, ambiguous, overbroad, and imposes obligations greater than those imposed by state and federal law to the extent it includes "any natural PERSON [who] contribut[ed] to the creation of any ASSERTED WORK[] . . . as a 'work made for hire' under the Copyright Act." Universal will construe "EMPLOYEE" as it is defined by state and federal law.

8. Universal objects that the definition of "CONTRACTOR" is vague, overbroad, not proportional to the needs of the litigation, and imposes obligations greater than those imposed by Federal Rules of Civil Procedure. Universal will construe "CONTRACTOR" to mean any person other than an employee whom Universal has retained to provide goods or services under terms defined by a contract between Universal and the contractor.

**SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 2:**

For each image created by a Midjourney user that YOU contend infringes any of YOUR ASSERTED WORKS (including but not limited to the examples described in the COMPLAINT), IDENTIFY all facts upon which YOU base that contention, including but not limited to, for each such ASSERTED WORK:

- The basis of YOUR contention that Midjourney or a user copied or created a derivative YOUR ASSERTED WORK;

- Each specific OUTPUT that YOU contend infringes that ASSERTED WORK;

- The dates each such allegedly infringing OUTPUT was created;

- The user who allegedly prompted each such allegedly infringing OUTPUT;

- The PROMPT used to generate each such allegedly infringing OUTPUT; and

- The purpose for which the image was created, including but not limited to whether such use was commercial or non-commercial.

**RESPONSE TO INTERROGATORY NO. 2:**

Universal objects that the interrogatories herein, including all discrete subparts, constitute approximately 40 separate interrogatories, and therefore exceed the maximum number of interrogatories permitted by Federal Rule of Civil Procedure 33(a)(1). Universal further objects that because there is not a finite number of "images created by a Midjourney user that [Universal] contend[s] infringes any of [its] ASSERTED WORKS," this interrogatory is unduly burdensome and not proportional to the needs of the litigation. Universal further objects to this interrogatory on the grounds that it seeks information that is not relevant to the claims or defenses in this case. Universal further objects that this interrogatory is compound. Universal further objects that this interrogatory calls for Universal to make a legal conclusion. Universal further objects to this interrogatory because it contains a flawed legal argument that Midjourney's users "create" the infringing outputs at issue in this case. Even though Universal has pled in the alternative that Midjourney is a secondary copyright infringer, it is Universal's position that, as a matter of law, Midjourney is the direct infringer here. Midjourney selects, aggregates, and copies Universal's copyrighted works, stores copies of those works and/or Universal's famous copyrighted characters in the Midjourney AI model, and then makes further reproductions of those works and characters, makes them available for download, and publicly displays and performs infringing outputs featuring Universal's copyrighted characters for Midjourney subscribers.

Subject to and without waiving its objections, Universal further responds as follows:

Midjourney, without Universal's knowledge or permission, aggregated and copied Universal's copyrighted works to train and develop its service, as evidenced by the fact that Midjourney has reproduced, publicly displayed and performed, and distributed infringing copies and unauthorized derivatives of Universal's characters, as shown in the Complaint. While the nature and extent of Midjourney's copying is subject to further discovery and expert testimony, Midjourney had to copy Universal's copyrighted works in order to be able to subsequently disseminate reproductions and derivatives of Universal's copyrighted works as outputs. Midjourney created (and continues to create) reproductions and derivatives of Universal's copyrighted works for a commercial purpose, which is to sell a commercial subscription service with subscription tiers ranging from $10 to $120 per month.

Below is a list of the outputs in the Complaint that Universal contends infringe its asserted works, including the basis of Universal's contention that each output infringes an asserted work; the dates each infringing output was created by Midjourney; who submitted a prompt to Midjourney, in response to which Midjourney created infringing outputs using unauthorized copies of Universal's copyrighted works and characters, which Midjourney had selected and stored in the Midjourney AI model; and the prompt submitted to Midjourney, in response to which Midjourney created infringing outputs using unauthorized copies of Universal's copyrighted works and characters, which Midjourney had selected and stored in the Midjourney AI model.

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 8 | | The Minions are instantly recognizable characters from Universal's *Despicable Me* franchise, known for their distinctive capsule shape, yellow color, and metal goggles. On May 13, 2025, Bruce Ward submitted a prompt to Midjourney for "Minions in the film Despicable Me, screencap." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Universal's copyrighted Minions characters. |
| ¶ 11 | | Hiccup Horrendous Haddock III and Toothless are the central characters of Universal's *How to Train Your Dragon* franchise. Hiccup is depicted as a scrawny, teenage Viking boy with medium-length tousled hair and green eyes, and Toothless is a |

UNIVERSAL'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | medium-sized, aerodynamic dragon with matte, jet-black scales, bat-like wings, and large, cat-like green eyes. On May 13, 2025, Bruce Ward submitted a prompt to Midjourney for "Hiccup and Toothless in the movie How To Train Your Dragon." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Universal's copyrighted Hiccup and Toothless characters. |
| ¶ 11 | | Shrek is the namesake character of Universal's *Shrek* franchise, a large, bald, dull-green ogre with a broad, round face, brown eyes, and highly distinctive trumpet-shaped ears. On May 13, 2025, Bruce Ward submitted a prompt to Midjourney for "Shrek, animated character from the |

7

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | Shrek film series, movie, screencap." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Universal's copyrighted Shrek character. |
| ¶ 108 | | The Minions are instantly recognizable characters from Universal's *Despicable Me* franchise, known for their distinctive capsule shape, yellow color, and metal goggles. On June 10, 2025, Bruce Ward submitted a prompt to Midjourney for "Minion, character from Despicable Me." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Universal's copyrighted Minions characters. |

UNIVERSAL'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 109 | | Hiccup and Toothless are the central characters of Universal's *How to Train Your Dragon* franchise. Hiccup is depicted as a scrawny, teenage Viking boy with medium-length tousled hair and green eyes, and Toothless is a medium-sized, aerodynamic dragon with matte, jet-black scales, bat-like wings, and large, cat-like green eyes. On March 10, 2025, Bruce Ward submitted a prompt to Midjourney for "How to Train Your Dragon." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Universal's copyrighted Toothless and Hiccup characters. |

UNIVERSAL'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 110 | | Shrek is the namesake character of Universal's *Shrek* franchise, a large, bald, dull-green ogre with a broad, round face, brown eyes, and highly distinctive trumpet-shaped ears. On March 10, 2025, Bruce Ward submitted a prompt to Midjourney for "Shrek, screencapture, animated film." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Universal's copyrighted Shrek character. |
| ¶ 111 | | Ted (also known as Boss Baby or Theodore Templeton Jr.) is the titular character of Universal's *The Boss Baby* franchise, an infant who speaks and carries himself like an adult, with an oversized, round baby head, a high forehead, green eyes, and blonde hair forming a |

UNIVERSAL'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | widow's peak. On March 10, 2025, Bruce Ward submitted a prompt to Midjourney for "The Boss Baby." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Universal's copyrighted Ted character. |
| ¶ 112 | | Po is the protagonist of Universal's *Kung Fu Panda* franchise, depicted as a chubby, anthropomorphic panda with a white face, black ears, and black fur around his eyes. On May 13, 2025, Bruce Ward submitted a prompt to Midjourney for "Po character from the animated film Kung Fu Panda, full body view, screencap." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring |

11

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | Universal's copyrighted Po character. |
| ¶ 124 | <br>yellow 3d cartoon character with goggles and overalls --v 6.0 --ar 16:9 | The Minions are instantly recognizable characters from Universal's *Despicable Me* franchise, known for their distinctive capsule shape, yellow color, and metal goggles. On January 6, 2024, Gary Marcus and Reid Southen published a research article showing how Midjourney generated, publicly displayed, and distributed downloadable images featuring Universal's copyrighted Minions characters even when the prompt did not ask for Universal's specific characters. Pursuant to Federal Rule of Civil Procedure 33(d), Universal will produce records sufficient to identify who purportedly submitted the prompt for this infringing |

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |
| ¶ 161 | | Hiccup and Toothless are the central characters of Universal's *How to Train Your Dragon* franchise. On or about March 10, 2025, Bruce Ward searched Midjourney's Explore page for "How to Train Your Dragon," and Midjourney publicly displayed infringing images of Universal's Hiccup and Toothless characters that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 162 | | The Minions are instantly recognizable characters from Universal's *Despicable Me* franchise, known for their distinctive capsule shape, yellow |

UNIVERSAL'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | color, and metal goggles. On or about March 10, 2025, Bruce Ward searched Midjourney's Explore page for "Minions," and Midjourney publicly displayed infringing images of Universal's Minions characters that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 163 | | Ted (also known as Boss Baby) is the titular character of Universal's *The Boss Baby* franchise. On or about March 10, Bruce Ward searched Midjourney's Explore page for "The Boss Baby," and Midjourney publicly displayed infringing images of Universal's Ted character that Midjourney had previously generated and distributed to its subscribers. |

14

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| ¶ 164 | | Shrek is the namesake character of Universal's *Shrek* franchise, a large, bald, dull-green ogre with a broad, round face, brown eyes, and highly distinctive trumpet-shaped ears. Donkey is Shrek's loyal companion in the *Shrek* franchise. On or about March 10, 2025, Bruce Ward searched Midjourney's Explore page for "Shrek," and Midjourney publicly displayed infringing images of Universal's Shrek and Donkey characters that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 165 | | Po is the protagonist of Universal's *Kung Fu Panda* franchise, depicted as a chubby, anthropomorphic panda with a white face, black ears, and black fur around his eyes. On or about |

15

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | May 27, 2025, Bruce Ward searched Midjourney's Explore page for "Kung Fu Panda," and Midjourney publicly displayed infringing images of Universal's Po character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 171 | | The Minions are instantly recognizable characters from Universal's *Despicable Me* franchise, known for their distinctive capsule shape, yellow color, and metal goggles. Midjourney generated, publicly displayed, and distributed a downloadable image featuring Universal's copyrighted Minions character. Pursuant to Federal Rule of Civil Procedure 33(d), Universal will produce records sufficient to identify who purportedly submitted the |

16

| Paragraph No. | Infringing Image | Response |
|---|---|---|
| | | prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |
| ¶ 173 | | Shrek is the namesake character of Universal's *Shrek* franchise, a large, bald, dull-green ogre with a broad, round face, brown eyes, and highly distinctive trumpet-shaped ears. Midjourney generated, publicly displayed, and distributed a downloadable image featuring Universal's copyrighted Shrek character. Pursuant to Federal Rule of Civil Procedure 33(d), Universal will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and |

UNIVERSAL'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Response |
|---|---|---|
|  |  | when the user posted the infringing image. |

**SECOND    SUPPLEMENTAL    AND    AMENDED    RESPONSE    TO INTERROGATORY NO. 2:**

Subject to and without waiving its objections set forth in Universal's original amended response set forth above, Universal further responds as follows:

In addition to the outputs identified in Universal's original amended response to this Interrogatory, below is a supplemental list of the outputs in the Complaint that Universal contends infringe its asserted works, including the basis of Universal's contention that each output infringes an asserted work; the dates each infringing output was created by Midjourney; who submitted a prompt to Midjourney, in response to which Midjourney created infringing outputs using unauthorized copies of Universal's copyrighted works and characters, which Midjourney had selected and stored in the Midjourney AI model; and the prompt submitted to Midjourney, in response to which Midjourney created infringing outputs using unauthorized copies of Universal's copyrighted works and characters, which Midjourney had selected and stored in the Midjourney AI model.

| Infringing Image | Response |
|---|---|
|  | Gru is the reformed supervillain and protagonist of Universal's *Despicable Me* franchise, known for his slick black outfit, gray and black striped scarf, rounded bald head without any discernable neck, skinny limbs, and pointy nose. On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Gru gives a speech to Minions in his underground lair." Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Universal's copyrighted Gru character. |
|  | Master Tigress is one of the main warriors of Universal's *Kung Fu Panda* franchise, known for her white, orange, black, and brown striped fur, distinctive diamond shaped mark on her face, and red warrior top with black pants. On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Master Tigress practicing Kung Fu at the Jade Palace." Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Universal's copyrighted Master Tigress character. |

19

| Infringing Image | Response |
|---|---|
|  | Poppy is the pink troll from Universal's *Trolls* franchise, known for her pink coloring, outsized plume-like hairdo, blue floral headband, small eyes, large ears, and wide nose, and matching blue sun dress. On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Poppy singing in Troll Village, animated character from Trolls." Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Universal's copyrighted Poppy character. |
|  | Branch is the blue troll from Universal's *Trolls* franchise, known for his blue-gray coloring, large blue hairstyle that sticks straight up, small eyes and wide nose, protruding ears, vest of leaves, and brown shorts. On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Branch hiking along the outskirts of Troll Village, animated character from Trolls." Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Universal's copyrighted Branch character. |

UNIVERSAL'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

| Master Tigress | KUNG FU PANDA STYLE GUIDE | TXu 1-352-575 | 07/13/2007 |
| Poppy | "TROLLS" Style Guide | TXu 1-989-324 | 02/08/2016 |
| Branch | "TROLLS" Style Guide | TXu 1-989-324 | 02/08/2016 |

Dated:  June 22, 2026                          JENNER & BLOCK LLP


By:   _____/s/ David R. Singer_____
David R. Singer
Julie A. Shepard
Lauren M. Greene
Kara V. Brandeisky
Zachary A. Marino

*Attorneys for Plaintiffs*

UNIVERSAL'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

## **<u>VERIFICATION</u>**

I, Carly Seabrook, declare that:

I am the Senior Director, Copyright Administration at NBCUniversal Media, LLC, and am authorized to make this verification for and on Plaintiffs Universal City Studios Productions LLLP, and DreamWorks Animation L.L.C.'s behalf.  I have read Plaintiffs Universal City Studios Productions LLLP, and DreamWorks Animation L.L.C.'s Second Supplemental and Amended Objections and Responses to Interrogatories No. 2 and 13, and know its contents.  I am informed and believe, and on that ground allege, that the matters stated in the foregoing document are true.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

Executed on the 22nd day of June, 2026.



Signed by:

Carly Seabrook
0B04B8F8815D431...

Carly Seabrook

1

UNIVERSAL'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR

NBCU:17472828v1

# EXHIBIT C

**JENNER & BLOCK LLP**
David R. Singer (SBN 204699)
dsinger@jenner.com
Julie A. Shepard (SBN 175538)
jshepard@jenner.com
Lauren M. Greene (SBN 271397)
lgreene@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile:   (213) 239-5199

*Attorneys for Plaintiffs*

Kara V. Brandeisky
(*admitted pro hac vice*)
kbrandeisky@jenner.com
1099 New York Avenue N.W. #900
Washington, D.C. 20001
Telephone: (202) 639-6000

Zachary A. Marino
(*admitted pro hac vice*)
zmarino@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.; WARNER BROS. ENTERTAINMENT INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MIDJOURNEY, INC.,<br><br>Defendant.<br><br>ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx)<br><br>**PLAINTIFFS WARNER BROS. ENTERTAINMENT INC., DC COMICS, TURNER ENTERTAINMENT CO., HANNA-BARBERA PRODUCTIONS, INC., AND THE CARTOON NETWORK, INC.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES** |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

PROPOUNDING PARTY:  Defendant Midjourney, Inc.

RESPONDING PARTY:   Plaintiffs Warner Bros. Entertainment Inc., DC Comics, Turner Entertainment Co., Hanna-Barbera Productions, Inc., and The Cartoon Network, Inc.

SET NUMBER:   One

Pursuant to Federal Rule of Civil Procedure 33, Plaintiffs Warner Bros. Entertainment Inc., DC Comics; Turner Entertainment Co., Hanna-Barbera Productions, Inc., and The Cartoon Network, Inc. (together "Warner Bros.") hereby provides this Second Supplemental and Amended Objections and Responses to Interrogatories No. 2 and 13 from Defendant Midjourney, Inc.'s First Set of Interrogatories as follows:

## PRELIMINARY STATEMENT

Warner Bros.'s Second Supplemental and Amended Objections and Responses to Interrogatories No. 2 and 13 from Midjourney's First Set of Interrogatories are based on information reasonably available to Warner Bros. at this time. Accordingly, Warner Bros. reserves the right to modify or supplement its responses with any information that may be subsequently discovered while the case is pending.

Warner Bros. is supplementing and amending its responses to Midjourney's First Set of Interrogatories as Warner Bros. reasonably interprets and understands the language of those Interrogatories.  If Midjourney subsequently asserts an interpretation of any individual Interrogatory that differs from Warner Bros.'s reasonable understanding, Warner Bros. reserves its right to supplement the responses and/or objections herein.

Warner Bros.'s Second Supplemental and Amended Objections and Responses to Interrogatories No. 2 and 13 from Midjourney's First Set of Interrogatories shall not be construed in any way as an admission that any definition provided by Midjourney or any assertion made is either factually correct or legally binding upon Warner Bros., or a waiver of any of Warner Bros.'s objections, including but not limited to objections regarding privilege, confidentiality, and discoverability.

1

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

6.      Warner Bros. objects that the definition of "GENERATIVE AI TOOL" is overbroad and not proportional to the needs of the litigation to the extent it is not limited to artificial intelligence systems that produce image and/or video outputs in response to text prompts, but instead includes either artificial intelligence systems capable of producing text but not images or video (such as large language model (LLM) technologies), or standard image and video editing tools, neither of which are at issue in this litigation. Warner Bros. will construe "GENERATIVE AI TOOL" to mean artificial intelligence systems capable of producing image and/or video outputs in response to text prompts, and this is the meaning of the term "generative AI" as used in these responses.

7.      Warner Bros. objects that the definition of "EMPLOYEE" is vague, ambiguous, overbroad, and imposes obligations greater than those imposed by state and federal law to the extent it includes "any natural PERSON [who] contribut[ed] to the creation of any ASSERTED WORK[] . . . as a 'work made for hire' under the Copyright Act." Warner Bros. will construe "EMPLOYEE" as it is defined by state and federal law.

8.      Warner Bros. objects that the definition of "CONTRACTOR" is vague, overbroad, not proportional to the needs of the litigation, and imposes obligations greater than those imposed by Federal Rules of Civil Procedure. Warner Bros. will construe "CONTRACTOR" to mean any person other than an employee whom Warner Bros. has retained to provide goods or services under terms defined by a contract between Warner Bros. and the contractor.

## SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 2:

For each image created by a Midjourney user that YOU contend infringes any of YOUR ASSERTED WORKS (including but not limited to the examples described in the COMPLAINT), IDENTIFY all facts upon which YOU base that contention, including but not limited to, for each such ASSERTED WORK:

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

- The basis of YOUR contention that Midjourney or a user copied or created a derivative YOUR ASSERTED WORK;
- Each specific OUTPUT that YOU contend infringes that ASSERTED WORK;
- The dates each such allegedly infringing OUTPUT was created;
- The user who allegedly prompted each such allegedly infringing OUTPUT;
- The PROMPT used to generate each such allegedly infringing OUTPUT; and
- The purpose for which the image was created, including but not limited to whether such use was commercial or non-commercial.

**RESPONSE TO INTERROGATORY NO. 2:**

Warner Bros. objects that the interrogatories herein, including all discrete subparts, constitute approximately 40 separate interrogatories, and therefore exceed the maximum number of interrogatories permitted by Federal Rule of Civil Procedure 33(a)(1). Warner Bros. further objects that because there is not a finite number of "images created by a Midjourney user that [Warner Bros.] contend[s] infringes any of [its] ASSERTED WORKS," this interrogatory is unduly burdensome and not proportional to the needs of the litigation. Warner Bros. further objects to this interrogatory on the grounds that it seeks information that is not relevant to the claims or defenses in this case. Warner Bros. further objects that this interrogatory is compound. Warner Bros. further objects that this interrogatory calls for Warner Bros. to make a legal conclusion. Warner Bros. further objects to this interrogatory because it contains a flawed legal argument that Midjourney's users "create" the infringing outputs at issue in this case. Even though Warner Bros. have pled in the alternative that Midjourney is a secondary copyright infringer, it is Warner Bros.'s position that, as a matter of law, Midjourney is the direct infringer here. Midjourney selects, aggregates, and copies Warner Bros.'s copyrighted works, stores copies of those works and/or Warner Bros.'s famous copyrighted characters in the Midjourney AI model, and then makes further reproductions of those works and characters, makes them available for

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

download, and publicly displays and performs infringing outputs featuring Warner Bros.'s copyrighted characters for Midjourney subscribers.

Subject to and without waiving its objections, Warner Bros. further responds as follows:

Midjourney, without Warner Bros.'s knowledge or permission, aggregated and copied Warner Bros.'s copyrighted works to train and develop its service, as evidenced by the fact that Midjourney has reproduced, publicly displayed and performed, and distributed infringing copies and unauthorized derivatives of Warner Bros.'s characters, as shown in the Complaint. While the nature and extent of Midjourney's copying is subject to further discovery and expert testimony, Midjourney had to copy Warner Bros.'s copyrighted works in order to be able to subsequently disseminate reproductions and derivatives of Warner Bros.'s copyrighted works as outputs. Midjourney created (and continues to create) reproductions and derivatives of Warner Bros.'s copyrighted works for a commercial purpose, which is to sell a commercial subscription service with subscription tiers ranging from $10 to $120 per month.

Below is a list of the outputs in the Complaint that Warner Bros. contends infringe its asserted works, including the basis of Warner Bros.'s contention that each output infringes an asserted work; the dates each infringing output was created by Midjourney; who submitted a prompt to Midjourney, in response to which Midjourney created infringing outputs using unauthorized copies of Warner Bros.'s copyrighted works and characters, which Midjourney had selected and stored in the Midjourney AI model; and the prompt submitted to Midjourney, in response to which Midjourney created infringing outputs using unauthorized copies of Warner Bros.'s copyrighted works and characters, which Midjourney had selected and stored in the Midjourney AI model.

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶¶ 7, 74 | | Superman is the quintessential DC Comics superhero, known for his blue bodysuit, red cape, yellow belt, and distinctive 'S' shield logo on his chest. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "Superman, classic cartoon character, DC comics." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Superman character. |
| ¶¶ 8, 77 | | Batman is an iconic DC Comics superhero who fights crime in his distinctive Batsuit, featuring a bat-inspired mask, yellow utility belt, and Batman emblem. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "Batman, animated 2d television cartoon character." Midjourney generated, publicly displayed, and distributed a high quality, |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | downloadable image featuring Warner Bros.'s copyrighted Batman character. |
| ¶¶ 9, 83 | | Wonder Woman is an Amazonian DC Comics superhero who wears a distinctive blue and red outfit with a tiara, bracelets, and her Lasso of Truth. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "Wonder Woman casts the Lasso of Truth toward a villain, cartoon." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Wonder Woman character. |

7

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 10 | | Tweety is a Looney Tunes yellow canary bird with baby blue eyes, long eyelashes, chubby cheeks, and oversized orange feet. On August 13, 2025, Bruce Ward submitted a prompt to Midjourney for "Tweety, famous cartoon character, cel art." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Tweety character. |
| ¶¶ 11, 91 | | Scooby-Doo is an animated Great Dane from the Scooby-Doo franchise, brown with black spots, a teal collar bearing his initials "SD," and a large black nose. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "Scooby-Doo animated character standing in a spooky room in an old house." Midjourney generated, publicly displayed, and |

8

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Scooby-Doo character. |
| ¶ 12 | | Superman and Batman are quintessential superheroes of Warner Bros.'s *DC Comics* universe. Flash is a popular *DC Comics* superhero known for his superhuman speed. On August 26, 2025, Bruce Ward submitted a prompt to Midjourney for "classic comic book superhero battle." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Superman and Batman characters. |

9

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 12 | | Batman and Flash are quintessential superheroes of Warner Bros.'s *DC Comics* universe. Flash is a popular *DC Comics* superhero known for his superhuman speed. On August 26, 2025, Bruce Ward submitted a prompt to Midjourney for "classic comic book superhero battle." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Batman and Flash characters. |
| ¶ 13 | | Batman is an iconic DC Comics superhero who fights crime in his distinctive Batsuit, featuring a bat-inspired mask, yellow utility belt, and Batman emblem. On August 12, 2025, Bruce Ward submitted a prompt to Midjourney for "The streets of Gotham City with Batman walking in front of a sky |

10

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | illuminated with the bat-signal, he gets into the batmobile" and elected to animate it. Midjourney generated, publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros.'s copyrighted Batman character. |
| ¶ 13 | | Tweety is a Looney Tunes yellow canary bird with baby blue eyes, long eyelashes, chubby cheeks, and oversized orange feet. On August 14, 2025, Bruce Ward submitted a prompt to Midjourney for "Tweety, famous cartoon character, cel art" and elected to animate it. Midjourney generated, publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros.'s copyrighted Tweety character. |

11

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 13 | | Flash is a DC Comics superhero known for superhuman speed who wears a distinctive red suit and mask with gold lightning bolt accents. On August 17, 2025, Bruce Ward submitted a prompt to Midjourney for "The Flash running with lightning trailing behind him, DC comic strip" and elected to animate it. Midjourney generated, publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros.'s copyrighted Flash character. |
| ¶ 65 | | Rick Sanchez is an eccentric animated mad scientist with spiky baby-blue hair, and Morty Smith is his anxious teenage grandson, from the Rick and Morty series. On August 17, 2025, Bruce Ward submitted a prompt to Midjourney for "Rick and Morty jumping into |

12

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | a swirling portal" and elected to animate it. Midjourney generated, publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros.'s copyrighted Rick and Morty characters. |
| ¶ 75 | | Superman is the quintessential DC Comics superhero, known for his blue bodysuit, red cape, yellow belt, and distinctive 'S' shield logo on his chest. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "Superman flying over Metropolis with his arms outstretched, animated 2d cartoon." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Superman character. |

13

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 76 | | Batman is an iconic DC Comics superhero who fights crime in his distinctive Batsuit, featuring a bat-inspired mask, yellow utility belt, and Batman emblem. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "Batman, 1960s DC comic strip character." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Batman character. |
| ¶ 78 | | Batman is an iconic DC Comics superhero who fights crime in his distinctive Batsuit, featuring a bat-inspired mask, yellow utility belt, and Batman emblem. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "Batman, comic book character from DC Comics." Midjourney generated, publicly displayed, and distributed a high quality, |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | downloadable image featuring Warner Bros.'s copyrighted Batman character. |
| ¶ 79 | | Batman is an iconic DC Comics superhero who fights crime in his distinctive Batsuit, featuring a bat-inspired mask, yellow utility belt, and Batman emblem. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "Batman, screencap from The Dark Knight." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Batman character. |

15

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 80 | | The Joker is Batman's DC Comics archenemy, known for his purple suit, stark white skin, green hair, and wide dramatic smile. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "The Joker, DC comic book character." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Joker character. |
| ¶ 81 | | The Joker is Batman's DC Comics archenemy, known for his purple suit, stark white skin, green hair, and wide dramatic smile. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "The Joker, 1970s animated cartoon character." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Joker character. |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 82 | | Flash is a DC Comics superhero known for superhuman speed who wears a distinctive red suit and mask with gold lightning bolt accents. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "The Flash, animated DC superhero." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Flash character. |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 84 | | Robin is a character from Warner Bros.'s Teen Titans Go!, a comedic animated series following teenage versions of DC Comics superheroes. On August 13, 2025, Bruce Ward submitted a prompt to Midjourney for "Robin from Teen Titans Go! running toward the camera, action style, animated TV series, 2010s style." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Robin character. |
| ¶ 85 | | Bugs Bunny is a playfully irreverent gray and white Looney Tunes rabbit, recognizable for his overbite, oversized feet, and fondness for carrots. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "Bugs Bunny, Looney Tunes cartoon character." Midjourney generated, |

18

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Bugs Bunny character. |
| ¶ 86 | | Bugs Bunny is a playfully irreverent gray and white Looney Tunes rabbit, recognizable for his overbite, oversized feet, and fondness for carrots. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "Bugs Bunny, hand drawn animated character." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Bugs Bunny character. |

19

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 87 | | Daffy Duck is a Looney Tunes character depicted as a black duck with an orange beak, orange feet, and a white ring around his neck. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "Daffy Duck, classic 2d animated character." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Daffy Duck character. |
| ¶ 88 | | Tweety is a Looney Tunes yellow canary bird with baby blue eyes, long eyelashes, chubby cheeks, and oversized orange feet. On August 13, 2025, Bruce Ward submitted a prompt to Midjourney for "Tweety, famous cartoon character, cel art." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring |

20

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | Warner Bros. Discovery's copyrighted Tweety character. |
| ¶ 89 | | Tom and Jerry are the Tom and Jerry franchise's central characters—Tom is a gray anthropomorphic tuxedo cat and Jerry is a small brown mouse. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "Tom Cat chasing Jerry Mouse, classic cartoon characters." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Tom and Jerry characters. |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 90 | | Tom and Jerry are the Tom and Jerry franchise's central characters—Tom is a gray anthropomorphic tuxedo cat and Jerry is a small brown mouse. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "Tom Cat chasing Jerry Mouse around a living room." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Tom and Jerry characters. |
| ¶ 92 | | The Powerpuff Girls—Blossom, Bubbles, and Buttercup—are small animated girls from the Powerpuff Girls series, with oversized heads and large circular eyes. On August 14, 2025, Bruce Ward submitted a prompt to Midjourney for "Bubbles, Blossom, and Buttercup cartoon characters from Powerpuff Girls flying through the sky, 2000s |

22

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | style, 2d screencap." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Powerpuff Girls characters. |
| ¶ 93 | | Rick Sanchez is an eccentric animated mad scientist with spiky baby-blue hair, and Morty Smith is his anxious teenage grandson, from the Rick and Morty series. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "Rick and Morty, animated TV show, screencap." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Rick Sanchez character. |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 94 | | Rick Sanchez is an eccentric animated mad scientist with spiky baby-blue hair, and Morty Smith is his anxious teenage grandson, from the Rick and Morty series. On July 22, 2025, Bruce Ward submitted a prompt to Midjourney for "Rick and Morty flying in their spaceship." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros. Discovery's copyrighted Rick Sanchez and Morty Smith characters. |
| ¶ 96 | | Superman is the quintessential DC Comics superhero, known for his blue bodysuit, red cape, yellow belt, and distinctive 'S' shield logo on his chest. On August 17, 2025, Bruce Ward submitted a prompt to Midjourney for "Superman, classic animated character, flying over metropolis" and elected to animate |

24

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | it. Midjourney generated, publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros's copyrighted Superman character. |
| ¶ 96 | | Wonder Woman is an Amazonian DC Comics superhero who wears a distinctive blue and red outfit with a tiara, bracelets, and her Lasso of Truth. On August 14, 2025, Bruce Ward submitted a prompt to Midjourney for "Wonder Woman casts the Lasso of Truth toward a villain, cartoon" and elected to animate it. Midjourney generated, publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros.'s copyrighted Wonder Woman character. |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 96 | | Batman is an iconic DC Comics superhero who fights crime in his distinctive Batsuit, featuring a bat-inspired mask, yellow utility belt, and Batman emblem. On August 17, 2025, Bruce Ward submitted a prompt to Midjourney for "Batman animated" and elected to animate it. Midjourney generated, publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros.'s copyrighted Batman character. |
| ¶ 96 | | The Joker is Batman's DC Comics archenemy, known for his purple suit, stark white skin, green hair, and wide dramatic smile. On August 17, 2025, Bruce Ward submitted a prompt to Midjourney for "The Joker laughing maniacally and holding a playing card, animated" and elected to animate it. Midjourney generated, |

26

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros.'s copyrighted Joker character. |
| ¶ 96 | | Flash is a DC Comics superhero known for superhuman speed who wears a distinctive red suit and mask with gold lightning bolt accents. On August 17, 2025, Bruce Ward submitted a prompt to Midjourney for "The Flash running with lightning trailing behind him, DC comic strip" and elected to animate it. Midjourney generated, publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros.'s copyrighted Flash character. |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 96 | | Robin is a character from Warner Bros. Discovery's Teen Titans Go!, a comedic animated series following teenage versions of DC Comics superheroes. On August 17, 2025, Bruce Ward submitted a prompt to Midjourney for "Robin from Teen Titans Go! running toward the camera, action style, animated TV series, 2010s style" and elected to animate it. Midjourney generated, publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros.'s copyrighted Robin character. |
| ¶ 96 | | Scooby-Doo is an animated Great Dane from the Scooby-Doo franchise, brown with black spots, a teal collar bearing his initials "SD," and a large black nose. On April 14, 2025, Bruce Ward submitted a prompt to Midjourney |

28

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | for "Scooby-Doo" and elected to animate it. Midjourney generated, publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros.'s copyrighted Scooby-Doo character. |
| ¶ 96 | | Rick Sanchez is an eccentric animated mad scientist with spiky baby-blue hair, and Morty Smith is his anxious teenage grandson, from the Rick and Morty series. On August 17, 2025, Bruce Ward submitted a prompt to Midjourney for "Rick and Morty, jumping into a swirling portal" and elected to animate it. Midjourney generated, publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros.'s copyrighted Rick and Morty characters. |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 96 | | The Powerpuff Girls—Blossom, Bubbles, and Buttercup—are small animated girls from the Powerpuff Girls series, with oversized heads and large circular eyes. On August 14, 2025, Bruce Ward submitted a prompt to Midjourney for "Bubbles, Blossom, and Buttercup cartoon characters from Powerpuff Girls, 2000s style, 2d screencap" and elected to animate it. Midjourney generated, publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros. Discovery's copyrighted Powerpuff Girls characters. |
| ¶ 96 | | Bugs Bunny is a playfully irreverent gray and white Looney Tunes rabbit, recognizable for his overbite, oversized feet, and fondness for carrots. On August 14, 2025, Bruce Ward submitted a |

30

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | prompt to Midjourney for "Bugs Bunny, classic 2d animated character" and elected to animate it. Midjourney generated, publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros.'s copyrighted Bugs Bunny character. |
| ¶ 96 | | Tweety is a Looney Tunes yellow canary bird with baby blue eyes, long eyelashes, chubby cheeks, and oversized orange feet. On August 17, 2025, Bruce Ward submitted a prompt to Midjourney for "Tweety, famous cartoon character, cel art" and elected to animate it. Midjourney generated, publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros. Discovery's copyrighted Tweety character. |

31

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 96 | | Daffy Duck is a Looney Tunes character depicted as a black duck with an orange beak, orange feet, and a white ring around his neck. On August 14, 2025, Bruce Ward submitted a prompt to Midjourney for "Daffy Duck, classic 2d animated character" and elected to animate it. Midjourney generated, publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros.'s copyrighted Daffy Duck character. |
| ¶ 96 | | Tom and Jerry are the Tom and Jerry franchise's central characters—Tom is a gray anthropomorphic tuxedo cat and Jerry is a small brown mouse. On August 17, 2025, Bruce Ward submitted a prompt to Midjourney for "Tom Cat chasing Jerry Mouse, classic cartoon characters" and elected to animate it. |

32

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | Midjourney generated, publicly displayed, publicly performed, and distributed a high quality, downloadable video featuring Warner Bros.'s copyrighted Tom and Jerry characters. |
| ¶ 105 | | Rick Sanchez is an eccentric animated mad scientist with spiky baby-blue hair, and Morty Smith is his anxious teenage grandson, from the Rick and Morty series. Midjourney generated, publicly displayed, and distributed a downloadable image featuring Warner Bros.'s copyrighted Rick and Morty characters. Pursuant to Federal Rule of Civil Procedure 33(d), Warner Bros. will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when |

33

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | the user posted the infringing image. |
| ¶ 106 | | Batman is an iconic DC Comics superhero who fights crime in his distinctive Batsuit, featuring a bat-inspired mask, yellow utility belt, and Batman emblem. Midjourney generated, publicly displayed, and distributed a downloadable image featuring Warner Bros.'s copyrighted Batman character. Pursuant to Federal Rule of Civil Procedure 33(d), Warner Bros. will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |

34

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 107 | | Shaggy is a member of the Mystery Inc. gang in the Scooby-Doo franchise and Scooby-Doo's loyal human companion. Midjourney generated, publicly displayed, and distributed a downloadable image featuring Warner Bros.'s copyrighted Shaggy and Scooby-Doo characters. Pursuant to Federal Rule of Civil Procedure 33(d), Warner Bros. will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |
| ¶ 108 | | Bugs Bunny is a playfully irreverent gray and white Looney Tunes rabbit, recognizable for his overbite, oversized feet, and fondness for carrots. Midjourney |

35

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | generated, publicly displayed, and distributed a downloadable image featuring Warner Bros.'s copyrighted Bugs Bunny character. Pursuant to Federal Rule of Civil Procedure 33(d), Warner Bros. will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |
| ¶ 109 | | Batman is an iconic DC Comics superhero who fights crime in his distinctive Batsuit, featuring a bat-inspired mask, yellow utility belt, and Batman emblem. Midjourney generated, publicly displayed, and distributed a downloadable image featuring Warner Bros.'s copyrighted Batman character. Pursuant to Federal Rule of Civil |

36

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
|  |  | Procedure 33(d), Warner Bros. will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |
| ¶ 110 | | Superman is the quintessential DC Comics superhero, known for his blue bodysuit, red cape, yellow belt, and distinctive 'S' shield logo on his chest. Midjourney generated, publicly displayed, and distributed a downloadable image featuring Warner Bros.'s copyrighted Superman character. Pursuant to Federal Rule of Civil Procedure 33(d), Warner Bros. will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |
| ¶ 111 | | Batman is an iconic DC Comics superhero who fights crime in his distinctive Batsuit, featuring a bat-inspired mask, yellow utility belt, and Batman emblem. Midjourney generated, publicly displayed, and distributed a downloadable image featuring Warner Bros.'s copyrighted Batman character. Pursuant to Federal Rule of Civil Procedure 33(d), Warner Bros. will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 112 | | Superman is the quintessential DC Comics superhero, known for his blue bodysuit, red cape, yellow belt, and distinctive 'S' shield logo on his chest. Midjourney generated, publicly displayed, and distributed a downloadable image featuring Warner Bros.'s copyrighted Superman character. Pursuant to Federal Rule of Civil Procedure 33(d), Warner Bros. will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing image. |

39

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 114 | | Superman is the quintessential DC Comics superhero, known for his blue bodysuit, red cape, yellow belt, and distinctive 'S' shield logo on his chest. Midjourney generated, publicly displayed, publicly performed, and distributed a downloadable video featuring Warner Bros.'s copyrighted Superman character. Pursuant to Federal Rule of Civil Procedure 33(d), Warner Bros. will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing video. |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 115 | | The Joker is Batman's DC Comics archenemy, known for his purple suit, stark white skin, green hair, and wide dramatic smile. Midjourney generated, publicly displayed, publicly performed, and distributed a downloadable video featuring Warner Bros.'s copyrighted Joker character. Pursuant to Federal Rule of Civil Procedure 33(d), Warner Bros. will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing video. |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 116 | | Superman is the quintessential DC Comics superhero, known for his blue bodysuit, red cape, yellow belt, and distinctive 'S' shield logo on his chest. Midjourney generated, publicly displayed, publicly performed, and distributed a downloadable video featuring Warner Bros.'s copyrighted Superman character. Pursuant to Federal Rule of Civil Procedure 33(d), Warner Bros. will produce records sufficient to identify who purportedly submitted the prompt for this infringing output, the prompt purportedly submitted to Midjourney, if available, and when the user posted the infringing video. |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 117 | | Batman, Superman, Flash, and Aquaman are copyrighted characters in Warner Bros.'s DC Comics universe. Midjourney generated, publicly displayed, and distributed downloadable images featuring Warner Bros.'s copyrighted DC Comics characters. Pursuant to Federal Rule of Civil Procedure 33(d), Warner Bros. will produce records sufficient to identify who purportedly submitted the prompts for these infringing outputs, the prompts the user purported to submit to Midjourney, and when the user posted the infringing images. |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 118 | | Flash, Supergirl, Raven, Harley Quinn, and Aquaman are copyrighted characters in Warner Bros.'s DC Comics universe. Midjourney generated, publicly displayed, and distributed downloadable images featuring Warner Bros.'s copyrighted DC Comics characters. Pursuant to Federal Rule of Civil Procedure 33(d), Warner Bros. Discovery will produce records sufficient to identify who purportedly submitted the prompts for these infringing outputs, the prompts the user purported to submit to Midjourney, and when the user posted the infringing images. |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 119 | | Batman and the Joker are copyrighted characters in Warner Bros.'s DC Comics universe. On January 6, 2024, Gary Marcus and Reid Southen published a research article showing how Midjourney generated, publicly displayed, and distributed downloadable images that were essentially stills from Warner Bros.'s popular films *Batman v. Superman* and *The Dark Knight*. Pursuant to Federal Rule of Civil Procedure 33(d), Warner Bros. will produce records sufficient to identify who purportedly submitted the prompts for these infringing outputs, the prompts the user purported to submit to Midjourney, and when the user posted the infringing images. |

45

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 133 | | The Joker is Batman's DC Comics archenemy, known for his purple suit, stark white skin, green hair, and wide dramatic smile. On or about August 13, 2025, Bruce Ward searched Midjourney's Explore page for "Joker," and Midjourney publicly displayed infringing images of Warner Bros.'s Joker character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 135 | | Batman is an iconic DC Comics superhero who fights crime in his distinctive Batsuit, featuring a bat-inspired mask, yellow utility belt, and Batman emblem. On or about August 13, 2025, Bruce Ward searched Midjourney's Explore page for "Batma," and Midjourney publicly displayed infringing images of Warner Bros.'s Batman character that Midjourney had |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | previously generated and distributed to its subscribers. |
| ¶ 137 | | Superman is the quintessential DC Comics superhero, known for his blue bodysuit, red cape, yellow belt, and distinctive 'S' shield logo on his chest. On or about August 13, 2025, Bruce Ward searched Midjourney's Explore page for "Superma," and Midjourney publicly displayed infringing images of Warner Bros.'s Superman character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 138 | | Wonder Woman is an Amazonian DC Comics superhero who wears a distinctive blue and red outfit with a tiara, bracelets, and her Lasso of Truth. On or about August 13, 2025, Bruce Ward searched Midjourney's Explore |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| | | page for "Wonder Woma," and Midjourney publicly displayed infringing images of Warner Bros. Discovery's Wonder Woman character that Midjourney had previously generated and distributed to its subscribers. |
| ¶ 139 | | Scooby-Doo is an animated Great Dane from the Scooby-Doo franchise, brown with black spots, a teal collar bearing his initials "SD," and a large black nose. On or about August 13, 2025, Bruce Ward searched Midjourney's Explore page for "Scoob," and Midjourney publicly displayed infringing images of Warner Bros.'s Scooby-Doo character that Midjourney had previously generated and distributed to its subscribers. |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Paragraph No. | Infringing Image | Character |
|---|---|---|
| ¶ 140 | | Rick Sanchez is an eccentric animated mad scientist with spiky baby-blue hair, and Morty Smith is his anxious teenage grandson, from the Rick and Morty series. On or about August 13, 2025, Bruce Ward searched Midjourney's Explore page for "Rick," and Midjourney publicly displayed infringing images of Warner Bros.'s Rick and Morty characters that Midjourney had previously generated and distributed to its subscribers. |

## SECOND SUPPLEMENTAL AND AMENDED RESPONSE TO INTERROGATORY NO. 2:

Subject to and without waiving its objections set forth in Warner Bros.'s original amended response set forth above, Warner Bros. further responds as follows:

In addition to the outputs identified in Warner Bros.'s original amended response to this Interrogatory, below is a supplemental list of the outputs in the Complaint that Warner Bros. contends infringe its asserted works, including the basis of Warner Bros.'s contention that each output infringes an asserted work; the dates each infringing output was created by Midjourney; who submitted a prompt to Midjourney, in response to which Midjourney

49

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

created infringing outputs using unauthorized copies of Warner Bros.'s copyrighted works and characters, which Midjourney had selected and stored in the Midjourney AI model; and the prompt submitted to Midjourney, in response to which Midjourney created infringing outputs using unauthorized copies of Warner Bros.'s copyrighted works and characters, which Midjourney had selected and stored in the Midjourney AI model.

| Infringing Image | Character |
|---|---|
|  | Shaggy is the owner of Scooby-Doo from the *Scooby-Doo* franchise known for his dusty brown hair, green v-neck shirt, brown bell-bottom pants, whiskers on his chin, and black shoes. On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Shaggy sprinting through a haunted mansion, animated character from Scooby-Doo." Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Warner Bros.'s copyrighted Shaggy character. |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Infringing Image | Character |
| --- | --- |
|  | Sylvester is the tuxedo cat from the *Looney Tunes* franchise known for his distinctive black and white coloring, round bright red nose, and large eyes and whiskers. On June 11, 2026, Bruce Ward submitted a prompt to Midjourney for "Sylvester tiptoeing behind Tweety Bird along a windowsill." Midjourney generated, publicly displayed, and distributed high quality, downloadable images and videos featuring Warner Bros.'s copyrighted Sylvester character. |

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

| Infringing Image | Character |
| --- | --- |
|  | CORRECTED[1]: Superman and Batman are quintessential superheroes of Warner Bros.'s *DC Comics* universe. On August 26, 2025, Bruce Ward submitted a prompt to Midjourney for "classic comic book superhero battle." Midjourney generated, publicly displayed, and distributed a high quality, downloadable image featuring Warner Bros.'s copyrighted Superman and Batman characters. |

**INTERROGATORY NO. 13:**

For each character that YOU allege that Midjourney infringed YOUR rights in, IDENTIFY the earliest created work in which such character was first fixed in a tangible medium of expression.

**RESPONSE TO INTERROGATORY NO. 13:**

Warner Bros. objects that the interrogatories herein, including all discrete subparts, constitute approximately 40 separate interrogatories, and therefore exceed the maximum number of interrogatories permitted by Federal Rule of Civil Procedure 33(a)(1). Warner Bros. further objects to this interrogatory on the grounds that it seeks information that is not relevant to the claims or defenses in this case.

---

[1] This entry is a duplicate from Plaintiffs' previous response to Interrogatory No. 2 but deletes an inadvertent phrase concerning Flash.

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO
INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF
INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

earlier unpublished work containing the prototype characters is being registered, and Warner Bros. will supplement this response once the registration number is issued.

With respect to The Flash, Warner Bros. supplements this response to include the earliest version of a registered work featuring a different, earlier version of The Flash from 1940 in which Jay Garrick was The Flash (Flash Comics, B348235, published Nov. 20, 1939). The Barry Allen version of The Flash at issue in this litigation first appeared in the 1956 work previously identified by Warner Bros. (B601150 / WARNER_00000516).  In the interest of completeness, Warner Bros. is supplementing its response to include the copyright registration in which the Jay Garrick version of The Flash first appeared, which Warner Bros. has already produced (B348235 / WARNER_00000520).

With respect to Tom and Jerry, Warner Bros. supplements its response with the registration for a 1940 work (*Puss Gets the Boot*) which includes an early prototype of the character that became Tom from Tom & Jerry, which has already been produced (R404444 / WARNER_00000333).

Dated:  June 22, 2026                            JENNER & BLOCK LLP


By: _____/s/ David R. Singer_____
                                    David R. Singer
                                    Julie A. Shepard
                                    Lauren M. Greene
                                    Kara V. Brandeisky
                                    Zachary A. Marino

                                    *Attorneys for Plaintiffs*

WARNER BROS.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NO. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES

CASE NO. 2:25-cv-05275-JAK-AJR

## **VERIFICATION**

I, Robert Oberschelp, declare that:

I am the President of Global Consumer Products for Warner Bros. Discovery, and am authorized to make this verification for and on behalf of Plaintiffs Warner Bros. Entertainment Inc., DC Comics, Turner Entertainment Co., Hanna-Barbera Productions, Inc., and The Cartoon Network, Inc. ("Plaintiffs"). I have read PLAINTIFFS WARNER BROS. ENTERTAINMENT INC., DC COMICS, TURNER ENTERTAINMENT CO., HANNA-BARBERA PRODUCTIONS, INC., AND THE CARTOON NETWORK, INC.'S SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES NOS. 2 AND 13 FROM DEFENDANT MIDJOURNEY, INC.'S FIRST SET OF INTERROGATORIES, and know its contents. I am informed and believe, and on that ground allege, that the matters stated in the foregoing document are true. I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

Executed on the 15th day of June 2026.

_____

Robert Oberschelp

---

1

SECOND SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST
SET OF INTERROGATORIES
CASE NO. 2:25-cv-05275-JAK-AJR