COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
ELLIE DUPLER (337607)
(edupler@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
STEPHANIE SCHUYLER (*Pro Hac Vice*)
(sschuyler@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone:   (212) 479-6000
Facsimile:   (212) 479-6275

JUDD D. LAUTER (290945)
(jlauter@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Counsel for Defendant Midjourney, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al., | Lead Case No. 2:25-cv-05275-JAK (AJRx) |
| Plaintiffs, | |
| v. | **NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT** |
| MIDJOURNEY, INC., | |
| Defendant. | |
| ALL CASES | |

As noted by counsel on the record during the May 22, 2026 Informal Discovery Conference, notice is hereby given that a proposed redacted transcript will be submitted to the court reporter by July 6, 2026 pursuant to Docket 81.

The proceeding occurred on May 22, 2026 and was reported by JAMS Certified Transcription of the CourtSmart recording.

Dated:        June 30, 2026                COOLEY LLP

By: */s/ Judd D. Lauter*
Bobby Ghajar
John Paul Oleksiuk
Stephanie Schuyler
Judd D. Lauter
Ellie Dupler

*Counsel for Defendant Midjourney, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system on June 30, 2026 will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

By: */s/ Judd D. Lauter*
Judd D. Lauter