COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
ELLIE DUPLER (337607)
(edupler@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
STEPHANIE SCHUYLER (PRO HAC VICE)
(sschuyler@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone:   (212) 479-6000
Facsimile:   (212) 479-6275

JUDD D. LAUTER (290945)
(jlauter@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Counsel for Defendant Midjourney, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al., | Case No. 2:25-cv-05275-JAK-AJR |
| Plaintiffs, | Consolidated for all purposes with Case No. 2:25-cv-08376-JAK-E |
| v. | **DEFENDANT MIDJOURNEY, INC.'S PROOF OF SERVICE** |
| MIDJOURNEY, INC., a Delaware corporation, | Date Action Filed:  June 11, 2025 |
| Defendant. | |
| ALL CASES | |

**PROOF OF SERVICE**

I am a resident of the State of California. I am employed in Los Angeles, California. I am over the age of eighteen years, and not a party to this action. My business address is Cooley LLP, 350 South Grand Avenue, Suite 3200, Los Angeles, California 90071. My email address is asharma@cooley.com.

On June 30, 2026, I served the documents described below in the manner described below:

- **DECLARATION OF JUDD LAUTER, ESQ. IN SUPPORT OF APPLICATION TO SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF v8 TRAINING SOURCE CODE AND THE "torch-aesthetic-redux" REPOSITORY AND SUPPORTING DOCUMENTS**

- **UNREDACTED VERSIONS OF EXHIBITS 1-2 TO DECLARATION OF JUDD LAUTER ESQ. IN SUPPORT OF APPLICATION TO SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF v8 TRAINING SOURCE CODE AND THE "torch-aesthetic-redux" REPOSITORY AND SUPPORTING DOCUMENTS**

☒      (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| | |
|---|---|
| **JENNER & BLOCK LLP**<br>David R. Singer (SBN 204699)<br>dsinger@jenner.com<br>Julie A. Shepard (SBN 175538)<br>jshepard@jenner.com<br>Lauren M. Greene (SBN 271397)<br>lgreene@jenner.com<br>515 South Flower Street, Suite 3300<br>Los Angeles, CA 90071-2246 | *Attorneys for Plaintiffs,*<br>*Disney Enterprises, Inc., et al.* |

Kara V. Brandeisky (Pro Hac Vice)
kbrandeisky@jenner.com
1099 New York Avenue N.W. #900
Washington, D. C. 20001

Zachary A. Marino (Pro Hac Vice)
zmarino@jenner.com
Gianni P. Servodidio (Pro Hac Vice)
gservodidio@jenner.com
1155 Avenue of the Americas
New York, NY 10036

Executed on June 30, 2026, in Los Angeles, California.

*/s/ Aastha Sharma*

AASTHA SHARMA

COOLEY LLP
ATTORNEYS AT LAW

2

**DEFENDANT'S PROOF OF SERVICE**
**CASE NO.: 2:25-CV-05275-JAK-AJR**