COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:  (310) 883-6400
Facsimile:  (310) 883-6500

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
STEPHANIE SCHUYLER (*Pro Hac Vice*)
(sschuyler@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone:  (212) 479-6000
Facsimile:  (212) 479-6275

JUDD D. LAUTER (290945)
(jlauter@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

*Counsel for Defendant Midjourney, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIDJOURNEY, INC., <br><br> Defendant. <br><br> ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx) <br><br><br> **NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT** |

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript of the June 15, 2026 Informal Discovery Conference with the Clerk of Court. The proceeding occurred on June 15, 2026 and was reported by JAMS Certified Transcription of the CourtSmart recording.

Dated:      July 6, 2026                COOLEY LLP

                                   By: */s/ Bobby Ghajar*
                                   Bobby Ghajar
                                   John Paul Oleksiuk
                                   Stephanie Schuyler
                                   Judd D. Lauter

                                   *Counsel for Defendant Midjourney, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system on July 6, 2026, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

By: */s/ Bobby Ghajar*
    Bobby Ghajar

COOLEY LLP
ATTORNEYS AT LAW

2