COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
ELLIE DUPLER (337607)
(edupler@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
STEPHANIE SCHUYLER (*Pro Hac Vice*)
(sschuyler@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

JUDD D. LAUTER (290945)
(jlauter@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Counsel for Defendant Midjourney, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIDJOURNEY, INC., <br><br> Defendant. <br><br> ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx) <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANT MIDJOURNEY, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF MAY 22, 2026 IDC TRANSCRIPT |

HAVING CONSIDERED Defendant Midjourney, Inc.'s Application for Leave to File Under Seal Portions of May 22, 2026 IDC Transcript (the "Application"), and the Declaration of Stephanie Schuyler in support thereof, the Court finds good cause exists for allowing certain confidential information to be maintained under seal.

Accordingly, it is hereby **ORDERED** that the Application is **GRANTED** in its entirety. The following portions of the Transcript are **FURTHER ORDERED** to be redacted from the public record in accordance with the Application and the highlighting reflected in the exhibit to the Declaration of Stephanie Schuyler in support of the Application:

| Page | Line Numbers with Segments to Seal |
|---|---|
| 21 | 14-15 |
| 55 | 5, 7, 15-16 |
| 56 | 4-5, 21-23 |
| 71 | 4-5 |
| 80 | 7-8, 14-23 |
| 81 | 21-24 |
| 85 | 14 |
| 87 | 19-20 |
| 90 | 16, 18-22 |
| 93 | 15 |
| 94 | 4, 16 |
| 100 | 17 |

**IT IS SO ORDERED.**

Date: 7/8/2026

Hon. A. Joel Richlin
United States Magistrate Judge

COOLEY LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER
CASE NO.: 2:25-CV-05275-JAK-AJR