**JENNER & BLOCK LLP**
David R. Singer (SBN 204699)
dsinger@jenner.com
Julie A. Shepard (SBN 175538)
jshepard@jenner.com
Lauren M. Greene (SBN 271397)
lgreene@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile:  (213) 239-5199

*Attorneys for Plaintiffs*

Kara V. Brandeisky
(*admitted pro hac vice*)
kbrandeisky@jenner.com
1099 New York Avenue N.W. #900
Washington, D.C. 20001
Telephone: (202) 639-6000

Zachary A. Marino
(*admitted pro hac vice*)
zmarino@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.; WARNER BROS. ENTERTAINMENT INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIDJOURNEY, INC., <br><br> Defendant. <br><br> ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx) <br><br> **JOINT STIPULATION AND APPLICATION TO MODIFY ORDER SETTING PRETRIAL DEADLINES** <br><br> Judge:   Hon. John A. Kronstadt <br><br> Date Action Filed: June 11, 2025 |

Pursuant to Local Civil Rule 16-14 and Section 4 of this Court's Standing Order, the parties, Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, Twentieth Century Fox Film Corporation (collectively, "Disney"), Universal City Studios Productions LLLP, DreamWorks Animation L.L.C. (collectively, "Universal"), Warner Bros. Entertainment Inc., DC Comics, Turner Entertainment Co., Hanna-Barbera Productions, Inc., and The Cartoon Network, Inc., (collectively, "Warner Bros. Discovery" and, with Disney and Universal, "Plaintiffs") and Defendant Midjourney, Inc. ("Midjourney") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate, agree, and apply to the Court to modify its Order Setting Pretrial Deadlines.

WHEREAS, on June 11, 2025, Disney and Universal filed their complaint asserting copyright infringement claims against Midjourney;

WHEREAS, on September 4, 2025, Warner Bros. Discovery filed its complaint asserting copyright infringement claims against Midjourney;

WHEREAS, on November 4, 2025, the Parties filed a joint stipulation to consolidate both actions;

WHEREAS, on November 5, 2025, this Court granted the Parties' stipulation and consolidated both actions against Midjourney for all purposes;

WHEREAS, on November 14, 2025, this Court entered its Order Setting Pretrial Deadlines (ECF No. 32) setting the pretrial deadlines for the above-captioned consolidated action (the "Scheduling Order");

WHEREAS, the Scheduling Order set the fact discovery cut-off as September 21, 2026;

WHEREAS, the Parties are jointly making this stipulation and application. Each side believes that they have diligently engaged in discovery but have raised legitimate concerns and discovery disputes which require additional time to address;

WHEREAS, the Parties have exchanged extensive written discovery, made various document productions, and worked cooperatively to advance the litigation since discovery in this action began in October 2025;

WHEREAS, there have been various discovery disputes during this time period, including informal discovery conferences ("IDC") before Magistrate Judge A. Joel Richlin, held on March 12, April 16, May 22, and June 15, 2026, which while eliminating some disputes, also culminated in two motions to compel;

WHEREAS, the Parties are engaged in ongoing discussions—with Magistrate Judge Richlin's extensive involvement, guidance, and assistance—regarding (a) Midjourney's production of complex and voluminous technical materials including Midjourney's source code, training data, training logs, and prompts and outputs(or a representative sample thereof), relating to Midjourney's AI service; and (b) Plaintiffs' production of periodic financial information and other electronically stored information;

WHEREAS, despite timely and proactively availing themselves of Magistrate Judge Richlin's procedures for narrowing disputes and participating in the IDC process, the Parties agree that they require additional time to negotiate the scope and method of production of technical materials, to gather those materials, and to allow for further motion practice, if needed, and to schedule and take depositions of various party witnesses;

WHEREAS, on June 29, 2026, Midjourney filed a Motion for Review of a Discovery Order (ECF No. 112) denying Midjourney's request for discovery regarding (a) development and use of AI models beyond those for use in consumer facing products and (b) the AI prompts and outputs not included in Plaintiffs' complaints, which is pending before this Court and set for hearing on August 17, 2026, and the outcome of which may affect the scope and timing of the Parties' discovery obligations;

WHEREAS, despite their diligence in producing discovery and proactively seeking to resolve discovery disputes, the Parties do not anticipate being able to complete discovery prior to the current cut-off of September 21, 2026;

WHEREAS, in light of the foregoing, good cause exists, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Section 4 of this Court's Standing Order, to modify the Scheduling Order to provide additional time to complete discovery and to ensure that all Parties have a full and fair opportunity to develop the factual record;

WHEREAS, there is no trial date set in this action;

WHEREAS, the Parties' proposed schedule, set forth below, will contribute to the efficient conduct and resolution of this case and will best conserve the resources of the Parties and the Court;

WHEREAS, the Parties have agreed in good faith to modify the Scheduling Order to continue the deadlines approximately four months, as set forth in the chart below, and the Parties do not propose any changes to dates not listed below; and

WHEREAS, given the complex nature of the technical documents discussed herein and the Stipulated Protective Order requirement that information Midjourney has designated as "Highly Confidential – Source Code" only be inspected at Midjourney's counsel's offices in Palo Alto, California, the Parties specifically request additional time for the exchange of rebuttal expert reports.

**NOW, THEREFORE,** the Parties hereby stipulate and agree, and request that the Court order as follows:

1. The Scheduling Order is hereby modified as set forth below:

| [Proposed Deadline] Current Deadline | Event |
|---|---|
| [November 18, 2026] August 19, 2026 | Last day to conduct mediation |
| [November 20, 2026] August 21, 2026 | Deadline to file notice of settlement/joint report re: settlement |
| [December 2, 2026] August 31, 2026 | Post Mediation Status Conference at 1:30pm |
| [January 25, 2027] September 21, 2026 | Non-Expert Fact Discovery Cut-Off |
| [February 16, 2027] October 14, 2026 | Initial Expert Disclosure / Opening Reports |

| [Proposed Deadline] Current Deadline | Event |
|---|---|
| [March 15, 2027] October 26, 2026 | Rebuttal Expert Disclosure / Report |
| [April 5, 2027] November 9, 2026 | Expert Discovery Cut-Off |
| [April 26, 2027] November 23, 2026 | Last Day to File All Motions (Including Dispositive and Discovery Motions) |

**IT IS HEREBY STIPULATED.**

Dated:  July 14, 2026                    JENNER & BLOCK LLP


By:    _____ */s/ Julie A. Shepard* _____
                                David R. Singer
                                Julie A. Shepard
                                Lauren M. Greene
                                Kara V. Brandeisky
                                Zachary A. Marino

                          *Attorneys for Plaintiffs*

4

Dated:  July 14, 2026

By: _____ */s/ John Paul Oleksiuk* _____
COOLEY LLP

BOBBY GHAJAR (198719)
(bghajar@cooley.com)
ELLIE DUPLER (337607)
(edupler@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

JUDD D. LAUTER (290945)
jlauter@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Midjourney, Inc.*

*\*Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

JOINT STIPULATION AND APPLICATION TO MODIFY ORDER SETTING PRETRIAL DEADLINES,
CASE NO. 2:25-cv-05275-JAK