**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DISNEY ENTERPRISES INC., et al. | CASE NUMBER |
| PLAINTIFF(S) | 2:25–cv–05275–JAK–AJR |
| v. | |
| MIDJOURNEY INC. | |
| DEFENDANT(S). | **MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge A. Joel Richlin. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Video Conference

Magistrate Judge: A. Joel Richlin

Date/Time:        August 7, 2026 at  11:00 AM

Courtroom:        via Zoom

 July 15, 2026 
 Date

By  /s/ *Ashley D Silva–Elder* 
Deputy Clerk

CV–19 (11/21)          MOTION RE: INFORMAL DISCOVERY DISPUTE