# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al., | Lead Case No. 2:25-cv-05275-JAK (AJRx) |
| Plaintiffs, | **ORDER RE JOINT STIPULATION AND APPLICATION TO MODIFY ORDER SETTING PRETRIAL DEADLINES (DKT. 125)** |
| v. | |
| MIDJOURNEY, INC., | |
| Defendant. | |
| ALL CASES | |

1

Based on a review of the Joint Stipulation and Application to Modify Order Setting Pretrial Deadlines, Dkt. 125 ("Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The Order Setting Pretrial Deadlines, Dkt. 32, is hereby modified as follows:

| Event | Current Date | Continued Date |
|---|---|---|
| Last Day to Conduct Settlement Conference or Mediation | August 19, 2026 | November 18, 2026 |
| Notice of Settlement / Joint Report re Settlement | August 21, 2026 | November 20, 2026 |
| Post Mediation Status Conference | August 31, 2026, at 1:30 p.m. | December 7, 2026, at 1:30 p.m. |
| Non-Expert Discovery Cut-Off | September 21, 2026 | January 25, 2027 |
| Expert Disclosures (Initial) | October 14, 2026 | February 16, 2027 |
| Expert Disclosure (Rebuttal) | October 26, 2026 | March 15, 2027 |
| Expert Discovery Cut-Off | November 9, 2026 | April 5, 2027 |
| Last Date to File All Motions | November 23, 2026 | April 26, 2027 |

**IT IS SO ORDERED.**

Dated:  July 15, 2026

_____

John A. Kronstadt

United States District Judge

2