COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
STEPHANIE SCHUYLER (PRO HAC VICE)
(sschuyler@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone:   (212) 479-6000
Facsimile:   (212) 479-6275

JUDD D. LAUTER (290945)
(jlauter@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Counsel for Defendant Midjourney, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al., | Case No. 2:25-cv-05275-JAK-AJR |
| Plaintiffs, | Consolidated for all purposes with Case No. 2:25-cv-08376-JAK-E |
| v. | **DEFENDANT MIDJOURNEY, INC.'S PROOF OF SERVICE** |
| MIDJOURNEY, INC., a Delaware corporation, | Date Action Filed:  June 11, 2025 |
| Defendant. | |
| ALL CASES | |

COOLEY LLP
ATTORNEYS AT LAW

**PROOF OF SERVICE**

I am a resident of the State of California. I am employed in Los Angeles, California. I am over the age of eighteen years, and not a party to this action. My business address is Cooley LLP, 350 South Grand Avenue, Suite 3200, Los Angeles, California 90071. My email address is asharma@cooley.com.

On July 17, 2026, I served the documents described below in the manner described below:

- **DECLARATION OF STEPHANIE SCHUYLER, ESQ. IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF JUNE 15, 2026 IDC TRANSCRIPT**

- **UNREDACTED VERSION OF EXHIBIT 1 TO DECLARATION OF STEPHANIE SCHUYLER, ESQ. IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF JUNE 15, 2026 IDC TRANSCRIPT**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

**JENNER & BLOCK LLP**                      *Attorneys for Plaintiffs,*
David R. Singer (SBN 204699)            *Disney Enterprises, Inc., et al.*
dsinger@jenner.com
Julie A. Shepard (SBN 175538)
jshepard@jenner.com
Lauren M. Greene (SBN 271397)
lgreene@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246

Kara V. Brandeisky (Pro Hac Vice)
kbrandeisky@jenner.com
1099 New York Avenue N.W. #900
Washington, D. C. 20001

Zachary A. Marino (Pro Hac Vice)
zmarino@jenner.com
Gianni P. Servodidio (Pro Hac Vice)
gservodidio@jenner.com
1155 Avenue of the Americas
New York, NY 10036

COOLEY LLP
ATTORNEYS AT LAW

1

DEFENDANT'S PROOF OF SERVICE
CASE NO.: 2:25-CV-05275-JAK-AJR

Executed on July 17, 2026 in Los Angeles, California.

*/s/ Aastha Sharma*

AASTHA SHARMA