**JENNER & BLOCK LLP**
David R. Singer (SBN 204699)
dsinger@jenner.com
Julie A. Shepard (SBN 175538)
jshepard@jenner.com
Andrew J. Thomas (SBN 159533)
athomas@jenner.com
Lauren M. Greene (SBN 271397)
lgreene@jenner.com
Andrew G. Sullivan (SBN 301122)
agsullivan@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile:  (213) 239-5199

Kara V. Brandeisky
(*admitted pro hac vice*)
kbrandeisky@jenner.com
1099 New York Avenue N.W. #900
Washington, D.C. 20001
Telephone: (202) 639-6000

Zachary A. Marino
(*admitted pro hac vice*)
zmarino@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.; WARNER BROS. ENTERTAINMENT INC., et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MIDJOURNEY, INC.,<br><br>                    Defendant.<br><br>ALL CASES | Case No. 2:25-cv-05275-JAK-AJR<br>Judge Honorable John A. Kronstadt<br><br>**JOINT STIPULATION TO RESET HEARING DATE ON MIDJOURNEY'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS UNDER RULE 12(c)**<br><br>Date Action Filed: June 11, 2025<br><br>Current Hearing Date: September 28, 2026<br>Reset Hearing Date: October 5, 2026<br><br>**[STIPULATED PER STANDING ORDER]** |

Plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, DreamWorks Animation L.L.C., Warner Bros. Entertainment Inc., DC Comics, Turner Entertainment Co., Hanna-Barbera Productions, Inc., and The Cartoon Network, Inc. (collectively "Plaintiffs"), and defendant Midjourney, Inc. ("Midjourney" and, collectively with Plaintiffs, the "Parties"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, on July 21, 2026, Midjourney filed a Motion for Partial Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) (the "Motion") (ECF No. 139) and noticed the Motion for hearing on September 28, 2026;

WHEREAS, pursuant to Paragraph 9.b(b) of this Court's Standing Order, at Plaintiffs' request, the Parties have agreed to move the hearing on the Motion from September 28, 2026 to October 5, 2026 and to set the briefing schedule to correspond to that Paragraph; and

WHEREAS, under the resulting schedule, Plaintiffs' opposition to the Motion would be due August 11, 2026, and Midjourney's reply would be due August 25, 2026.

**NOW, THEREFORE**, the Parties, by and through their respective counsel of record, hereby stipulate and agree, and respectfully request that the Court so order, as follows:

1. The hearing on the Motion is reset from September 28, 2026 to October 5, 2026, at 8:30 a.m.;

2. Plaintiffs' opposition to the Motion shall be filed no later than August 11, 2026; and

3. Midjourney's reply in support of the Motion shall be filed no later than August 25, 2026.

**IT IS SO STIPULATED**.

JOINT STIPULATION TO RESET HEARING DATE ON MIDJOURNEY'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS UNDER RULE 12(C)

Dated: July 23, 2026                    JENNER & BLOCK LLP


                                        By:    /s/ David R. Singer
                                                David R. Singer
                                                Julie A. Shepard
                                                Lauren M. Green

                                        *Attorneys for Plaintiffs*


Dated: July 23, 2026                    COOLEY LLP


                                        By:    /s/ Judd Lauter
                                                Bobby Ghajar
                                                John Paul Oleksiuk
                                                Judd Lauter
                                                Stephanie Schuyler

                                        *Attorneys for Defendant*


*Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

JOINT STIPULATION TO RESET HEARING DATE ON MIDJOURNEY'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS UNDER RULE 12(C)