# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIDJOURNEY, INC., <br><br> Defendant. <br><br> ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx) <br><br> **ORDER RE JOINT STIPULATION TO RESET HEARING DATE ON MIDJOURNEY'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS UNDER RULE 12(c) (DKT. 142)** |

1

Based on a review of the Joint Stipulation to Reset Hearing Date on Midjourney's Motion for Partial Judgment on the Pleadings, Dkt. 142 ("Stipulation"), sufficient good cause has been shown for certain of the requested relief. Therefore, the Stipulation is **APPROVED IN PART**, as follows:

The hearing on the Motion is reset from September 28, 2026 to October 26, 2026, at 8:30 a.m., with the precise time to be set when the final calendar for that day issues. Plaintiffs' opposition to the Motion shall be filed no later than August 11, 2026. Midjourney's reply in support of the Motion shall be filed no later than August 25, 2026.

**IT IS SO ORDERED.**

Dated:  July 23, 2026

_____

John A. Kronstadt

United States District Judge

2