**JENNER & BLOCK LLP**
David R. Singer (SBN 204699)
dsinger@jenner.com
Julie A. Shepard (SBN 175538)
jshepard@jenner.com
Lauren M. Greene (SBN 271397)
lgreene@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

*Attorneys for Plaintiffs*

Kara V. Brandeisky
(*admitted pro hac vice*)
kbrandeisky@jenner.com
1099 New York Avenue N.W. #900
Washington, D.C. 20001
Telephone: (202) 639-6000

Zachary A. Marino
(*admitted pro hac vice*)
zmarino@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DISNEY ENTERPRISES, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.; WARNER BROS. ENTERTAINMENT INC., et al.,

Plaintiffs,

v.

MIDJOURNEY, INC.,

Defendant.

ALL CASES

Lead Case No. 2:25-cv-05275-JAK (AJRx)

**DISCOVERY MATTER**

**NOTICE OF LODGING**

Judge: Hon. A. Joel Richlin
Ctrm: Courtroom 780

Date Action Filed: June 11, 2025

Pursuant to the parties' Stipulation and Order Regarding Statistical Sampling Protocol for Private Subscriber Prompts and Outputs (Dkt. 160), Plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, and Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, DreamWorks Animation L.L.C., Warner Entertainment Inc., DC Comics, Turner Entertainment Co., Hanna-Barbera Productions, Inc., and The Cartoon Network, Inc. ("Plaintiffs") hereby file the attached Exhibit A and Exhibit B. The parties have agreed to the filing of both exhibits.

Dated: August 13, 2026 JENNER & BLOCK LLP

By: */s/ David R. Singer*
David R. Singer
Julie A. Shepard
Lauren M. Greene
Kara V. Brandeisky
Zachary A. Marino

*Attorneys for Plaintiffs*