# EXHIBIT A

| character | matched_keyword |
|---|---|
| Batman | arkham |
| Batman | bat man |
| Batman | batman |
| Batman | bruce wayne |
| Batman | dark knight |
| Batman | gotham |
| Superman | action comics |
| Superman | clark kent |
| Superman | krypton |
| Superman | super man |
| Superman | superman |
| Wonder Woman | diana prince |
| Wonder Woman | wonder woman |
| Wonder Woman | ww84 |
| The Joker | the joker |
| The Flash | barry allen |
| The Flash | the flash |
| Robin | robin and dc |
| Robin | robin and titans |
| DC Multi-Character | all star comics |
| DC Multi-Character | allstar comics |
| DC Multi-Character | crisis on infinite earths |
| DC Multi-Character | dawn of justice |
| DC Multi-Character | detective comics |
| DC Multi-Character | justice league |
| DC Multi-Character | killing joke |
| DC Multi-Character | teen titans |
| DC Multi-Character | titans go |
| DC Multi-Character | young justice |
| Bugs Bunny | a wild hare and cartoon |
| Bugs Bunny | bugs bunny |
| Bugs Bunny | rabbit's feat |
| Daffy Duck | daffy duck |
| Daffy Duck | ducking the devil |
| Sylvester the Cat | sylvester |
| Tweety | tweety |
| Tom and Jerry | fraidy cat |
| Tom and Jerry | puss gets the boot |
| Tom and Jerry | tom & jerry |
| Tom and Jerry | tom and jerry |
| Looney Tunes (Multi-Character) | fine feathered friend |
| Looney Tunes (Multi-Character) | fit to be tied |
| Looney Tunes (Multi-Character) | looney toons |
| Looney Tunes (Multi-Character) | looney tunes |

| **character** | **matched_keyword** |
|---|---|
| Looney Tunes (Multi-Character) | loony toons |
| Looney Tunes (Multi-Character) | loony tunes |
| Looney Tunes (Multi-Character) | space jam |
| Looney Tunes (Multi-Character) | this is a life |
| Looney Tunes (Multi-Character) | tiny toons |
| Looney Tunes (Multi-Character) | tiny tunes |
| Scooby-Doo | scooby |
| Scooby-Doo | scooby's |
| Scooby-Doo | scooby-do |
| Scooby-Doo | scooby-doo |
| Scooby-Doo | scoobydoo |
| Powerpuff Girls | blossom and bubbles and buttercup |
| Powerpuff Girls | powerpuff |
| Rick Sanchez | rick sanchez |
| Morty Smith | morty smith |
| Rick and Morty (Multi-Character) | rick & morty |
| Rick and Morty (Multi-Character) | rick and morty |
| Princess Elsa | elsa |
| Princess Elsa | elsa and disney |
| Princess Elsa | frozen and disney |
| Princess Elsa | princess and frozen |
| Princess Elsa | princess elsa |
| Olaf | olaf |
| Simba | simba |
| Ariel | ariel |
| Ariel | flounder and mermaid |
| Ariel | little mermaid |
| Aladdin | aladdin |
| Aladdin | aladdin and disney |
| Aladdin | genie and aladdin |
| Aladdin | jasmine and aladdin |
| Aladdin | return of jafar |
| Princess Jasmine | jasmine and disney |
| Princess Jasmine | princess jasmine |
| Genie | genie and disney |
| Snow White | seven dwarfs |
| Snow White | snow white |
| Peter Pan | peter pan |
| Lion King (Multi-Character) | battle for the pride |
| Lion King (Multi-Character) | lion guard |
| Lion King (Multi-Character) | lion king |
| Lion King (Multi-Character) | return of the roar |
| Homer Simpson | homer and simpson |
| Bart Simpson | bart and simpson |

| character | matched_keyword |
|---|---|
| Marge Simpson | marge and simpson |
| Lisa Simpson | lisa and simpson |
| Maggie Simpson | maggie and simpson |
| The Simpsons (Multi-Character) | the simpsons |
| Buzz Lightyear | buzz lightyear |
| Woody | sheriff woody |
| Woody | woody and pixar |
| Woody | woody and toy story |
| Jessie | jessie and pixar |
| Jessie | jessie and toy story |
| Rex | rex and pixar |
| Rex | rex and toy story |
| Forky | forky |
| Forky | forky and pixar |
| Forky | forky and toy story |
| Bullseye | bullseye and pixar |
| Bullseye | bullseye and toy story |
| Ducky | ducky and pixar |
| Ducky | ducky and toy story |
| Toy Story (Multi-Character) | toy story |
| Sulley | james p. sullivan |
| Sulley | monsters at work |
| Sulley | monsters inc |
| Sulley | monsters inc. |
| Sulley | monsters university |
| Sulley | monsters, inc. |
| Sulley | sulley and monster |
| Sulley | sulley and pixar |
| Sulley | sully |
| Sulley | sully and monster |
| Sulley | sully and pixar |
| Lightning McQueen | cars and movie |
| Lightning McQueen | cars and pixar |
| Lightning McQueen | lightning mcqueen |
| WALL-E | wall-e |
| WALL-E | walle |
| Darth Vader | darth vader |
| Yoda | yoda |
| Luke Skywalker | skywalker |
| Grogu / Baby Yoda | grogu |
| The Mandalorian | mandalorian |
| The Mandalorian | mando |
| R2-D2 | r2-d2 |
| R2-D2 | r2d2 |

| character | matched_keyword |
|---|---|
| C-3PO | c-3po |
| C-3PO | c3po |
| Chewbacca | chewbacca |
| Stormtroopers / Clone Troopers | clone trooper |
| Stormtroopers / Clone Troopers | clone wars |
| Stormtroopers / Clone Troopers | storm trooper |
| Stormtroopers / Clone Troopers | stormtrooper |
| Star Wars (Multi-Character) | attack of the clones |
| Star Wars (Multi-Character) | bad batch |
| Star Wars (Multi-Character) | empire strikes back |
| Star Wars (Multi-Character) | force awakens |
| Star Wars (Multi-Character) | holocron |
| Star Wars (Multi-Character) | jedi |
| Star Wars (Multi-Character) | phantom menace |
| Star Wars (Multi-Character) | revenge of the sith |
| Star Wars (Multi-Character) | rogue one |
| Star Wars (Multi-Character) | star wars |
| Star Wars (Multi-Character) | tatooine |
| Star Wars (Multi-Character) | the acolyte |
| Iron Man | iron man |
| Iron Man | tony stark |
| Spider-Man | insidious six |
| Spider-Man | spider-man |
| Spider-Man | spiderman |
| Spider-Man | spidey |
| Deadpool | deadpool |
| Hulk | bruce banner |
| Hulk | incredible hulk |
| Loki | loki and comic |
| Loki | loki and marvel |
| Loki | loki and mcu |
| Thanos | thanos |
| Gamora | gamora |
| Rocket Raccoon | rocket raccoon |
| Groot | groot |
| Drax the Destroyer | drax |
| Guardians of the Galaxy (Multi-Character) | guardians of the galaxy |
| Avengers (Multi-Character) | age of ultron |
| Avengers (Multi-Character) | avengers |
| Avengers (Multi-Character) | infinity war |
| Avengers (Multi-Character) | infinty war |
| Minions | despicable me |
| Minions | minions |
| Gru | gru |

| character | matched_keyword |
|---|---|
| Shrek | shrek |
| Hiccup | hiccup and dragon |
| Hiccup | hiccup and dreamworks |
| Hiccup | hiccup and httyd |
| Toothless | toothless and animated |
| Toothless | toothless and dragon |
| Toothless | toothless and dreamworks |
| Toothless | toothless and httyd |
| How to Train Your Dragon (Multi-Charact | hiccup and toothless |
| How to Train Your Dragon (Multi-Charact | how to train your dragon |
| Po | master po |
| Po | po and dreamworks |
| Po | po and kung fu |
| Po | po and panda |
| Kung Fu Panda (Multi-Character) | enter the dragon master |
| Kung Fu Panda (Multi-Character) | kung fu panda |
| Kung Fu Panda (Multi-Character) | paws of destiny |
| Kung Fu Panda (Multi-Character) | the dragon knight |
| Kung Fu Panda (Multi-Character) | the invincible armour |
| Boss Baby / Ted | baby and ted |
| Boss Baby / Ted | boss baby |