# EXHIBIT B

| **character** | **matched_keyword** |
|---|---|
| Nala | nala |
| Jabba the Hutt | jabba |
| BB-8 | bb-8 |
| BB-8 | bb8 |
| Elastigirl | elastigirl |
| Elastigirl | elastic girl |
| Elastigirl | mrs incredible |
| Elastigirl | mrs. incredible |
| Elastigirl | helen parr |
| Dash | dash and incredibles |
| Dash | dash and pixar |
| Dash | dash and disney |
| Dash | dash parr |
| Incredibles (Multi-Character) | incredibles |
| Joy | joy and inside out |
| Joy | joy and pixar |
| Joy | joy and disney |
| Disgust | disgust and inside out |
| Disgust | disgust and pixar |
| Disgust | disgust and disney |
| Inside Out (Multi-Character) | inside out and pixar |
| Inside Out (Multi-Character) | inside out and disney |
| Inside Out (Multi-Character) | inside out 2 |
| Hades | hades and disney |
| Hades | hades and hercules |
| Hades | hades and animated |
| Hercules | hercules and disney |
| Hercules | hercules and animated |
| Gaston | gaston |
| Lady / Tramp | lady and the tramp |
| Lady / Tramp | lady and tramp |
| Cruella de Vil | cruella |
| Cruella de Vil | de vil |
| Jake Sully | jake sully |
| Jake Sully | sully and avatar |
| Ursula | ursula |
| Lilo | lilo |
| Stitch | stitch |
| Stitch | stitch and disney |
| Stitch | stitch and lilo |
| Stitch | experiment 626 |
| Lilo & Stitch (Multi-Character) | lilo and stitch |
| Lilo & Stitch (Multi-Character) | lilo & stitch |
| Moana | moana |

| **character** | **matched_keyword** |
|---|---|
| Master Tigress | tigress |
| Master Tigress | master tigress |
| Master Tigress | tigress and kung fu |
| Master Tigress | tigress and panda |
| Poppy and Branch | poppy and branch |
| Poppy and Branch | poppy and trolls |
| Poppy and Branch | poppy and dreamworks |
| Poppy and Branch | princess poppy |
| Poppy and Branch | branch and trolls |
| Poppy and Branch | branch and dreamworks |
| Trolls (Multi-Character) | trolls and dreamworks |
| Trolls (Multi-Character) | trolls world tour |
| Trolls (Multi-Character) | trolls animated |
| Trolls (Multi-Character) | trolls band together |
| Shaggy | shaggy |
| Shaggy | shaggy and scooby |
| Shaggy | shaggy and scooby-doo |