**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DISNEY ENTERPRISES, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.; WARNER BROS. ENTERTAINMENT INC., et al.,

Plaintiffs,

v.

MIDJOURNEY, INC.,

Defendant.

ALL CASES

Lead Case No. 2:25-cv-05275-JAK (AJRx)

Consolidated Case No. 2:25-cv-08376-JAK (Ex)

**~~[PROPOSED]~~ ORDER RE PRODUCTION OF PUBLIC SUBSCRIBER PROMPTS AND OUTPUTS**

Upon the stipulation of the parties, the Court ORDERS as follows:

This Joint Stipulation is made by and between plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, DreamWorks Animation L.L.C., Warner Bros. Entertainment Inc., DC Comics, Turner Entertainment Co., Hanna-Barbera Productions, Inc., and The Cartoon Network, Inc. (collectively "Plaintiffs") and defendant Midjourney, Inc. ("Midjourney" and, collectively with Plaintiffs, the "Parties"), by and through their counsel of record as follows:

**1. PURPOSE**

This Order governs the production of public subscriber prompts and outputs responsive to Plaintiffs' Requests for Production Nos. 43–45, and operates in conjunction with the Order re Statistical Sampling Protocol for Production of Private Subscriber Prompts and Outputs (the "Private Prompts Order"), Dkt. No. 152-1. The Parties agree to cooperate in good faith to implement this protocol. The Parties may modify this protocol by written stipulation filed with the Court, without further leave of Court. To the extent that, due to unforeseen technical reasons, Midjourney is unable to carry out the methodology or any other obligations detailed herein, or in the course of attempting to carry out the actions contemplated herein Midjourney becomes aware of undue burden that would arise in connection with carrying out such actions, the Parties agree to work together in good faith to address the issue. If, following a good faith effort, the Parties are unable to do so, Midjourney will seek leave from the Court to get relief from this Order.

**2. DEFINITIONS**

As used in this Order: (a) "Public Prompts" means subscriber prompts and associated outputs captured by the keyword search terms set forth in Exhibit A or Exhibit B to the Private Prompts Order that were not created using Midjourney's stealth mode feature; (b) "Character Bucket" has the meaning set forth in the Private Prompts Order; and (c) "Public Sample" means the set of Public Prompts and associated outputs produced by Midjourney pursuant to Section 4 of this Order for a given Character Bucket.

**3. PUBLIC PROMPTS REPORT**

No later than 30 days following the entry of this Order, Midjourney shall produce a complete report of all Public Prompts, organized by Character Bucket, containing for each Public Prompt the information and fields set forth in Section 6 of the Private Prompts Order, other than the image and video outputs described in Section 6(b). This Order applies to the Character Buckets set forth in Exhibit B to the Private Prompts Order only if and when the Private Prompts Order applies to those Character Buckets pursuant to Section 3 thereof, and the deadlines under this Order shall run for those Character Buckets from that date. The inclusion of Exhibit B is not an admission by Midjourney that the characters in the Exhibit B Character Buckets or the works containing those characters are within the scope of discovery or properly pled and at-issue in this case.

**4. SAMPLED PRODUCTION OF OUTPUT IMAGES AND VIDEOS**

Sections 4 through 7 of the Private Prompts Order shall apply to Public Prompts as if set forth in full in this Order, with each reference to Private Prompts read as a reference to Public Prompts and each reference to a Sample read as a reference to a Public Sample. For each job included in a Public Sample, Midjourney shall produce the associated image and video output files from its own systems, without regard to whether such outputs remain accessible at any public URL.

**5. ADDITIONAL OUTPUTS**

For any additional specific jobs Plaintiffs identify from the report produced pursuant to Section 3 of this Order whose associated outputs are not accessible at the URLs provided, Midjourney shall produce the corresponding image and video output files from its systems upon reasonable request.

**6. REPRESENTATIVENESS AND EXTRAPOLATION**

Section 8 of the Private Prompts Order shall apply equally to Public Samples drawn pursuant to this Order.

**7. RESERVATION OF RIGHTS**

This Order does not limit any Party's right to seek additional discovery, move to compel, or raise any other discovery dispute.

IT IS SO STIPULATED, through Counsel of Record.

DATED: August 10, 2026

*/s/ David R. Singer*

Attorneys for Plaintiffs

DATED: August 10, 2026

*/s/ John Paul Oleksiuk*

Attorneys for Defendant Midjourney, Inc.

IT IS ORDERED that the foregoing Agreement is approved.

Dated: August 12, 2026



HONORABLE A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE