COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
AASTHA SHARMA (366392)
(asharma@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
STEPHANIE SCHUYLER (PRO HAC VICE)
(sschuyler@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

JUDD D. LAUTER (290945)
(jlauter@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

KAYLA BLAKER (PRO HAC VICE)
(kblaker@cooley.com)
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

*Counsel for Defendant Midjourney, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al.,

Plaintiffs,

v.

MIDJOURNEY, INC.,

Defendant.

ALL CASES

Lead Case No. 2:25-cv-05275-JAK (AJRx)

**NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT**

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript of the July 31, 2026 Informal Discovery Conference with the Clerk of Court. The proceeding occurred on July 31, 2026 and was reported by JAMS Certified Transcription of the CourtSmart recording.

Dated: August 19, 2026 COOLEY LLP

By: */s/ Stephanie Schuyler*
Bobby Ghajar
John Paul Oleksiuk
Stephanie Schuyler
Judd D. Lauter
Kayla Blaker
Aastha Sharma

*Counsel for Defendant Midjourney, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system on August 19, 2026 will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

By: */s/ Stephanie Schuyler*
Stephanie Schuyler