UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-05275-JAK-AJRx | Date | August 17, 2026 |
| Title | Disney Enterprises Inc. et al v. Midjourney Inc. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| M. Lindaya | Maria Bustillos |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| David Singer<br>Lauren Greene | Bobby Ghajar<br>Aastha Sharma |

**Proceedings:** **DEFENDANT'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S ORDER (DKT. 112)**

The hearing on Defendant's Motion for Review of Magistrate Judge's Order, Dkt. 112 (“Motion”), is held. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION,** and a ruling will be issued.

**IT IS SO ORDERED.**

: 47

Initials of Preparer mal