# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-05275-JAK-AJR** | Date | August 31, 2026 |
| Title | Disney Enterprises Inc., et al. v. Midjourney Inc. | | |

| | |
|---|---|
| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |

| | |
|---|---|
| Nicholas Huynh | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| None | None |

**Proceedings:** **ORDER REGARDING SAMPLING PROTOCOL FOR PRIVATE SUBSCRIBER PROMPTS AND OUTPUTS (DKT. 160)**

On August 7, 2026, the Court held an informal discovery conference by Zoom to discuss various discovery disputes. (Dkt. 148.) In advance of the hearing, the parties submitted a robust joint submission of issues and arguments by email. (Id.) Plaintiffs' Issue No. 2 identified in the joint submission was statistical sampling protocol for private subscriber prompts and outputs. (Id.) The parties agreed on a sampling protocol that was entered as a stipulated order on August 11, 2026. (Dkt. 160.) The only remaining dispute was whether the searches contemplated by the protocol would be limited to the roughly 70 characters identified in the operative pleadings or whether discovery should also include the additional 22 characters that Plaintiffs have identified in their discovery responses. (Dkt. 148 at 2.) The Court advised hat it was prepared to rule on this issue based on the very thorough joint submission of the parties, but that it would permit the parties to file a supplemental brief if they wanted to. (Id.)

On August 14, 2026, Midjourney notified the Court by joint email that it had agreed to include the additional 22 characters that Plaintiffs have identified in their discovery responses in this sampling protocol. Midjourney continues to reserve its rights to contend that any characters, works, or copyrights not asserted in the Complaints are not properly pled. However, that is not a discovery dispute for the undersigned to resolve. The Court concludes that the dispute as to the instant sampling protocol is moot so no ruling from the Court is needed at this time. The Court thanks the parties for their efforts in working through this complex issue.

IT IS SO ORDERED.