# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-05275-JAK-AJR** | Date | August 31, 2026 |
| Title | Disney Enterprises Inc., et al. v. Midjourney Inc. | | |

| | |
|---|---|
| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |

| | |
|---|---|
| Nicholas Huynh | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| None | None |

**Proceedings:** **ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO COMPEL (DKTS. 85, 87)**

On June 12, 2026, Plaintiffs filed a Motion to Compel (the "Motion to Compel") seeking to compel Defendant to produce a copy of the source code developed to implement the training of Defendant's v8 image model, as well as the "torch-aesthetic-redux" repository. (Dkt. 85 (sealed); Dkt. 87 (redacted).) On June 22, 2026, Defendant filed an Opposition to the Motion to Compel (the "Opposition"). (Dkt. 98 (redacted); Dkt. 100 (sealed).) On June 26, 2026, Plaintiffs filed a Reply in Support of the Motion to Compel (the "Reply"). (Dkt. 107 (sealed); Dkt. 109 (redacted).) The Court discussed the Motion to Compel with the parties at several informal discovery conferences.

In response to the Court's August 4, 2026 Minute Order (Dkt. 146), Midjourney agreed to Plaintiffs' proposed modifications of the source code review protocol that would apply only to the source code that is the subject of this Motion to Compel. (Dkt. 148 at 4.) Midjourney agreed to make this source code available to Plaintiff's three-designated experts no later than August 14, 2026. (Id.) The only potential clarification was that instead of producing the entire "torch-aesthetic-redux" repository, Midjourney agreed to produce all responsive source code, with revision history, pursuant to the terms of the Stipulated Protective Order and as the source code is kept in the ordinary course of business. (Id.) The Court advised that it would accept Midjourney's proposal to moot the Motion to Compel so long as Midjourney provided a declaration from a person with knowledge clearly stating that the remaining source code in the repository not being produced was not responsive to Plaintiffs' Request for Production Nos. 10, 11, or any other discovery request. (Id.)

On August 14, 2026, Midjourney confirmed by joint email that it had made available on the source code review computers the source code described above. Midjourney also provided a copy of a declaration from Caleb Kruse, Chief of Staff at

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-05275-JAK-AJR** | Date | August 31, 2026 |
| Title | Disney Enterprises Inc., et al. v. Midjourney Inc. | | |

Midjourney, Inc., that includes the information specified by the Court. Accordingly, the Court concludes that Plaintiffs' Motion to Compel is MOOT and therefore DENIES the Motion to Compel. (Dkts. 85, 87.)

IT IS SO ORDERED.