UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-05275-JAK-AJR** | Date | August 31, 2026 |
| Title | Disney Enterprises Inc., et al. v. Midjourney Inc. | | |

| | |
|---|---|
| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |

| | |
|---|---|
| Nicholas Huynh | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| None | None |

**Proceedings (In Chambers):** **ORDER SETTING BRIEFING SCHEDULE ON REMAINING DISPUTE AS TO PRODUCTION OF TRAINING DATA**

On August 7, 2026, the Court held an informal discovery conference by Zoom to discuss various discovery disputes. (Dkt. 148.) In advance of the hearing, the parties submitted a robust joint submission of issues and arguments by email. (Id.) Plaintiffs' Issue No. 1 identified in the joint submission was the negotiation of a protocol for Plaintiffs to use sampling to test search terms that ultimately result in Midjourney producing responsive images and corresponding metadata. (Id. at 1.) The parties had made a lot of progress on this negotiation, but had not completely agreed. (Id.) Therefore, the Court directed the parties to continue meeting and conferring and then either file a stipulation for the Court to sign or propose a briefing schedule for the Court to resolve any remaining dispute. (Id. at 1-2.)

On August 28, 2028, Plaintiffs provided a joint status update by email advising that on August 27, 2026, they made a further proposal that, if accepted, would resolve the dispute and obviate the motion. In the event that the proposal was not accepted, Plaintiffs proposed that they file a motion to compel no later than September 4, 2026 with Defendant filing an opposition no later than September 18, 2026, and Plaintiffs filing a reply no later than September 25, 2026. Defendant responded by joint email to confirm that it agrees with this approach other than the filing of a reply. Therefore, the Court will set the deadlines agreed to by the parties for the motion to compel and opposition. If the Court believes it needs a reply, it will request one after reviewing the briefing. Also, Plaintiffs can file an application seeking leave to file a proposed reply if they think a reply is necessary and justified. Therefore, the Court need not set any deadline regarding a reply at this time.

In sum, Plaintiffs may file a motion to compel related to Plaintiffs' Issue No. 1 no later than **September 4, 2026** and Defendant may file an opposition no later than

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-05275-JAK-AJR** | Date | August 31, 2026 |
| Title | Disney Enterprises Inc., et al. v. Midjourney Inc. | | |

**September 18, 2026**. The Court encourages the parties to clearly articulate the areas of agreement as opposed to the areas of dispute where resolution is needed.

IT IS SO ORDERED.