**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DISNEY ENTERPRISES, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.; WARNER BROS. ENTERTAINMENT INC., et al.,

Plaintiffs,

v.

MIDJOURNEY, INC.,

Defendant.

ALL CASES

Lead Case No. 2:25-cv-05275-JAK (AJRx)

**DISCOVERY MATTER**

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING PRODUCTION OF SOURCE CODE FOR THE EXPLORE PAGE, MIDJOURNEY TV, AND THE "--cref" PARAMETER**

This Joint Stipulation is made by and between plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, DreamWorks Animation L.L.C., Warner Bros. Entertainment Inc., DC Comics, Turner Entertainment Co., Hanna-Barbera Productions, Inc., and The Cartoon Network, Inc. (collectively "Plaintiffs") and defendant Midjourney, Inc. ("Midjourney" and, collectively with Plaintiffs, the "Parties"), by and through their counsel of record, as follows:

**WHEREAS,** following the Informal Discovery Conference held on September 22, 2026, the Court entered its Minutes of Informal Discovery Videoconference and Order Scheduling Further Informal Discovery Conference on October 13, 2026 (Dkt. 218, the "Minute Order"), which set forth a tentative ruling on Plaintiffs' Issue 3 regarding Midjourney's production of source code concerning the Explore page, Midjourney TV, and the "--cref" parameter (Request for Production Nos. 136–141);

**WHEREAS,** the Minute Order invited the Parties to submit formal briefing in response to the tentative ruling, Midjourney submitted its Brief in Response to Tentative Order Re: Source Code Production on October 21, 2026 (Dkt. 223), and the Court extended Plaintiffs' deadline to respond to November 6, 2026 (Dkt. 242);

**WHEREAS,** the Parties have met and conferred and have agreed to resolve Plaintiffs' Issue 3 as to the source code sought by Request for Production Nos. 136, 137, and 140 on the terms set forth below, without further briefing, and jointly submit this Stipulation to memorialize their agreement;

**NOW, THEREFORE**, the Parties stipulate and agree, and respectfully request that the Court order, as follows:

**1. PRODUCTION OF SOURCE CODE**

No later than seven (7) days after entry of the Court's order on this Stipulation, Midjourney shall make the following source code available for inspection, subject to the Stipulated Protective Order (Dkt. 46), and, to the extent practicable, as it is kept within the

native source code revision system (e.g., Git), including all revision history, in the ordinary course of business:

(a) all source code that determines the images and/or videos that are displayed on the Explore page;

(b) all source code that determines the videos that are displayed on Midjourney TV; and

(c) all source code in the "dreammachines-monorepo" repository that receives, parses, decodes, interprets, or otherwise processes the "--cref" parameter.

**2. RESOLUTION OF ISSUE 3**

Upon Midjourney's compliance with Section 1, Request for Production Nos. 136, 137, and 140 shall be deemed satisfied. In consideration of Midjourney's agreement to produce the source code described in Section 1, Plaintiffs agree not to seek or move to compel production of any additional source code for the "--cref" parameter beyond the source code described in Section 1(c), including source code in the "image-generation" repository, whether under existing or future discovery requests or otherwise. This agreement does not limit Plaintiffs' right to enforce compliance with Section 1 as provided in Section 3. No further ruling on the Minute Order's tentative ruling as to that source code, or on Midjourney's Brief in Response to Tentative Order Re: Source Code Production (Dkt. 223), is required, and the Parties jointly request that the Court vacate Plaintiffs' November 6, 2026 deadline to respond to that brief (Dkt. 242). Plaintiffs' decision not to respond to Dkt. 223 shall not be construed as agreement with any statement or argument made therein.

**3. COMPLIANCE**

Nothing in this Stipulation limits Plaintiffs' ability to raise with the Court any dispute regarding whether the source code made available under Section 1 complies with Section 1, including through the Court's informal discovery conference procedures, and the Court retains authority to resolve any such dispute.

**4. NO WAIVER**

Nothing in this Stipulation waives or shall be construed to waive either Party's positions regarding the relevance or proportionality of the source code sought by Request for Production Nos. 136, 137, and 140, provided that nothing in this Section 4 limits Plaintiffs' agreement in Section 2. Midjourney's reserved positions and objections shall not be a basis to withhold, delay, redact, condition, or narrow any source code to be made available under Section 1, or to seek relief from Section 1. Subject to Sections 2 and 3, this Stipulation is without prejudice to the Parties' positions on any other outstanding discovery matter.

IT IS SO STIPULATED, through Counsel of Record.

DATED: November 6, 2026

/s/ *David R. Singer*
Attorneys for Plaintiffs

DATED: November 6, 2026

/s/ *Judd Lauter*
Attorneys for Defendant Midjourney, Inc.

Pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

IT IS ORDERED that the foregoing Stipulation is approved and entered as an Order of the Court. Midjourney shall make available the source code described in Section 1 within seven (7) days of this Order and shall otherwise comply with the Stipulation's terms. Plaintiffs' November 6, 2026 deadline to respond to Dkt. 223 (Dkt. 242) is vacated.

Dated: ______________________

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE