**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DISNEY ENTERPRISES INC., et al.<br>PLAINTIFF(S)<br>v.<br>MIDJOURNEY INC.<br>DEFENDANT(S). | CASE NUMBER<br>2:25−cv−05275−JAK−AJR<br><br>**MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge A. Joel Richlin. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Video Conference

Magistrate Judge: A. Joel Richlin

Date/Time: December 3, 2026 at 09:30 AM

Courtroom:

November 9, 2026
Date

By /s/ *Nicholas T Huynh*
Deputy Clerk