COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
AASTHA SHARMA (366392)
(asharma@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
STEPHANIE SCHUYLER (PRO HAC VICE)
(sschuyler@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

JUDD D. LAUTER (290945)
(jlauter@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

KAYLA BLAKER (PRO HAC VICE)
(kblaker@cooley.com)
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

*Counsel for Defendant Midjourney, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al.,

Plaintiffs,

v.

MIDJOURNEY, INC.,

Defendant.

ALL CASES

Lead Case No. 2:25-cv-05275-JAK (AJRx)

**[PROPOSED] ORDER GRANTING DEFENDANT MIDJOURNEY'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S ORDER (DKT. 240) PURSUANT TO FRCP 72(A) AND LOCAL RULE 72-2.1**

Date: December 28, 2026
Time: 8:30 a.m.
Court: Courtroom 10C
Judge: Hon. John A. Kronstadt

Date Action Filed: June 11, 2025

HAVING CONSIDERED Defendant Midjourney, Inc.'s ("Midjourney") Motion for Review of Magistrate Judge's Order ("Motion for Review") and the Plaintiffs' Opposition, if any, filed in response to the Motion for Review, the Court hereby **GRANTS** the Motion for Review and **ORDERS** the following:

1. The Magistrate Judge's Order (the "Order," Dkt. 240) is reversed to the extent it denied Midjourney's request to compel Plaintiffs to produce (1) communications related to license agreements, (2) settlement agreements and (3) settlement communications with generative AI providers.

2. Plaintiffs are hereby ordered to conduct a reasonable search for and produce the following documents:

   a. Agreements, licenses, or permissions with any third-party relating to the use of Plaintiffs' copyrighted works, including the asserted works or any characters included in the asserted works, for machine learning, generative AI training, and AI research, development, or output generation (RFP No. 3, 123);

   b. Communications with any person concerning actual or potential claims against developers of generative AI tools, including direct communications, interviews, statements to the press, and social media posts (RFP No. 58);

   c. Communications with generative AI providers regarding licensing or potential licensing of Plaintiffs' copyrighted works for purposes of training generative AI models or outputs of generative AI models (RFP Nos. 122, 124);

   d. Copies of all final settlement agreements with generative AI providers of any claims or potential copyright infringement claims asserted by Plaintiffs regarding the training of generative AI models on their alleged copyrighted works or the ability of those generative AI models to allow users to create outputs Plaintiffs claim to be

infringing (RFP No. 109); and

e. Communications with generative AI providers regarding settlement of the claims in (b) (RFP No. 110).

3. Each Plaintiff is ordered to produce documents responsive to the above Requests within thirty (30) days of this Order.

**IT IS SO ORDERED.**

Date:______________

______________________________
Hon. John A. Kronstadt
United States District Court Judge