## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., et al.; WARNER BROS. ENTERTAINMENT, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MIDJOURNEY, INC.,<br><br>Defendant.<br><br>ALL CASES | Lead Case No. 2:25-cv-05275-JAK (AJRx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MIDJOURNEY, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF OCTOBER 19, 2026 IDC TRANSCRIPT** |

HAVING CONSIDERED Defendant Midjourney, Inc.'s Application for Leave to File Under Seal Portions of October 19, 2026 IDC Transcript (the "Application"), and the Declaration of Aastha Sharma in support thereof, the Court finds good cause exists for allowing certain confidential information to be maintained under seal.

Accordingly, it is hereby **ORDERED** that the Application is **GRANTED** in its entirety. The following portions of the Transcript are **FURTHER ORDERED** to be redacted from the public record in accordance with the Application and the highlighting reflected in the exhibit to the Declaration of Aastha Sharma in support of the Application:

| Page | Line Numbers with Segments to Seal |
|---|---|
| 9 | 1, 2, 8 |
| 11 | 21 |
| 12 | 5 |
| 15 | 15 |
| 16 | 6, 18 |
| 18 | 17 |
| 24 | 20 |

**IT IS SO ORDERED.**

Date: ______________

______________________________
Hon. A. Joel Richlin
United States Magistrate Judge